U.S. Department of Homeland Security
24000 Avila Road, 2nd Floor
Laguna Niguel, CA 92677



**U.S. Citizenship
and Immigration
Services**

Date:   FEB 0 5 2013

South Atlantic Regional Center
C/O Joseph J. Walsh
101 Pugliese's Way
Delray Beach, FL 33444

| Application: | I-924, Application For Regional Center Under the Immigrant Investor Pilot Program |
|---|---|
| Applicant(s): | Joseph J. Walsh |

| Re: | REQUEST TO AMEND REGIONAL CENTER DESIGNATION |
|---|---|
| | South Atlantic Regional Center |
| | RCW1129850343 / RC ID1031910182 |

**Added Industry Categories:**   1. Nonresidential Building Construction (NAICS 2362)
2. Architectural, Engineering, and Related Services (NAICS 5413)

**Amended Geographic Area:**   Geographic area expanded to include the Florida counties of Broward and Dade.

## I.  Executive Summary of Adjudications

Effective February 5, 2013, the regional center is approved with the geographic scope that includes the following areas:

| State | Counties | Approval Date |
|---|---|---|
| Florida | Palm Beach | May 27, 2010 |
| Florida | Broward, Dade | February 5, 2013 |

Note:  If any investment opportunities arise that are outside the approved geographic area, then an amendment would be required to add that area.

Effective February 5, 2013, the regional center is authorized to focus investment activities in the industry categories listed below:

| Industry Category | NAICS | Approval Date |
|---|---|---|
| Hotels | 721 | May 27, 2010 |
| Manufacturing | 33 | May 27, 2010 |
| Retail Shopping Centers | 44-45 | May 27, 2010 |
| Restaurants | 722 | May 27, 2010 |

South Atlantic Regional Center / RCW1129850343 / ID1031910182
Page 2 of 5

| General Retail | 44-45 | May 27, 2010 |
| Offices | 5241 | May 27, 2010 |
| Medical Offices | 621 | May 27, 2010 |
| Assisted Living/Nursing Homes | 623 | May 27, 2010 |
| Nonresidential Building Construction | 2362 | February 5, 2013 |
| Architectural, Engineering, and Related Services | 5413 | February 5, 2013 |

## II. Procedural History of South Atlantic Regional Center

On May 27, 2010, South Atlantic Regional Center was designated by USCIS as a regional center under the Immigrant Investor Pilot Program. The regional center is approved with the geographic scope that includes the following areas:

| State | Counties | Approval Date |
| --- | --- | --- |
| Florida | Palm Beach | May 27, 2010 |
| Florida | Broward, Dade | February 5, 2013 |

Note: If any investment opportunities arise that are outside the approved geographic area, then an amendment would be required to add that area.

The regional center is authorized to focus investment activities in the industry categories listed below:

| Industry Category | NAICS | Approval Date |
| --- | --- | --- |
| Hotels | 721 | May 27, 2010 |
| Manufacturing | 33 | May 27, 2010 |
| Retail Shopping Centers | 44-45 | May 27, 2010 |
| Restaurants | 722 | May 27, 2010 |
| General Retail | 44-45 | May 27, 2010 |
| Offices | 5241 | May 27, 2010 |
| Medical Offices | 621 | May 27, 2010 |
| Assisted Living/Nursing Homes | 623 | May 27, 2010 |
| Nonresidential Building Construction | 2362 | February 5, 2013 |
| Architectural, Engineering, and Related Services | 5413 | February 5, 2013 |

Note: If any investment opportunities arise that are beyond the scope of the approved industry categories, then an amendment would be required to add that category.

The following Project was approved as a Capital Investment Project for the regional center:

| PROJECT | Exemplar Form I-526 Petition/Actual | Approval Date |
| --- | --- | --- |
| South Atlantic Mixed Use Development I (Shopping and Office Facilities) | Actual | May 27, 2010 |

* Note: any changes to the supporting evidence for this project found in subsequent Form I-526 Petition or Form I-829 Petitions will be reviewed by USCIS to ensure compliance with EB-5 program requirements.

## III. Amendment Application Currently Under Review by USCIS

On October 25, 2011, Joseph J. Walsh submitted a Form I-924 Application for Regional Center Under the Immigrant Investor Pilot Program seeking to amend the approval and designation by U.S. Citizenship and Immigration Services (USCIS) of South Atlantic Regional Center as follows:

South Atlantic Regional Center / RCW1129850343 / ID1031910182
Page 3 of 5

**Additional Industry Categories**: South Atlantic Regional Center has requested and submitted a business plan and supporting economic analysis that it will engage in the following added industry categories: Nonresidential Building Construction (NAICS 2362); Architectural, Engineering, and Related Services (NAICS 5413).

**Expand Geographic Area**: South Atlantic Regional Center requests to expand the current approved geographic area to include the Florida counties of Broward and Dade.

USCIS, hereby, approves the South Atlantic Regional Center amendment to incorporate the above requested changes based upon a hypothetical business project. Any changes to the supporting evidence for this application found in subsequent Form I-526 or Form I-829 Petitions will be reviewed by USCIS to ensure compliance with EB-5 program requirements.

### A. I-924 Approval Based on Current Amendment

The current application requesting to amend the regional center designation is approved based on a business plan for a hypothetical project; it is not a comprehensive business plan as described in Matter of Ho, 22 I. & N. Dec. 206, Assoc. Comm'r 1998.

