```
CFN 2012R0381078
OR Bk 28129 Pgs 1240 - 1241; (2pgs)
RECORDED 05/30/2012 15:50:29
DEED DOC TAX 45,000.00
SURTAX 33,750.00
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
```

This Instrument Was Prepared By,
Paul Feldman, Esq.
Paul Feldman, P.A.
2750 NE 185th Street, Suite 303
Aventura, Florida 33180

Return To:
Thomas V. Eagan, Esq.
Squire Sanders (US) LLP
200 South Biscayne Boulevard, Suite 4100
Miami, Florida 33131

Property Appraiser Identification No.:
02-3226-001-0100

(RESERVED)

## SPECIAL WARRANTY DEED

THIS SPECIAL WARRANTY DEED made this ___17___ day of May, 2012, between 1920 COLLINS REALTY LLC, a Florida limited liability company, (the "Grantor"), whose mailing address is 641 Lexington Avenue, 8th Floor, New York City, NY 10022; and GREYSTONE TERRA FIRMA, LLC, a Florida limited liability company (the "Grantee"), whose mailing address is C/O Trans Inns Management, Inc., 4111 Andover Road, Suite 110-W, Bloomfield Hills, MI 48302May.

### W I T N E S S E T H:

That Grantor, for and in consideration of the sum of TEN DOLLARS ($10.00) and other good and valuable consideration, to it in hand paid by Grantee, the receipt and sufficiency whereof is hereby acknowledged, does hereby grant, bargain, sell, alien, remise, release, convey and confirm unto Grantee the following property (the "Property") lying and being in Miami-Dade County, Florida, and more particularly described as:

NORTH 1/2 OF LOTS 1, 2, AND 3, BLOCK "D", PLAT OF OCEAN FRONT PROPERTY OF THE MIAMI BEACH IMPROVEMENT COMPANY, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 5, PAGE 7, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

SUBJECT TO:

1. All easements, conditions, covenants, restrictions, reservations, limitations and agreements of record, provided that this instrument shall not reimpose same.

2. Real estate taxes for the year 2012and all subsequent years.

3. Existing applicable governmental building and zoning ordinances and other governmental regulations.

-1-

TOGETHER with all the tenements, hereditaments and appurtenances belonging or in any way appertaining to the Property.

TO HAVE AND TO HOLD the same in fee simple forever.

AND GRANTOR hereby covenants with Grantee that Grantor is lawfully seized of the Property in fee simple; that Grantor has good right and lawful authority to sell and convey the Property; and that Grantor does hereby fully warrant the title to the Property and will defend the same against the lawful claims of all persons claiming by, through or under Grantor, but against none other.

WITNESS THE EXECUTION HEREOF as of the day of **17** day of May, 2012.

WITNESSES:

Print: Deidre Malone (?)

Print: Jacqueline Hernandez

1920 COLLINS REALTY LLC,
a Florida limited liability company

By: _____
Samuel Ben-Avraham, Managing Member

## ACKNOWLEDGMENT

STATE OF FLORIDA       )
                       )SS:
COUNTY OF MIAMI-DADE   )

The foregoing was acknowledged before me this **17** day of April, 2012, by Samuel Ben-Avraham, as Managing Member of 1920 COLLINS REALTY LLC, a Florida limited liability company, on behalf of the Seller. (S)he is personally known to me or presented a Florida driver's license as identification and did not take an oath.

My Commission Expires:

Notary Public, State of Florida
Print Name: Jacqueline Hernandez
Commission No._____

JACQUELINE HERNANDEZ
MY COMMISSION # EE 171618
EXPIRES: June 21, 2016
Bonded Thru Notary Public Underwriters

-2-