

```
CFN 2014R0009554
OR Bk 28977 Pgs 4875 - 4877; (3pgs)
RECORDED 01/06/2014 15:13:39
DEED DOC TAX 42,000.00
SURTAX 31,500.00
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
```

<u>Prepared by:</u>
The Bernstein Law Firm
1688 Meridian Avenue, Suite 418
Miami Beach, Florida 33139
Tel. (305) 672-9544

<u>Folio Number:</u> **02-3226-001-0120**

---

(Space Above This Line For Recording Data)

### SPECIAL WARRANTY DEED

This Special Warranty Deed made this 3 day of January, 2014, between SANTA BARBARA APTS., LLC, a Florida limited liability company with a post office address of 411 Washington Avenue, Miami Beach, FL 33139, hereinafter referred to as "<u>Grantor</u>" and SANTA BARBARA 230, LLC, a Florida limited liability Company, with a post office address of 1691 Michigan Avenue, Suite #320, Miami Beach, Florida 33139, hereinafter referred to as "<u>Grantee</u>":

(Whenever used herein the terms "Grantor" and "Grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

WITNESSETH, that said Grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said Grantor in hand paid by said Grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said Grantee, and Grantee's heirs and assigns forever, the following described land, situate, lying and being in the Miami-Dade County, to-wit:

> LOT 4 AND THE EAST 35 FEET OF LOT (A/K/A LOT 5, LESS NW 15'), IN BLOCK D, OF AMENDED PLAT OF OCEAN FRONT PROPERTY OF THE MIAMI BEACH IMPROVEMENT COMPANY, AS RECORDED IN PLAT BOOK 5, PAGE 7, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

To Have and to Hold, the same in fee simple forever.

The Grantor hereby covenants with the Grantee that the Grantor is lawfully seized of the Property in fee simple; that the Property is free and clear of all encumbrances except for real property taxes accruing subsequent to December 31, 2013, and the Permitted Exceptions listed on **Exhibit "A"** attached to and made a part of this Special Warranty Deed, without reimposing the same; that the Grantor has good right and lawful authority to sell and convey the Property; that the Grantor hereby fully warrants the title to the Property and will defend the same against the lawful claims of all persons whomsoever, lawfully claiming or to claim the same or any part thereof, by, through or under the Grantor, but not otherwise.

[signature page to follow]

1 | Page

2 | Page

IN WITNESS WHEREOF, Grantor has hereunto set Grantor's hand and seal the day and year first above written.

SIGNED, SEALED AND DELIVERED
IN OUR PRESENCE:

Witness Name: Melissa Rodriguez

Witness Name: Qurina Monteidebca

SANTA BARBARA APTS., LLC, a Florida limited liability company

By: _____
Michael Kadosh, Managing Member

STATE OF FLORIDA         }
COUNTY OF MIAMI-DADE     } ss:

The foregoing instrument was executed and acknowledged before me on January ___, 2014, by Michael Kadosh, Managing Member of SANTA BARBARA APTS., LLC, a Florida limited liability company, and as authorized by that certain Unanimous Written Consent to Action in Lieu of Meeting attached hereto and made part hereof as Exhibit "A", and who __X__ is known to me, or _____ produced proof of his identity in the form of _____.

_____
Notary Public, State of Florida
Notary's name printed: Michael Bernstein
My commission expires: 4/1/17

Michael I. Bernstein
Commission #EE857570
Expires: Apr. 01, 2017
BONDED THRU
AAA NOTARY & SURETY BONDS

PERMITTED EXCEPTIONS
EXHIBIT 'A'

1. All matters contained on the Plat of THE OCEAN FRONT PROPERTY OF THE MIAMI BEACH IMPROVEMENT COMPANY, as recorded in Plat Book 5, Page 7, of the Public Records of Miami - Dade County, Florida.

2. Covenants contained in the Affidavit recorded in Official Records Book 12057, Page 811, which include provisions of a covered passageway at the second floor level connecting the buildings referred to therein in the event of violation of the unity of title provisions.

3. Subject to rights of tenants under unrecorded leases, if any.

4. Terms and provisions of the Order of the Board of Adjustment of the City of Miami Beach Florida recorded in Official Records Book 28732, Page 915.