
Case 1:19-cv-24130-DPG   Document 1   Entered on FLSD Docket 10/03/2019   Page 1 of 10

















