# SCHEDULE I

# BORROWER ORGANIZATIONAL STRUCTURE

