# GREYSTONE

No. 7

# Certificate
## of
## Limited Partnership Interest

### Greystone EB-5, LLLP

*A Limited Partnership Organized Under the Laws of the State of Florida*

This Certificate represents one (1) unit of Limited Partner Interest assigned to FENG Yuanxia in Greystone EB-5, LLLP, and is not transferable.

This Certificate is hereby authorized by the General Partner of the Limited Partnership on the date set out below.

Joseph Walsh

Managing Member

7/28/2016

Date