**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.: 1:19-cv-24138-DPG

YUANXIAO FENG, an individual; KIU
CHUN SAXON HUI, an individual; LAI
KING HUI, an individual; JING KUANG, an
individual; CHUEN PING NG, an individual;
MINYANG TIAN, an individual; HONGSEN
ZHANG, an individual; and YAN ZHANG, an
individual,

    Plaintiffs.

v.

JOSEPH WALSH, an individual; JOSEPH
WALSH, JR., an individual; ANTHONY
REITZ, an individual;
LESLIE ROBERT EVANS, an individual;
GREYSTONE EB-5 LLLP, a Florida limited
liability limited partnership; SOUTH
ATLANTIC REGIONAL CENTER, LLC, a
Florida limited liability company; USREDA,
LLC, a Delaware limited liability company;
USREDA HOLDINGS LLC, a Delaware
limited liability company; USREDA
MANAGEMENT, LLC, a Delaware limited
liability company; JJW CONSULTANCY,
LTD., a foreign company; DANIEL
VOSOTAS, an individual; JAMES
VOSOTAS, an individual; GREYSTONE
HOTEL MIAMI LLC, a Florida limited
liability company;
UNITED EB5, LLC, a Florida limited liability
company; SANTA BARBARA 230, LLC, a

[1897765/1]

Foreign limited liability company;
GREYSTONE TERRA FIRMA, LLC, a
Foreign limited liability company;
VOS HOLDINGS I, LLC, a Florida limited
liability company;
VOS CRE I, LLC, a Florida limited liability
company;
GREYSTONE HOSPITALITY, LLC, a
Florida limited liability company;
GREYSTONE HOLDCO, LLC, a Foreign
Florida limited liability company;
GREYSTONE MANAGING MEMBER,
LLC, a Florida limited liability company;
GREYSTONE MASTER TENANT, LLC, a
Foreign limited liability company;
GREYSTONE TENANT, LLC, a Foreign
Florida limited liability company;
GREYSTONE OPTION HOLDER, LLC, a
Foreign limited liability company; WWB
TRUST LLC, a Florida limited liability
company; TRANS INNS ASSOCIATES INC.,
a Foreign profit corporation;
EVANS CARROL & ASSOCIATES INC., a
Florida Corporation;
VOS HOSPITALITY, LLC, a Florida limited
liability company;
BBM 3, LLC, an Indiana limited liability
company;
BBM 3 II, LLC an Indiana limited liability
company;
BRANDON MUHL, an individual;
PNC BANK, N.A., a National Association;

[1897765/1]

and RUBEN RAMIREZ, an individual

Defendants.
_____/

## NOTICE OF FILING PROPOSED SUMMONSES

Plaintiffs, by and through undersigned counsel, hereby give notice of filing the proposed summonses as to Defendants, JOSEPH WALSH, JOSEPH WALSH, JR., LESLIE ROBERT EVANS, GREYSTONE EB-5 LLLP, SOUTH ATLANTIC REGIONAL CENTER, LLC, USREDA, LLC, USREDA HOLDINGS LLC, USREDA MANAGEMENT, LLC, DANIEL VOSOTAS, JAMES VOSOTAS, GREYSTONE HOTEL MIAMI LLC, UNITED EB5, LLC, SANTA BARBARA 230, LLC, GREYSTONE TERRA FIRMA, LLC, VOS HOLDINGS I, LLC, VOS CRE I, LLC, GREYSTONE HOSPITALITY, LLC, GREYSTONE HOLDCO, LLC, GREYSTONE MANAGING MEMBER, LLC, GREYSTONE MASTER TENANT, LLC, GREYSTONE TENANT, LLC, GREYSTONE OPTION HOLDER, LLC, WWB TRUST LLC, TRANS INNS ASSOCIATES INC, EVANS CARROL & ASSOCIATES INC, VOS HOSPITALITY, LLC, BBM 3, LLC, BBM 3 II, LLC, ANTHONY REITZ, JJW CONSULTANCY, LTD and BRANDON MUHL attached hereto as **Composite Exhibit "A."**

Respectfully submitted 1st day of October, 2019.

ZEBERSKY PAYNE SHAW LEWENZ, LLP
*Attorneys for Plaintiffs*
110 SE 6th Street, Suite 2150
Fort Lauderdale, FL 33301
Telephone: (954) 989-6333
Facsimile: (954) 989-7781
Primary Email: jshaw@zpllp.com;
srusso@zpllp.com
Secondary Email: mperez@zpllp.com;
jgarcia@zpllp.com

By: _____
JORDAN A. SHAW, ESQ.
Fla. Bar No. 111771
STEFFANI M. RUSSO, ESQ.
Fla. Bar No. 1002598

[1897765/1]