The potential job creation was estimated using RIMS II final demand multipliers, and the appropriate NAICS codes. The three inputs taken from the business plan are the hard and soft construction costs and the projected total revenue at the 2nd year of operations converted to 2008 dollars.

| NAICS Code | Critical Assumption Used | Result/Model Input |
|---|---|---|
| 2362 | 5,000 square feet<br>$195 per square foot (RS Means) | $1.00 million expenditure |
| 5413 | 5,000 square feet<br>$21 per square foot | $0.10 million expenditure |
| 7225 | 5,000 square feet<br>$726 per square foot<br>Converted to 2008 dollar terms | $3.3 million revenue |

| Activity | NAICS | Input | Multiplier | Total Jobs |
|---|---|---|---|---|
| Hard Construction | 2362 | $1.00 million | 8.82 | 8.8* |
| Soft Construction | 5413 | $0.10 million | 9.53 | 1.0* |
| Operations | 7225 | $3.3 million | 24.69 | 81.5 |

*Indirect and induced jobs only.

If a new economic model is used, or inputs have changed at the time of filing individual immigrant investor's Form I-526 Petition(s), the new evidence that is being used to establish indirect job creation must be submitted and it must indicate the number of jobs that will be created as a result of the capital investment. USCIS will review the new evidence to determine its compliance with EB-5 statute and regulations.

### IV.  Guidelines for Filing Form I-526 Petitions

Each individual Form I-526 petition, in order to demonstrate that it is associated with the Regional Center, in conjunction with addressing all the requirements for an individual immigrant investor petition, shall also contain as supporting evidence relating to this Regional Center designation, the following:

1.  A copy of this letter, the Regional Center approval and designation.

2.  A comprehensive business plan as defined in Matter of Ho, 22 I. & N. Dec. 206, Assoc. Comm'r 1998, and as contemplated by the regulations. It should contain, at a minimum, a description of the business, its products and/or services, and its objectives. The plan should contain a market analysis, including the names of competing businesses and their relative strengths and weaknesses, a comparison of the competition's products and pricing structures, and a description of the target market/prospective customers of the new commercial enterprise. The plan should list the required permits and licenses obtained. If applicable, it should describe the manufacturing or production process, the materials required, and the supply sources. The plan should detail any contracts executed for the supply of materials and/or the distribution of products. It should discuss the marketing strategy of the business, including pricing, advertising, and servicing. The plan should set forth the business's organizational structure and its personnel's experience. It should explain the business's staffing requirements and contain a timetable for hiring, as well as job descriptions for all positions. It should contain sales, cost, and income projections and provide information relevant to that particular business. Most importantly, the business plan must be credible.

3.  A copy of the job creation methodology required in 8 CFR 204.6(j)(4)(iii). This may be similar to the job creation methodology as contained in the Regional Center economic analysis based on the RIMS II model (Dated December 11, 2012), if appropriate for the business plan submitted with the Form I-526, or it may be another reasonable job creation methodology, demonstrating that the capital investment by an individual immigrant investor will create not fewer than ten (10) full-time employment positions, either directly or indirectly.

4.  A legally executed copy of the organizational documents:

      a.  Private Placement Memorandum;           (No Sample was Provided)
      b.  Subscription Agreement;                  (No Sample was Provided)
      c.  Limited Partnership Agreement; and       (No Sample was Provided)
      d.  Escrow Agreement.                        (No Sample was Provided)

### V.  Designee's Responsibilities in the Operations of the Regional Center

As provided in 8 CFR 204.6(m)(6), to ensure that the regional center continues to meet the requirements of section 610(a) of the Appropriations Act, a regional center must provide USCIS with updated information to demonstrate the regional center is continuing to promote economic growth, improved regional productivity, job creation, and increased domestic capital investment in the approved geographic area.  Such information must be submitted to USCIS on an annual basis, on a cumulative basis, and/or as otherwise requested by USCIS. South Atlantic Regional Center must monitor all investment activities under the sponsorship of the Regional Center and to maintain records in order to provide the information required on the Form I-924A Supplement to Form I-924 (Form I-924A Supplement). Form I-924A, Supplement to Form I-924 Application is available in the "Forms" section on the USCIS website at www.uscis.gov. Effective November 23, 2010, the failure to timely file a Form I-924A Supplement for each fiscal year in which the regional center has been designated for participation in the Immigrant Investor Pilot Program will result in the issuance of an intent to terminate the participation of the regional center in the Pilot Program, which may ultimately result in the termination of the

South Atlantic Regional Center / RCW1129850343 / ID1031910182
Page 5 of 5

designation of the regional center.

Note:  Regional centers that remain designated for participation in the pilot program as of September 30th of a calendar year are required to file Form I-924A Supplement in that year.  The I-924A Supplement with the required supporting documentation must be filed on or before December 29th of the same calendar year. The Regional Center designation is non-transferable, as any changes in management of the Regional center will require the approval of an amendment to the approved Regional Center designation. If the applicant has any questions concerning the Regional Center designation under the Immigrant Investor Pilot Program, please contact the USCIS by Email at USCIS.ImmigrantInvestorProgram@dhs.gov.

Sincerely,

Daniel M. Renaud, Acting Director
California Service Center

cc: David Derrico, Esq.