## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
CASE NO.:   19-cv-24138-DPG

YUANXIAO FENG, an individual; KIU
CHUN SAXON HUI, an individual; LAI
KING HUI, an individual; JING KUANG, an
individual; CHUEN PING NG, an individual;
MINYANG TIAN, an individual; HONGSEN
ZHANG, an individual; and YAN ZHANG, an
individual,

     Plaintiffs.                                                    **Civil Action No.  19-cv-24138-DPG**

v.

JOSEPH WALSH, an individual; JOSEPH
WALSH, JR., an individual; ANTHONY
REITZ, an individual;
LESLIE ROBERT EVANS, an individual;
GREYSTONE EB-5 LLLP, a Florida limited
liability limited partnership; SOUTH
ATLANTIC REGIONAL CENTER, LLC, a
Florida limited liability company; USREDA,
LLC A Delaware limited liability company;
USREDA HOLDINGS LLC, a Delaware
limited liability company; USREDA
MANAGEMENT, LLC, a Delaware limited
liability company; JJW CONSULTANCY,
LTD., a foreign company;  DANIEL
VOSOTAS, an individual; JAMES
VOSOTAS, an individual; GREYSTONE
HOTEL MIAMI LLC, a Florida limited
liability company;

UNITED EB5, LLC, a Florida limited liability company; SANTA BARBARA 230, LLC, a Delaware limited liability company; GREYSTONE TERRA FIRMA, LLC, a Delaware limited liability company; VOS HOLDINGS I, LLC, a Florida limited liability company; VOS CRE I, LLC, a Florida limited liability company; GREYSTONE HOSPITALITY, LLC, a Florida limited liability company; GREYSTONE HOLDCO, LLC, a Delaware limited liability company; GREYSTONE MANAGING MEMBER, LLC, a Florida limited liability company; GREYSTONE MASTER TENANT, LLC a Delaware limited liability company; GREYSTONE TENANT, LLC, a Delaware limited liability company; GREYSTONE OPTION HOLDER, LLC, a Delaware limited liability company; WWB TRUST LLC, a Florida limited liability company; TRANS INNS ASSOCIATES INC., a Michigan Corporation; EVANS CARROL & ASSOCIATES INC., a Florida Corporation; VOS HOSPITALITY, LLC, a Florida limited liability company; BBM 3, LLC, an Indiana limited liability company;

BBM 3 II, LLC an Indiana limited liability

company;

BRANDON MUHL, an individual

GREYSTONE MANAGING MEMBER,

LLC, a Florida limited liability company;

PNC BANK, N.A., a National Association;

RUBEN RAMIREZ, an individual;


     Defendants.

_____/

## SUMMONS IN A CIVIL ACTION

To:    BBM 3, II, LLC
       By Serving: Corporation Service Company, Registered Agent
       251 Little Falls Drive
       Wilmington, DE 19808

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                 Jordan A. Shaw, Esq.
                 Zebersky Payne Shaw Lewenz, LLP
                 110 SE 6th Street
                 Ste. 2150
                 Fort Lauderdale, FL 33301
                 jshaw@zpllp.com

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the Court.



**SUMMONS**

Date:__ Oct 15, 2019 _____

*s/ Maria Cruz*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.:   19-cv-24138-DPG

YUANXIAO FENG, an individual; KIU

CHUN SAXON HUI, an individual; LAI

KING HUI, an individual; JING KUANG, an

individual; CHUEN PING NG, an individual;

MINYANG TIAN, an individual; HONGSEN

ZHANG, an individual; and YAN ZHANG, an

individual,

      Plaintiffs.                **Civil Action No. 19-cv-24138-DPG**

v.

JOSEPH WALSH, an individual; JOSEPH

WALSH, JR., an individual; ANTHONY

REITZ, an individual;

LESLIE ROBERT EVANS, an individual;

GREYSTONE EB-5 LLLP, a Florida limited

liability limited partnership; SOUTH

ATLANTIC REGIONAL CENTER, LLC, a

Florida limited liability company; USREDA,

LLC A Delaware limited liability company;

USREDA HOLDINGS LLC, a Delaware

limited liability company; USREDA

MANAGEMENT, LLC, a Delaware limited

liability company; JJW CONSULTANCY,

LTD., a foreign company;  DANIEL

VOSOTAS, an individual; JAMES

VOSOTAS, an individual; GREYSTONE

HOTEL MIAMI LLC, a Florida limited

liability company;

[1895507/1]

UNITED EB5, LLC, a Florida limited liability
company; SANTA BARBARA 230, LLC, a
Delaware limited liability company;
GREYSTONE TERRA FIRMA, LLC, a
Delaware limited liability company;
VOS HOLDINGS I, LLC, a Florida limited
liability company;
VOS CRE I, LLC, a Florida limited liability
company;
GREYSTONE HOSPITALITY, LLC, a
Florida limited liability company;
GREYSTONE HOLDCO, LLC, a Delaware
limited liability company;
GREYSTONE MANAGING MEMBER,
LLC, a Florida limited liability company;
GREYSTONE MASTER TENANT, LLC a
Delaware limited liability company;
GREYSTONE TENANT, LLC, a Delaware
limited liability company; GREYSTONE
OPTION HOLDER, LLC, a Delaware limited
liability company; WWB TRUST LLC, a
Florida limited liability company; TRANS
INNS ASSOCIATES INC., a Michigan
Corporation;
EVANS CARROL & ASSOCIATES INC., a
Florida Corporation;
VOS HOSPITALITY, LLC, a Florida limited
liability company;
BBM 3, LLC, an Indiana limited liability
company;

BBM 3 II, LLC an Indiana limited liability

company;

BRANDON MUHL, an individual

GREYSTONE MANAGING MEMBER,

LLC, a Florida limited liability company;

PNC BANK, N.A., a National Association;

RUBEN RAMIREZ, an individual;


    Defendants.

_____/


## SUMMONS IN A CIVIL ACTION

To:    BBM 3, LLC
        By Serving: Corporation Service Company, Registered Agent
        251 Little Falls Drive
        Wilmington, DE 19808

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Jordan A. Shaw, Esq.
                Zebersky Payne Shaw Lewenz, LLP
                110 SE 6th Street
                Ste. 2150
                Fort Lauderdale, FL 33301
                jshaw@zpllp.com

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the Court.


Date:  Oct 15, 2019
      _____



**SUMMONS**

*s/ Maria Cruz*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

[1895507/1]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.:  19-cv-24138-DPG

YUANXIAO FENG, an individual; KIU
CHUN SAXON HUI, an individual; LAI
KING HUI, an individual; JING KUANG, an
individual; CHUEN PING NG, an individual;
MINYANG TIAN, an individual; HONGSEN
ZHANG, an individual; and YAN ZHANG, an
individual,

      Plaintiffs.                           **Civil Action No.  19-cv-24138-DPG**

v.

JOSEPH WALSH, an individual; JOSEPH
WALSH, JR., an individual; ANTHONY
REITZ, an individual;
LESLIE ROBERT EVANS, an individual;
GREYSTONE EB-5 LLLP, a Florida limited
liability limited partnership; SOUTH
ATLANTIC REGIONAL CENTER, LLC, a
Florida limited liability company; USREDA,
LLC A Delaware limited liability company;
USREDA HOLDINGS LLC, a Delaware
limited liability company; USREDA
MANAGEMENT, LLC, a Delaware limited
liability company; JJW CONSULTANCY,
LTD., a foreign company;  DANIEL
VOSOTAS, an individual; JAMES
VOSOTAS, an individual; GREYSTONE
HOTEL MIAMI LLC, a Florida limited
liability company;

UNITED EB5, LLC, a Florida limited liability
company; SANTA BARBARA 230, LLC, a
Delaware limited liability company;
GREYSTONE TERRA FIRMA, LLC, a
Delaware limited liability company;
VOS HOLDINGS I, LLC, a Florida limited
liability company;
VOS CRE I, LLC, a Florida limited liability
company;
GREYSTONE HOSPITALITY, LLC, a
Florida limited liability company;
GREYSTONE HOLDCO, LLC, a Delaware
limited liability company;
GREYSTONE MANAGING MEMBER,
LLC, a Florida limited liability company;
GREYSTONE MASTER TENANT, LLC a
Delaware limited liability company;
GREYSTONE TENANT, LLC, a Delaware
limited liability company; GREYSTONE
OPTION HOLDER, LLC, a Delaware limited
liability company; WWB TRUST LLC, a
Florida limited liability company; TRANS
INNS ASSOCIATES INC., a Michigan
Corporation;
EVANS CARROL & ASSOCIATES INC., a
Florida Corporation;
VOS HOSPITALITY, LLC, a Florida limited
liability company;
BBM 3, LLC, an Indiana limited liability
company;

BBM 3 II, LLC an Indiana limited liability

company;

BRANDON MUHL, an individual

GREYSTONE MANAGING MEMBER,

LLC, a Florida limited liability company;

PNC BANK, N.A., a National Association;

RUBEN RAMIREZ, an individual;


     Defendants.

_____/

### SUMMONS IN A CIVIL ACTION

To:    By Serving: Daniel Vosotas, Individually
         4111 Andover Rd.
         Ste. 110W
         Bloomfield Hills, MI 48302

         A lawsuit has been filed against you.

         Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                      Jordan A. Shaw, Esq.
                      Zebersky Payne Shaw Lewenz, LLP
                      110 SE 6th Street
                      Ste. 2150
                      Fort Lauderdale, FL 33301
                      jshaw@zpllp.com

         If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the Court.

Date:_____ Oct 15, 2019



**SUMMONS**

s/ Maria Cruz
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

[1895485/1]

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  19-cv-24138-DPG

YUANXIAO FENG, an individual; KIU
CHUN SAXON HUI, an individual; LAI
KING HUI, an individual; JING KUANG, an
individual; CHUEN PING NG, an individual;
MINYANG TIAN, an individual; HONGSEN
ZHANG, an individual; and YAN ZHANG, an
individual,

     Plaintiffs.                   **Civil Action No.   19-cv-24138-DPG**

v.

JOSEPH WALSH, an individual; JOSEPH
WALSH, JR., an individual; ANTHONY
REITZ, an individual;
LESLIE ROBERT EVANS, an individual;
GREYSTONE EB-5 LLLP, a Florida limited
liability limited partnership; SOUTH
ATLANTIC REGIONAL CENTER, LLC, a
Florida limited liability company; USREDA,
LLC A Delaware limited liability company;
USREDA HOLDINGS LLC, a Delaware
limited liability company; USREDA
MANAGEMENT, LLC, a Delaware limited
liability company; JJW CONSULTANCY,
LTD., a foreign company;  DANIEL
VOSOTAS, an individual; JAMES
VOSOTAS, an individual; GREYSTONE
HOTEL MIAMI LLC, a Florida limited
liability company;

[1895502/1]

UNITED EB5, LLC, a Florida limited liability
company; SANTA BARBARA 230, LLC, a
Delaware limited liability company;
GREYSTONE TERRA FIRMA, LLC, a
Delaware limited liability company;
VOS HOLDINGS I, LLC, a Florida limited
liability company;
VOS CRE I, LLC, a Florida limited liability
company;
GREYSTONE HOSPITALITY, LLC, a
Florida limited liability company;
GREYSTONE HOLDCO, LLC, a Delaware
limited liability company;
GREYSTONE MANAGING MEMBER,
LLC, a Florida limited liability company;
GREYSTONE MASTER TENANT, LLC a
Delaware limited liability company;
GREYSTONE TENANT, LLC, a Delaware
limited liability company; GREYSTONE
OPTION HOLDER, LLC, a Delaware limited
liability company; WWB TRUST LLC, a
Florida limited liability company; TRANS
INNS ASSOCIATES INC., a Michigan
Corporation;
EVANS CARROL & ASSOCIATES INC., a
Florida Corporation;
VOS HOSPITALITY, LLC, a Florida limited
liability company;
BBM 3, LLC, an Indiana limited liability
company;

BBM 3 II, LLC an Indiana limited liability

company;

BRANDON MUHL, an individual

GREYSTONE MANAGING MEMBER,

LLC, a Florida limited liability company;

PNC BANK, N.A., a National Association;

RUBEN RAMIREZ, an individual;


     Defendants.

_____/


## SUMMONS IN A CIVIL ACTION

To:    EVANS, CARROLL & ASSOCIATES, INC.
       By Serving: Susan Carroll, Registered Agent
       2785 NW 26th Street
       Boca Raton, FL 33434

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Jordan A. Shaw, Esq.
                Zebersky Payne Shaw Lewenz, LLP
                110 SE 6th Street
                Ste. 2150
                Fort Lauderdale, FL 33301
                jshaw@zpllp.com

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the Court.



Date:_____    Oct 15, 2019

**SUMMONS**

s/ Maria Cruz
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  19-cv-24138-DPG

YUANXIAO FENG, an individual; KIU
CHUN SAXON HUI, an individual; LAI
KING HUI, an individual; JING KUANG, an
individual; CHUEN PING NG, an individual;
MINYANG TIAN, an individual; HONGSEN
ZHANG, an individual; and YAN ZHANG, an
individual,

      Plaintiffs.                         **Civil Action No.  19-cv-24138-DPG**

v.

JOSEPH WALSH, an individual; JOSEPH
WALSH, JR., an individual; ANTHONY
REITZ, an individual;
LESLIE ROBERT EVANS, an individual;
GREYSTONE EB-5 LLLP, a Florida limited
liability limited partnership; SOUTH
ATLANTIC REGIONAL CENTER, LLC, a
Florida limited liability company; USREDA,
LLC A Delaware limited liability company;
USREDA HOLDINGS LLC, a Delaware
limited liability company; USREDA
MANAGEMENT, LLC, a Delaware limited
liability company; JJW CONSULTANCY,
LTD., a foreign company;  DANIEL
VOSOTAS, an individual; JAMES
VOSOTAS, an individual; GREYSTONE
HOTEL MIAMI LLC, a Florida limited
liability company;

UNITED EB5, LLC, a Florida limited liability
company; SANTA BARBARA 230, LLC, a
Delaware limited liability company;
GREYSTONE TERRA FIRMA, LLC, a
Delaware limited liability company;
VOS HOLDINGS I, LLC, a Florida limited
liability company;
VOS CRE I, LLC, a Florida limited liability
company;
GREYSTONE HOSPITALITY, LLC, a
Florida limited liability company;
GREYSTONE HOLDCO, LLC, a Delaware
limited liability company;
GREYSTONE MANAGING MEMBER,
LLC, a Florida limited liability company;
GREYSTONE MASTER TENANT, LLC a
Delaware limited liability company;
GREYSTONE TENANT, LLC, a Delaware
limited liability company; GREYSTONE
OPTION HOLDER, LLC, a Delaware limited
liability company; WWB TRUST LLC, a
Florida limited liability company; TRANS
INNS ASSOCIATES INC., a Michigan
Corporation;
EVANS CARROL & ASSOCIATES INC., a
Florida Corporation;
VOS HOSPITALITY, LLC, a Florida limited
liability company;
BBM 3, LLC, an Indiana limited liability
company;

BBM 3 II, LLC an Indiana limited liability

company;

BRANDON MUHL, an individual

GREYSTONE MANAGING MEMBER,

LLC, a Florida limited liability company;

PNC BANK, N.A., a National Association;

RUBEN RAMIREZ, an individual;


     Defendants.

_____/

## SUMMONS IN A CIVIL ACTION

To:    GREYSTONE EB-5 LLLP
       By Serving: Registered Agents, Inc, Registered Agent
       7901 4th Street N.
       Suite 300
       St. Petersburg, FL 33702

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                    Jordan A. Shaw, Esq.
                    Zebersky Payne Shaw Lewenz, LLP
                    110 SE 6th Street
                    Ste. 2150
                    Fort Lauderdale, FL 33301
                    jshaw@zpllp.com

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the Court.


Date:___Oct 15, 2019_____



**SUMMONS**

*s/ Maria Cruz*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

[1895423/1]

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  19-cv-24138-DPG

YUANXIAO FENG, an individual; KIU
CHUN SAXON HUI, an individual; LAI
KING HUI, an individual; JING KUANG, an
individual; CHUEN PING NG, an individual;
MINYANG TIAN, an individual; HONGSEN
ZHANG, an individual; and YAN ZHANG, an
individual,

      Plaintiffs.                 **Civil Action No.   19-cv-24138-DPG**

v.

JOSEPH WALSH, an individual; JOSEPH
WALSH, JR., an individual; ANTHONY
REITZ, an individual;
LESLIE ROBERT EVANS, an individual;
GREYSTONE EB-5 LLLP, a Florida limited
liability limited partnership; SOUTH
ATLANTIC REGIONAL CENTER, LLC, a
Florida limited liability company; USREDA,
LLC A Delaware limited liability company;
USREDA HOLDINGS LLC, a Delaware
limited liability company; USREDA
MANAGEMENT, LLC, a Delaware limited
liability company; JJW CONSULTANCY,
LTD., a foreign company;  DANIEL
VOSOTAS, an individual; JAMES
VOSOTAS, an individual; GREYSTONE
HOTEL MIAMI LLC, a Florida limited
liability company;

UNITED EB5, LLC, a Florida limited liability
company; SANTA BARBARA 230, LLC, a
Delaware limited liability company;
GREYSTONE TERRA FIRMA, LLC, a
Delaware limited liability company;
VOS HOLDINGS I, LLC, a Florida limited
liability company;
VOS CRE I, LLC, a Florida limited liability
company;
GREYSTONE HOSPITALITY, LLC, a
Florida limited liability company;
GREYSTONE HOLDCO, LLC, a Delaware
limited liability company;
GREYSTONE MANAGING MEMBER,
LLC, a Florida limited liability company;
GREYSTONE MASTER TENANT, LLC a
Delaware limited liability company;
GREYSTONE TENANT, LLC, a Delaware
limited liability company; GREYSTONE
OPTION HOLDER, LLC, a Delaware limited
liability company; WWB TRUST LLC, a
Florida limited liability company; TRANS
INNS ASSOCIATES INC., a Michigan
Corporation;
EVANS CARROL & ASSOCIATES INC., a
Florida Corporation;
VOS HOSPITALITY, LLC, a Florida limited
liability company;
BBM 3, LLC, an Indiana limited liability
company;

BBM 3 II, LLC an Indiana limited liability

company;

BRANDON MUHL, an individual

GREYSTONE MANAGING MEMBER,

LLC, a Florida limited liability company;

PNC BANK, N.A., a National Association;

RUBEN RAMIREZ, an individual;


    Defendants.

_____/


### SUMMONS IN A CIVIL ACTION

To:    GREYSTONE HOLDCO, LLC
       By Serving: James Vosotas, Registered Agent
       771 NE Marine Dr.
       Boca Raton, FL 33431

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                        Jordan A. Shaw, Esq.
                        Zebersky Payne Shaw Lewenz, LLP
                        110 SE 6th Street
                        Ste. 2150
                        Fort Lauderdale, FL 33301
                        jshaw@zpllp.com

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the Court.


Date:___Oct 15, 2019_____



**SUMMONS**

s/ Maria Cruz
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

[1895489/1]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.:  19-cv-24138-DPG

YUANXIAO FENG, an individual; KIU
CHUN SAXON HUI, an individual; LAI
KING HUI, an individual; JING KUANG, an
individual; CHUEN PING NG, an individual;
MINYANG TIAN, an individual; HONGSEN
ZHANG, an individual; and YAN ZHANG, an
individual,

     Plaintiffs.                                      **Civil Action No.  19-cv-24138-DPG**

v.

JOSEPH WALSH, an individual; JOSEPH
WALSH, JR., an individual; ANTHONY
REITZ, an individual;
LESLIE ROBERT EVANS, an individual;
GREYSTONE EB-5 LLLP, a Florida limited
liability limited partnership; SOUTH
ATLANTIC REGIONAL CENTER, LLC, a
Florida limited liability company; USREDA,
LLC A Delaware limited liability company;
USREDA HOLDINGS LLC, a Delaware
limited liability company; USREDA
MANAGEMENT, LLC, a Delaware limited
liability company; JJW CONSULTANCY,
LTD., a foreign company;  DANIEL
VOSOTAS, an individual; JAMES
VOSOTAS, an individual; GREYSTONE
HOTEL MIAMI LLC, a Florida limited
liability company;

UNITED EB5, LLC, a Florida limited liability
company; SANTA BARBARA 230, LLC, a
Delaware limited liability company;
GREYSTONE TERRA FIRMA, LLC, a
Delaware limited liability company;
VOS HOLDINGS I, LLC, a Florida limited
liability company;
VOS CRE I, LLC, a Florida limited liability
company;
GREYSTONE HOSPITALITY, LLC, a
Florida limited liability company;
GREYSTONE HOLDCO, LLC, a Delaware
limited liability company;
GREYSTONE MANAGING MEMBER,
LLC, a Florida limited liability company;
GREYSTONE MASTER TENANT, LLC a
Delaware limited liability company;
GREYSTONE TENANT, LLC, a Delaware
limited liability company; GREYSTONE
OPTION HOLDER, LLC, a Delaware limited
liability company; WWB TRUST LLC, a
Florida limited liability company; TRANS
INNS ASSOCIATES INC., a Michigan
Corporation;
EVANS CARROL & ASSOCIATES INC., a
Florida Corporation;
VOS HOSPITALITY, LLC, a Florida limited
liability company;
BBM 3, LLC, an Indiana limited liability
company;

[1895488/1]

BBM 3 II, LLC an Indiana limited liability

company;

BRANDON MUHL, an individual

GREYSTONE MANAGING MEMBER,

LLC, a Florida limited liability company;

PNC BANK, N.A., a National Association;

RUBEN RAMIREZ, an individual;


     Defendants.

_____/


## SUMMONS IN A CIVIL ACTION

To:    GREYSTONE HOSPITALITY, LLC
       By Serving: Daniel Vosotas, Registered Agent
       771 NE Marine Dr.
       Boca Raton, FL 33431

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                  Jordan A. Shaw, Esq.
                  Zebersky Payne Shaw Lewenz, LLP
                  110 SE 6th Street
                  Ste. 2150
                  Fort Lauderdale, FL 33301
                  jshaw@zpllp.com

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the Court.


Date:_____   Oct 15, 2019



**SUMMONS**

s/ Maria Cruz
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

[1895488/1]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.:  19-cv-24138-DPG

YUANXIAO FENG, an individual; KIU
CHUN SAXON HUI, an individual; LAI
KING HUI, an individual; JING KUANG, an
individual; CHUEN PING NG, an individual;
MINYANG TIAN, an individual; HONGSEN
ZHANG, an individual; and YAN ZHANG, an
individual,

     Plaintiffs.              **Civil Action No. 19-cv-24138-DPG**

v.

JOSEPH WALSH, an individual; JOSEPH
WALSH, JR., an individual; ANTHONY
REITZ, an individual;
LESLIE ROBERT EVANS, an individual;
GREYSTONE EB-5 LLLP, a Florida limited
liability limited partnership; SOUTH
ATLANTIC REGIONAL CENTER, LLC, a
Florida limited liability company; USREDA,
LLC A Delaware limited liability company;
USREDA HOLDINGS LLC, a Delaware
limited liability company; USREDA
MANAGEMENT, LLC, a Delaware limited
liability company; JJW CONSULTANCY,
LTD., a foreign company;  DANIEL
VOSOTAS, an individual; JAMES
VOSOTAS, an individual; GREYSTONE
HOTEL MIAMI LLC, a Florida limited
liability company;

UNITED EB5, LLC, a Florida limited liability
company; SANTA BARBARA 230, LLC, a
Delaware limited liability company;
GREYSTONE TERRA FIRMA, LLC, a
Delaware limited liability company;
VOS HOLDINGS I, LLC, a Florida limited
liability company;
VOS CRE I, LLC, a Florida limited liability
company;
GREYSTONE HOSPITALITY, LLC, a
Florida limited liability company;
GREYSTONE HOLDCO, LLC, a Delaware
limited liability company;
GREYSTONE MANAGING MEMBER,
LLC, a Florida limited liability company;
GREYSTONE MASTER TENANT, LLC a
Delaware limited liability company;
GREYSTONE TENANT, LLC, a Delaware
limited liability company; GREYSTONE
OPTION HOLDER, LLC, a Delaware limited
liability company; WWB TRUST LLC, a
Florida limited liability company; TRANS
INNS ASSOCIATES INC., a Michigan
Corporation;
EVANS CARROL & ASSOCIATES INC., a
Florida Corporation;
VOS HOSPITALITY, LLC, a Florida limited
liability company;
BBM 3, LLC, an Indiana limited liability
company;

BBM 3 II, LLC an Indiana limited liability

company;

BRANDON MUHL, an individual

GREYSTONE MANAGING MEMBER,

LLC, a Florida limited liability company;

PNC BANK, N.A., a National Association;

RUBEN RAMIREZ, an individual;

     Defendants.

_____/

## SUMMONS IN A CIVIL ACTION

To:    GREYSTONE MANAGING MEMBER, LLC
       By Serving: Daniel Vosotas, Registered Agent
       771 NE Marine Dr.
       Boca Raton, FL 33431

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                    Jordan A. Shaw, Esq.
                    Zebersky Payne Shaw Lewenz, LLP
                    110 SE 6th Street
                    Ste. 2150
                    Fort Lauderdale, FL 33301
                    jshaw@zpllp.com

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the Court.

Date:  Oct 15, 2019
     _____



**SUMMONS**

s/ Maria Cruz
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
### CASE NO.:  19-cv-24138-DPG

YUANXIAO FENG, an individual; KIU
CHUN SAXON HUI, an individual; LAI
KING HUI, an individual; JING KUANG, an
individual; CHUEN PING NG, an individual;
MINYANG TIAN, an individual; HONGSEN
ZHANG, an individual; and YAN ZHANG, an
individual,

     Plaintiffs.                     **Civil Action No.   19-cv-24138-DPG**

v.

JOSEPH WALSH, an individual; JOSEPH
WALSH, JR., an individual; ANTHONY
REITZ, an individual;
LESLIE ROBERT EVANS, an individual;
GREYSTONE EB-5 LLLP, a Florida limited
liability limited partnership; SOUTH
ATLANTIC REGIONAL CENTER, LLC, a
Florida limited liability company; USREDA,
LLC A Delaware limited liability company;
USREDA HOLDINGS LLC, a Delaware
limited liability company; USREDA
MANAGEMENT, LLC, a Delaware limited
liability company; JJW CONSULTANCY,
LTD., a foreign company;  DANIEL
VOSOTAS, an individual; JAMES
VOSOTAS, an individual; GREYSTONE
HOTEL MIAMI LLC, a Florida limited
liability company;

UNITED EB5, LLC, a Florida limited liability
company; SANTA BARBARA 230, LLC, a
Delaware limited liability company;
GREYSTONE TERRA FIRMA, LLC, a
Delaware limited liability company;
VOS HOLDINGS I, LLC, a Florida limited
liability company;
VOS CRE I, LLC, a Florida limited liability
company;
GREYSTONE HOSPITALITY, LLC, a
Florida limited liability company;
GREYSTONE HOLDCO, LLC, a Delaware
limited liability company;
GREYSTONE MANAGING MEMBER,
LLC, a Florida limited liability company;
GREYSTONE MASTER TENANT, LLC a
Delaware limited liability company;
GREYSTONE TENANT, LLC, a Delaware
limited liability company; GREYSTONE
OPTION HOLDER, LLC, a Delaware limited
liability company; WWB TRUST LLC, a
Florida limited liability company; TRANS
INNS ASSOCIATES INC., a Michigan
Corporation;
EVANS CARROL & ASSOCIATES INC., a
Florida Corporation;
VOS HOSPITALITY, LLC, a Florida limited
liability company;
BBM 3, LLC, an Indiana limited liability
company;

BBM 3 II, LLC an Indiana limited liability

company;

BRANDON MUHL, an individual

GREYSTONE MANAGING MEMBER,

LLC, a Florida limited liability company;

PNC BANK, N.A., a National Association;

RUBEN RAMIREZ, an individual;


    Defendants.

_____/


## SUMMONS IN A CIVIL ACTION

To:    GREYSTONE MASTER TENANT, LLC
        By Serving: James Vosotas, Registered Agent
        771 NE Marine Dr.
        Boca Raton, FL 33431

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Jordan A. Shaw, Esq.
                Zebersky Payne Shaw Lewenz, LLP
                110 SE 6th Street
                Ste. 2150
                Fort Lauderdale, FL 33301
                jshaw@zpllp.com

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the Court.


Date:_____   Oct 15, 2019



**SUMMONS**

s/ Maria Cruz
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

[1895491/1]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.:  19-cv-24138-DPG

YUANXIAO FENG, an individual; KIU

CHUN SAXON HUI, an individual; LAI

KING HUI, an individual; JING KUANG, an

individual; CHUEN PING NG, an individual;

MINYANG TIAN, an individual; HONGSEN

ZHANG, an individual; and YAN ZHANG, an

individual,

     Plaintiffs.                    **Civil Action No.   19-cv-24138-DPG**

v.

JOSEPH WALSH, an individual; JOSEPH

WALSH, JR., an individual; ANTHONY

REITZ, an individual;

LESLIE ROBERT EVANS, an individual;

GREYSTONE EB-5 LLLP, a Florida limited

liability limited partnership; SOUTH

ATLANTIC REGIONAL CENTER, LLC, a

Florida limited liability company; USREDA,

LLC A Delaware limited liability company;

USREDA HOLDINGS LLC, a Delaware

limited liability company; USREDA

MANAGEMENT, LLC, a Delaware limited

liability company; JJW CONSULTANCY,

LTD., a foreign company;  DANIEL

VOSOTAS, an individual; JAMES

VOSOTAS, an individual; GREYSTONE

HOTEL MIAMI LLC, a Florida limited

liability company;

UNITED EB5, LLC, a Florida limited liability
company; SANTA BARBARA 230, LLC, a
Delaware limited liability company;
GREYSTONE TERRA FIRMA, LLC, a
Delaware limited liability company;
VOS HOLDINGS I, LLC, a Florida limited
liability company;
VOS CRE I, LLC, a Florida limited liability
company;
GREYSTONE HOSPITALITY, LLC, a
Florida limited liability company;
GREYSTONE HOLDCO, LLC, a Delaware
limited liability company;
GREYSTONE MANAGING MEMBER,
LLC, a Florida limited liability company;
GREYSTONE MASTER TENANT, LLC a
Delaware limited liability company;
GREYSTONE TENANT, LLC, a Delaware
limited liability company; GREYSTONE
OPTION HOLDER, LLC, a Delaware limited
liability company; WWB TRUST LLC, a
Florida limited liability company; TRANS
INNS ASSOCIATES INC., a Michigan
Corporation;
EVANS CARROL & ASSOCIATES INC., a
Florida Corporation;
VOS HOSPITALITY, LLC, a Florida limited
liability company;
BBM 3, LLC, an Indiana limited liability
company;

BBM 3 II, LLC an Indiana limited liability

company;

BRANDON MUHL, an individual

GREYSTONE MANAGING MEMBER,

LLC, a Florida limited liability company;

PNC BANK, N.A., a National Association;

RUBEN RAMIREZ, an individual;


    Defendants.

_____/

### SUMMONS IN A CIVIL ACTION

To:    GREYSTONE HOTEL MIAMI, LLC
       By Serving: James Vosotas, Registered Agent
       771 NE Marine Dr.
       Boca Raton, FL 33431

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Jordan A. Shaw, Esq.
                Zebersky Payne Shaw Lewenz, LLP
                110 SE 6th Street
                Ste. 2150
                Fort Lauderdale, FL 33301
                jshaw@zpllp.com

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the Court.

Date:_____ Oct 15, 2019



**SUMMONS**

*s/ Maria Cruz*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

[1895474/1]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.:  19-cv-24138-DPG

YUANXIAO FENG, an individual; KIU
CHUN SAXON HUI, an individual; LAI
KING HUI, an individual; JING KUANG, an
individual; CHUEN PING NG, an individual;
MINYANG TIAN, an individual; HONGSEN
ZHANG, an individual; and YAN ZHANG, an
individual,

      Plaintiffs.                        **Civil Action No.   19-cv-24138-DPG**

v.

JOSEPH WALSH, an individual; JOSEPH
WALSH, JR., an individual; ANTHONY
REITZ, an individual;
LESLIE ROBERT EVANS, an individual;
GREYSTONE EB-5 LLLP, a Florida limited
liability limited partnership; SOUTH
ATLANTIC REGIONAL CENTER, LLC, a
Florida limited liability company; USREDA,
LLC A Delaware limited liability company;
USREDA HOLDINGS LLC, a Delaware
limited liability company; USREDA
MANAGEMENT, LLC, a Delaware limited
liability company; JJW CONSULTANCY,
LTD., a foreign company;  DANIEL
VOSOTAS, an individual; JAMES
VOSOTAS, an individual; GREYSTONE
HOTEL MIAMI LLC, a Florida limited
liability company;

UNITED EB5, LLC, a Florida limited liability
company; SANTA BARBARA 230, LLC, a
Delaware limited liability company;
GREYSTONE TERRA FIRMA, LLC, a
Delaware limited liability company;
VOS HOLDINGS I, LLC, a Florida limited
liability company;
VOS CRE I, LLC, a Florida limited liability
company;
GREYSTONE HOSPITALITY, LLC, a
Florida limited liability company;
GREYSTONE HOLDCO, LLC, a Delaware
limited liability company;
GREYSTONE MANAGING MEMBER,
LLC, a Florida limited liability company;
GREYSTONE MASTER TENANT, LLC a
Delaware limited liability company;
GREYSTONE TENANT, LLC, a Delaware
limited liability company; GREYSTONE
OPTION HOLDER, LLC, a Delaware limited
liability company; WWB TRUST LLC, a
Florida limited liability company; TRANS
INNS ASSOCIATES INC., a Michigan
Corporation;
EVANS CARROL & ASSOCIATES INC., a
Florida Corporation;
VOS HOSPITALITY, LLC, a Florida limited
liability company;
BBM 3, LLC, an Indiana limited liability
company;

[1895493/1]

BBM 3 II, LLC an Indiana limited liability

company;

BRANDON MUHL, an individual

GREYSTONE MANAGING MEMBER,

LLC, a Florida limited liability company;

PNC BANK, N.A., a National Association;

RUBEN RAMIREZ, an individual;


     Defendants.

_____/


## SUMMONS IN A CIVIL ACTION

To:    GREYSTONE OPTION HOLDER, LLC
       By Serving: James Vosotas, Registered Agent
       771 NE Marine Dr.
       Boca Raton, FL 33431

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Jordan A. Shaw, Esq.
                Zebersky Payne Shaw Lewenz, LLP
                110 SE 6th Street
                Ste. 2150
                Fort Lauderdale, FL 33301
                jshaw@zpllp.com

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the Court.


Date:_____Oct 15, 2019_____



**SUMMONS**

*s/ Maria Cruz*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

[1895493/1]

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  19-cv-24138-DPG

YUANXIAO FENG, an individual; KIU

CHUN SAXON HUI, an individual; LAI

KING HUI, an individual; JING KUANG, an

individual; CHUEN PING NG, an individual;

MINYANG TIAN, an individual; HONGSEN

ZHANG, an individual; and YAN ZHANG, an

individual,

      Plaintiffs.                        **Civil Action No.   19-cv-24138-DPG**

v.

JOSEPH WALSH, an individual; JOSEPH

WALSH, JR., an individual; ANTHONY

REITZ, an individual;

LESLIE ROBERT EVANS, an individual;

GREYSTONE EB-5 LLLP, a Florida limited

liability limited partnership; SOUTH

ATLANTIC REGIONAL CENTER, LLC, a

Florida limited liability company; USREDA,

LLC A Delaware limited liability company;

USREDA HOLDINGS LLC, a Delaware

limited liability company; USREDA

MANAGEMENT, LLC, a Delaware limited

liability company; JJW CONSULTANCY,

LTD., a foreign company;  DANIEL

VOSOTAS, an individual; JAMES

VOSOTAS, an individual; GREYSTONE

HOTEL MIAMI LLC, a Florida limited

liability company;

UNITED EB5, LLC, a Florida limited liability
company; SANTA BARBARA 230, LLC, a
Delaware limited liability company;
GREYSTONE TERRA FIRMA, LLC, a
Delaware limited liability company;
VOS HOLDINGS I, LLC, a Florida limited
liability company;
VOS CRE I, LLC, a Florida limited liability
company;
GREYSTONE HOSPITALITY, LLC, a
Florida limited liability company;
GREYSTONE HOLDCO, LLC, a Delaware
limited liability company;
GREYSTONE MANAGING MEMBER,
LLC, a Florida limited liability company;
GREYSTONE MASTER TENANT, LLC a
Delaware limited liability company;
GREYSTONE TENANT, LLC, a Delaware
limited liability company; GREYSTONE
OPTION HOLDER, LLC, a Delaware limited
liability company; WWB TRUST LLC, a
Florida limited liability company; TRANS
INNS ASSOCIATES INC., a Michigan
Corporation;
EVANS CARROL & ASSOCIATES INC., a
Florida Corporation;
VOS HOSPITALITY, LLC, a Florida limited
liability company;
BBM 3, LLC, an Indiana limited liability
company;

BBM 3 II, LLC an Indiana limited liability

company;

BRANDON MUHL, an individual

GREYSTONE MANAGING MEMBER,

LLC, a Florida limited liability company;

PNC BANK, N.A., a National Association;

RUBEN RAMIREZ, an individual;

     Defendants.

_____/

### SUMMONS IN A CIVIL ACTION

To:    GREYSTONE TENANT, LLC
      By Serving: James Vosotas, Registered Agent
      771 NE Marine Dr.
      Boca Raton, FL 33431

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

               Jordan A. Shaw, Esq.
               Zebersky Payne Shaw Lewenz, LLP
               110 SE 6th Street
               Ste. 2150
               Fort Lauderdale, FL 33301
               jshaw@zpllp.com

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the Court.

Date:_____Oct 15, 2019_____



**SUMMONS**

s/ Maria Cruz

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.:  19-cv-24138-DPG

YUANXIAO FENG, an individual; KIU
CHUN SAXON HUI, an individual; LAI
KING HUI, an individual; JING KUANG, an
individual; CHUEN PING NG, an individual;
MINYANG TIAN, an individual; HONGSEN
ZHANG, an individual; and YAN ZHANG, an
individual,

     Plaintiffs.                    **Civil Action No.   19-cv-24138-DPG**

v.

JOSEPH WALSH, an individual; JOSEPH
WALSH, JR., an individual; ANTHONY
REITZ, an individual;
LESLIE ROBERT EVANS, an individual;
GREYSTONE EB-5 LLLP, a Florida limited
liability limited partnership; SOUTH
ATLANTIC REGIONAL CENTER, LLC, a
Florida limited liability company; USREDA,
LLC A Delaware limited liability company;
USREDA HOLDINGS LLC, a Delaware
limited liability company; USREDA
MANAGEMENT, LLC, a Delaware limited
liability company; JJW CONSULTANCY,
LTD., a foreign company;  DANIEL
VOSOTAS, an individual; JAMES
VOSOTAS, an individual; GREYSTONE
HOTEL MIAMI LLC, a Florida limited
liability company;

UNITED EB5, LLC, a Florida limited liability
company; SANTA BARBARA 230, LLC, a
Delaware limited liability company;
GREYSTONE TERRA FIRMA, LLC, a
Delaware limited liability company;
VOS HOLDINGS I, LLC, a Florida limited
liability company;
VOS CRE I, LLC, a Florida limited liability
company;
GREYSTONE HOSPITALITY, LLC, a
Florida limited liability company;
GREYSTONE HOLDCO, LLC, a Delaware
limited liability company;
GREYSTONE MANAGING MEMBER,
LLC, a Florida limited liability company;
GREYSTONE MASTER TENANT, LLC a
Delaware limited liability company;
GREYSTONE TENANT, LLC, a Delaware
limited liability company; GREYSTONE
OPTION HOLDER, LLC, a Delaware limited
liability company; WWB TRUST LLC, a
Florida limited liability company; TRANS
INNS ASSOCIATES INC., a Michigan
Corporation;
EVANS CARROL & ASSOCIATES INC., a
Florida Corporation;
VOS HOSPITALITY, LLC, a Florida limited
liability company;
BBM 3, LLC, an Indiana limited liability
company;

BBM 3 II, LLC an Indiana limited liability

company;

BRANDON MUHL, an individual

GREYSTONE MANAGING MEMBER,

LLC, a Florida limited liability company;

PNC BANK, N.A., a National Association;

RUBEN RAMIREZ, an individual;


     Defendants.

_____/

### SUMMONS IN A CIVIL ACTION

To:    GREYSTONE TERRA FIRMA, LLC
       By Serving: James Vosotas, Registered Agent
       771 NE Marine Dr.
       Boca Raton, FL 33431

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                 Jordan A. Shaw, Esq.
                 Zebersky Payne Shaw Lewenz, LLP
                 110 SE 6th Street
                 Ste. 2150
                 Fort Lauderdale, FL 33301
                 jshaw@zpllp.com

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the Court.


Date:    Oct 15, 2019
_____



**SUMMONS**

*s/ Maria Cruz*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

[1895481/1]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.:  19-cv-24138-DPG

YUANXIAO FENG, an individual; KIU

CHUN SAXON HUI, an individual; LAI

KING HUI, an individual; JING KUANG, an

individual; CHUEN PING NG, an individual;

MINYANG TIAN, an individual; HONGSEN

ZHANG, an individual; and YAN ZHANG, an

individual,

      Plaintiffs.                    **Civil Action No.   19-cv-24138-DPG**

v.

JOSEPH WALSH, an individual; JOSEPH

WALSH, JR., an individual; ANTHONY

REITZ, an individual;

LESLIE ROBERT EVANS, an individual;

GREYSTONE EB-5 LLLP, a Florida limited

liability limited partnership; SOUTH

ATLANTIC REGIONAL CENTER, LLC, a

Florida limited liability company; USREDA,

LLC A Delaware limited liability company;

USREDA HOLDINGS LLC, a Delaware

limited liability company; USREDA

MANAGEMENT, LLC, a Delaware limited

liability company; JJW CONSULTANCY,

LTD., a foreign company;  DANIEL

VOSOTAS, an individual; JAMES

VOSOTAS, an individual; GREYSTONE

HOTEL MIAMI LLC, a Florida limited

liability company;

[1895473/1]

UNITED EB5, LLC, a Florida limited liability
company; SANTA BARBARA 230, LLC, a
Delaware limited liability company;
GREYSTONE TERRA FIRMA, LLC, a
Delaware limited liability company;
VOS HOLDINGS I, LLC, a Florida limited
liability company;
VOS CRE I, LLC, a Florida limited liability
company;
GREYSTONE HOSPITALITY, LLC, a
Florida limited liability company;
GREYSTONE HOLDCO, LLC, a Delaware
limited liability company;
GREYSTONE MANAGING MEMBER,
LLC, a Florida limited liability company;
GREYSTONE MASTER TENANT, LLC a
Delaware limited liability company;
GREYSTONE TENANT, LLC, a Delaware
limited liability company; GREYSTONE
OPTION HOLDER, LLC, a Delaware limited
liability company; WWB TRUST LLC, a
Florida limited liability company; TRANS
INNS ASSOCIATES INC., a Michigan
Corporation;
EVANS CARROL & ASSOCIATES INC., a
Florida Corporation;
VOS HOSPITALITY, LLC, a Florida limited
liability company;
BBM 3, LLC, an Indiana limited liability
company;

BBM 3 II, LLC an Indiana limited liability

company;

BRANDON MUHL, an individual

GREYSTONE MANAGING MEMBER,

LLC, a Florida limited liability company;

PNC BANK, N.A., a National Association;

RUBEN RAMIREZ, an individual;


        Defendants.

_____/


### SUMMONS IN A CIVIL ACTION

To:     By Serving: James Vosotas, Individually
        4111 Andover Rd.
        Suite 110W
        Bloomfield Hills, MI 48302

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                        Jordan A. Shaw, Esq.
                        Zebersky Payne Shaw Lewenz, LLP
                        110 SE 6th Street
                        Ste. 2150
                        Fort Lauderdale, FL 33301
                        jshaw@zpllp.com

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the Court.


Date:____Oct 15, 2019_____



**SUMMONS**

*s/ Maria Cruz*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

[1895473/1]

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## CASE NO.:  19-cv-24138-DPG

YUANXIAO FENG, an individual; KIU
CHUN SAXON HUI, an individual; LAI
KING HUI, an individual; JING KUANG, an
individual; CHUEN PING NG, an individual;
MINYANG TIAN, an individual; HONGSEN
ZHANG, an individual; and YAN ZHANG, an
individual,

     Plaintiffs.                          **Civil Action No.   19-cv-24138-DPG**

v.

JOSEPH WALSH, an individual; JOSEPH
WALSH, JR., an individual; ANTHONY
REITZ, an individual;
LESLIE ROBERT EVANS, an individual;
GREYSTONE EB-5 LLLP, a Florida limited
liability limited partnership; SOUTH
ATLANTIC REGIONAL CENTER, LLC, a
Florida limited liability company; USREDA,
LLC A Delaware limited liability company;
USREDA HOLDINGS LLC, a Delaware
limited liability company; USREDA
MANAGEMENT, LLC, a Delaware limited
liability company; JJW CONSULTANCY,
LTD., a foreign company;  DANIEL
VOSOTAS, an individual; JAMES
VOSOTAS, an individual; GREYSTONE
HOTEL MIAMI LLC, a Florida limited
liability company;

UNITED EB5, LLC, a Florida limited liability
company; SANTA BARBARA 230, LLC, a
Delaware limited liability company;
GREYSTONE TERRA FIRMA, LLC, a
Delaware limited liability company;
VOS HOLDINGS I, LLC, a Florida limited
liability company;
VOS CRE I, LLC, a Florida limited liability
company;
GREYSTONE HOSPITALITY, LLC, a
Florida limited liability company;
GREYSTONE HOLDCO, LLC, a Delaware
limited liability company;
GREYSTONE MANAGING MEMBER,
LLC, a Florida limited liability company;
GREYSTONE MASTER TENANT, LLC a
Delaware limited liability company;
GREYSTONE TENANT, LLC, a Delaware
limited liability company; GREYSTONE
OPTION HOLDER, LLC, a Delaware limited
liability company; WWB TRUST LLC, a
Florida limited liability company; TRANS
INNS ASSOCIATES INC., a Michigan
Corporation;
EVANS CARROL & ASSOCIATES INC., a
Florida Corporation;
VOS HOSPITALITY, LLC, a Florida limited
liability company;
BBM 3, LLC, an Indiana limited liability
company;

BBM 3 II, LLC an Indiana limited liability

company;

BRANDON MUHL, an individual

GREYSTONE MANAGING MEMBER,

LLC, a Florida limited liability company;

PNC BANK, N.A., a National Association;

RUBEN RAMIREZ, an individual;


     Defendants.

_____/


## SUMMONS IN A CIVIL ACTION

To:    By Serving: Leslie Robert Evans, Individually
        214 Brazilian Ave.
        #200
        Palm Beach, FL 33480

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Jordan A. Shaw, Esq.
                Zebersky Payne Shaw Lewenz, LLP
                110 SE 6th Street
                Ste. 2150
                Fort Lauderdale, FL 33301
                jshaw@zpllp.com

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the Court.



**SUMMONS**

Date:_____ Oct 15, 2019

s/ Maria Cruz
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

[1895469/1]

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  19-cv-24138-DPG

YUANXIAO FENG, an individual; KIU
CHUN SAXON HUI, an individual; LAI
KING HUI, an individual; JING KUANG, an
individual; CHUEN PING NG, an individual;
MINYANG TIAN, an individual; HONGSEN
ZHANG, an individual; and YAN ZHANG, an
individual,

      Plaintiffs.                         **Civil Action No.   19-cv-24138-DPG**

v.

JOSEPH WALSH, an individual; JOSEPH
WALSH, JR., an individual; ANTHONY
REITZ, an individual;

LESLIE ROBERT EVANS, an individual;
GREYSTONE EB-5 LLLP, a Florida limited
liability limited partnership; SOUTH
ATLANTIC REGIONAL CENTER, LLC, a
Florida limited liability company; USREDA,
LLC A Delaware limited liability company;
USREDA HOLDINGS LLC, a Delaware
limited liability company; USREDA
MANAGEMENT, LLC, a Delaware limited
liability company; JJW CONSULTANCY,
LTD., a foreign company;  DANIEL
VOSOTAS, an individual; JAMES
VOSOTAS, an individual; GREYSTONE
HOTEL MIAMI LLC, a Florida limited
liability company;

UNITED EB5, LLC, a Florida limited liability
company; SANTA BARBARA 230, LLC, a
Delaware limited liability company;
GREYSTONE TERRA FIRMA, LLC, a
Delaware limited liability company;
VOS HOLDINGS I, LLC, a Florida limited
liability company;
VOS CRE I, LLC, a Florida limited liability
company;
GREYSTONE HOSPITALITY, LLC, a
Florida limited liability company;
GREYSTONE HOLDCO, LLC, a Delaware
limited liability company;
GREYSTONE MANAGING MEMBER,
LLC, a Florida limited liability company;
GREYSTONE MASTER TENANT, LLC a
Delaware limited liability company;
GREYSTONE TENANT, LLC, a Delaware
limited liability company; GREYSTONE
OPTION HOLDER, LLC, a Delaware limited
liability company; WWB TRUST LLC, a
Florida limited liability company; TRANS
INNS ASSOCIATES INC., a Michigan
Corporation;
EVANS CARROL & ASSOCIATES INC., a
Florida Corporation;
VOS HOSPITALITY, LLC, a Florida limited
liability company;
BBM 3, LLC, an Indiana limited liability
company;

BBM 3 II, LLC an Indiana limited liability

company;

BRANDON MUHL, an individual

GREYSTONE MANAGING MEMBER,

LLC, a Florida limited liability company;

PNC BANK, N.A., a National Association;

RUBEN RAMIREZ, an individual;

     Defendants.

_____/

## SUMMONS IN A CIVIL ACTION

To:    By Serving: Brandon Muhl, Individually
          2900 McKinnon St.
          #101
          Dallas, TX 75201

          A lawsuit has been filed against you.

          Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                    Jordan A. Shaw, Esq.
                    Zebersky Payne Shaw Lewenz, LLP
                    110 SE 6th Street
                    Ste. 2150
                    Fort Lauderdale, FL 33301
                    jshaw@zpllp.com

          If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the Court.

Date: Oct 15, 2019
_____



**SUMMONS**

s/ Maria Cruz
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

[1895511/1]

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  19-cv-24138-DPG

YUANXIAO FENG, an individual; KIU
CHUN SAXON HUI, an individual; LAI
KING HUI, an individual; JING KUANG, an
individual; CHUEN PING NG, an individual;
MINYANG TIAN, an individual; HONGSEN
ZHANG, an individual; and YAN ZHANG, an
individual,

     Plaintiffs.                     **Civil Action No.   19-cv-24138-DPG**

v.

JOSEPH WALSH, an individual; JOSEPH
WALSH, JR., an individual; ANTHONY
REITZ, an individual;
LESLIE ROBERT EVANS, an individual;
GREYSTONE EB-5 LLLP, a Florida limited
liability limited partnership; SOUTH
ATLANTIC REGIONAL CENTER, LLC, a
Florida limited liability company; USREDA,
LLC A Delaware limited liability company;
USREDA HOLDINGS LLC, a Delaware
limited liability company; USREDA
MANAGEMENT, LLC, a Delaware limited
liability company; JJW CONSULTANCY,
LTD., a foreign company;  DANIEL
VOSOTAS, an individual; JAMES
VOSOTAS, an individual; GREYSTONE
HOTEL MIAMI LLC, a Florida limited
liability company;

UNITED EB5, LLC, a Florida limited liability
company; SANTA BARBARA 230, LLC, a
Delaware limited liability company;
GREYSTONE TERRA FIRMA, LLC, a
Delaware limited liability company;
VOS HOLDINGS I, LLC, a Florida limited
liability company;
VOS CRE I, LLC, a Florida limited liability
company;
GREYSTONE HOSPITALITY, LLC, a
Florida limited liability company;
GREYSTONE HOLDCO, LLC, a Delaware
limited liability company;
GREYSTONE MANAGING MEMBER,
LLC, a Florida limited liability company;
GREYSTONE MASTER TENANT, LLC a
Delaware limited liability company;
GREYSTONE TENANT, LLC, a Delaware
limited liability company; GREYSTONE
OPTION HOLDER, LLC, a Delaware limited
liability company; WWB TRUST LLC, a
Florida limited liability company; TRANS
INNS ASSOCIATES INC., a Michigan
Corporation;
EVANS CARROL & ASSOCIATES INC., a
Florida Corporation;
VOS HOSPITALITY, LLC, a Florida limited
liability company;
BBM 3, LLC, an Indiana limited liability
company;

BBM 3 II, LLC an Indiana limited liability

company;

BRANDON MUHL, an individual

GREYSTONE MANAGING MEMBER,

LLC, a Florida limited liability company;

PNC BANK, N.A., a National Association;

RUBEN RAMIREZ, an individual;


     Defendants.

_____/

## SUMMONS IN A CIVIL ACTION

To:    SANTA BARBARA 230, LLC
       By Serving: James Vosotas, Registered Agent
       771 NE Marine Dr.
       Boca Raton, FL 33431

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Jordan A. Shaw, Esq.
                Zebersky Payne Shaw Lewenz, LLP
                110 SE 6th Street
                Ste. 2150
                Fort Lauderdale, FL 33301
                jshaw@zpllp.com

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the Court.



**SUMMONS**

Date:_____ Oct 15, 2019

s/ Maria Cruz
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### CASE NO.:  19-cv-24138-DPG

YUANXIAO FENG, an individual; KIU
CHUN SAXON HUI, an individual; LAI
KING HUI, an individual; JING KUANG, an
individual; CHUEN PING NG, an individual;
MINYANG TIAN, an individual; HONGSEN
ZHANG, an individual; and YAN ZHANG, an
individual,

      Plaintiffs.                              **Civil Action No.   19-cv-24138-DPG**

v.

JOSEPH WALSH, an individual; JOSEPH
WALSH, JR., an individual; ANTHONY
REITZ, an individual;
LESLIE ROBERT EVANS, an individual;
GREYSTONE EB-5 LLLP, a Florida limited
liability limited partnership; SOUTH
ATLANTIC REGIONAL CENTER, LLC, a
Florida limited liability company; USREDA,
LLC A Delaware limited liability company;
USREDA HOLDINGS LLC, a Delaware
limited liability company; USREDA
MANAGEMENT, LLC, a Delaware limited
liability company; JJW CONSULTANCY,
LTD., a foreign company;  DANIEL
VOSOTAS, an individual; JAMES
VOSOTAS, an individual; GREYSTONE
HOTEL MIAMI LLC, a Florida limited
liability company;

UNITED EB5, LLC, a Florida limited liability
company; SANTA BARBARA 230, LLC, a
Delaware limited liability company;
GREYSTONE TERRA FIRMA, LLC, a
Delaware limited liability company;
VOS HOLDINGS I, LLC, a Florida limited
liability company;
VOS CRE I, LLC, a Florida limited liability
company;
GREYSTONE HOSPITALITY, LLC, a
Florida limited liability company;
GREYSTONE HOLDCO, LLC, a Delaware
limited liability company;
GREYSTONE MANAGING MEMBER,
LLC, a Florida limited liability company;
GREYSTONE MASTER TENANT, LLC a
Delaware limited liability company;
GREYSTONE TENANT, LLC, a Delaware
limited liability company; GREYSTONE
OPTION HOLDER, LLC, a Delaware limited
liability company; WWB TRUST LLC, a
Florida limited liability company; TRANS
INNS ASSOCIATES INC., a Michigan
Corporation;
EVANS CARROL & ASSOCIATES INC., a
Florida Corporation;
VOS HOSPITALITY, LLC, a Florida limited
liability company;
BBM 3, LLC, an Indiana limited liability
company;

[1895424/1]

BBM 3 II, LLC an Indiana limited liability

company;

BRANDON MUHL, an individual

GREYSTONE MANAGING MEMBER,

LLC, a Florida limited liability company;

PNC BANK, N.A., a National Association;

RUBEN RAMIREZ, an individual;


    Defendants.

_____/


## SUMMONS IN A CIVIL ACTION

To:    SOUTH ATLANTIC REGIONAL CENTER, LLC
       By Serving: Registered Agents, Inc, Registered Agent
       7901 4th Street N.
       Suite 300
       St. Petersburg, FL 33702

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                        Jordan A. Shaw, Esq.
                        Zebersky Payne Shaw Lewenz, LLP
                        110 SE 6th Street
                        Ste. 2150
                        Fort Lauderdale, FL 33301
                        jshaw@zpllp.com

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the Court.


Date:  Oct 15, 2019
      _____



**SUMMONS**

s/ Maria Cruz
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

[1895424/1]

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  19-cv-24138-DPG

YUANXIAO FENG, an individual; KIU
CHUN SAXON HUI, an individual; LAI
KING HUI, an individual; JING KUANG, an
individual; CHUEN PING NG, an individual;
MINYANG TIAN, an individual; HONGSEN
ZHANG, an individual; and YAN ZHANG, an
individual,

     Plaintiffs.                              **Civil Action No.   19-cv-24138-DPG**

v.

JOSEPH WALSH, an individual; JOSEPH
WALSH, JR., an individual; ANTHONY
REITZ, an individual;
LESLIE ROBERT EVANS, an individual;
GREYSTONE EB-5 LLLP, a Florida limited
liability limited partnership; SOUTH
ATLANTIC REGIONAL CENTER, LLC, a
Florida limited liability company; USREDA,
LLC A Delaware limited liability company;
USREDA HOLDINGS LLC, a Delaware
limited liability company; USREDA
MANAGEMENT, LLC, a Delaware limited
liability company; JJW CONSULTANCY,
LTD., a foreign company;  DANIEL
VOSOTAS, an individual; JAMES
VOSOTAS, an individual; GREYSTONE
HOTEL MIAMI LLC, a Florida limited
liability company;

UNITED EB5, LLC, a Florida limited liability
company; SANTA BARBARA 230, LLC, a
Delaware limited liability company;
GREYSTONE TERRA FIRMA, LLC, a
Delaware limited liability company;
VOS HOLDINGS I, LLC, a Florida limited
liability company;
VOS CRE I, LLC, a Florida limited liability
company;
GREYSTONE HOSPITALITY, LLC, a
Florida limited liability company;
GREYSTONE HOLDCO, LLC, a Delaware
limited liability company;
GREYSTONE MANAGING MEMBER,
LLC, a Florida limited liability company;
GREYSTONE MASTER TENANT, LLC a
Delaware limited liability company;
GREYSTONE TENANT, LLC, a Delaware
limited liability company; GREYSTONE
OPTION HOLDER, LLC, a Delaware limited
liability company; WWB TRUST LLC, a
Florida limited liability company; TRANS
INNS ASSOCIATES INC., a Michigan
Corporation;
EVANS CARROL & ASSOCIATES INC., a
Florida Corporation;
VOS HOSPITALITY, LLC, a Florida limited
liability company;
BBM 3, LLC, an Indiana limited liability
company;

[1895501/1]

BBM 3 II, LLC an Indiana limited liability

company;

BRANDON MUHL, an individual

GREYSTONE MANAGING MEMBER,

LLC, a Florida limited liability company;

PNC BANK, N.A., a National Association;

RUBEN RAMIREZ, an individual;


     Defendants.

_____/

### SUMMONS IN A CIVIL ACTION

To:    TRANS INNS ASSOCIATES INC.
       By Serving: Daniel Vosotas, Registered Agent
       771 NE Marine Dr.
       Boca Raton, FL 33431

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Jordan A. Shaw, Esq.
                Zebersky Payne Shaw Lewenz, LLP
                110 SE 6th Street
                Ste. 2150
                Fort Lauderdale, FL 33301
                jshaw@zpllp.com

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the Court.

Date:_____
      Oct 15, 2019



**SUMMONS**

*s/ Maria Cruz*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

[1895501/1]

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  19-cv-24138-DPG

YUANXIAO FENG, an individual; KIU

CHUN SAXON HUI, an individual; LAI

KING HUI, an individual; JING KUANG, an

individual; CHUEN PING NG, an individual;

MINYANG TIAN, an individual; HONGSEN

ZHANG, an individual; and YAN ZHANG, an

individual,

      Plaintiffs.                        **Civil Action No.   19-cv-24138-DPG**

v.

JOSEPH WALSH, an individual; JOSEPH

WALSH, JR., an individual; ANTHONY

REITZ, an individual;

LESLIE ROBERT EVANS, an individual;

GREYSTONE EB-5 LLLP, a Florida limited

liability limited partnership; SOUTH

ATLANTIC REGIONAL CENTER, LLC, a

Florida limited liability company; USREDA,

LLC A Delaware limited liability company;

USREDA HOLDINGS LLC, a Delaware

limited liability company; USREDA

MANAGEMENT, LLC, a Delaware limited

liability company; JJW CONSULTANCY,

LTD., a foreign company;  DANIEL

VOSOTAS, an individual; JAMES

VOSOTAS, an individual; GREYSTONE

HOTEL MIAMI LLC, a Florida limited

liability company;

UNITED EB5, LLC, a Florida limited liability
company; SANTA BARBARA 230, LLC, a
Delaware limited liability company;
GREYSTONE TERRA FIRMA, LLC, a
Delaware limited liability company;
VOS HOLDINGS I, LLC, a Florida limited
liability company;
VOS CRE I, LLC, a Florida limited liability
company;
GREYSTONE HOSPITALITY, LLC, a
Florida limited liability company;
GREYSTONE HOLDCO, LLC, a Delaware
limited liability company;
GREYSTONE MANAGING MEMBER,
LLC, a Florida limited liability company;
GREYSTONE MASTER TENANT, LLC a
Delaware limited liability company;
GREYSTONE TENANT, LLC, a Delaware
limited liability company; GREYSTONE
OPTION HOLDER, LLC, a Delaware limited
liability company; WWB TRUST LLC, a
Florida limited liability company; TRANS
INNS ASSOCIATES INC., a Michigan
Corporation;
EVANS CARROL & ASSOCIATES INC., a
Florida Corporation;
VOS HOSPITALITY, LLC, a Florida limited
liability company;
BBM 3, LLC, an Indiana limited liability
company;

BBM 3 II, LLC an Indiana limited liability

company;

BRANDON MUHL, an individual

GREYSTONE MANAGING MEMBER,

LLC, a Florida limited liability company;

PNC BANK, N.A., a National Association;

RUBEN RAMIREZ, an individual;


     Defendants.

_____/

### SUMMONS IN A CIVIL ACTION

To:    UNITED EB5, LLC
       By Serving: James Vosotas, Registered Agent
       771 NE Marine Dr.
       Boca Raton, FL 33431

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                    Jordan A. Shaw, Esq.
                    Zebersky Payne Shaw Lewenz, LLP
                    110 SE 6th Street
                    Ste. 2150
                    Fort Lauderdale, FL 33301
                    jshaw@zpllp.com

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the Court.



**SUMMONS**

Date:_____Oct 15, 2019_____

*s/ Maria Cruz*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

[1895477/1]

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  19-cv-24138-DPG

YUANXIAO FENG, an individual; KIU
CHUN SAXON HUI, an individual; LAI
KING HUI, an individual; JING KUANG, an
individual; CHUEN PING NG, an individual;
MINYANG TIAN, an individual; HONGSEN
ZHANG, an individual; and YAN ZHANG, an
individual,

      Plaintiffs.                         **Civil Action No.   19-cv-24138-DPG**

v.

JOSEPH WALSH, an individual; JOSEPH
WALSH, JR., an individual; ANTHONY
REITZ, an individual;
LESLIE ROBERT EVANS, an individual;
GREYSTONE EB-5 LLLP, a Florida limited
liability limited partnership; SOUTH
ATLANTIC REGIONAL CENTER, LLC, a
Florida limited liability company; USREDA,
LLC A Delaware limited liability company;
USREDA HOLDINGS LLC, a Delaware
limited liability company; USREDA
MANAGEMENT, LLC, a Delaware limited
liability company; JJW CONSULTANCY,
LTD., a foreign company;  DANIEL
VOSOTAS, an individual; JAMES
VOSOTAS, an individual; GREYSTONE
HOTEL MIAMI LLC, a Florida limited
liability company;

UNITED EB5, LLC, a Florida limited liability company; SANTA BARBARA 230, LLC, a Delaware limited liability company; GREYSTONE TERRA FIRMA, LLC, a Delaware limited liability company; VOS HOLDINGS I, LLC, a Florida limited liability company; VOS CRE I, LLC, a Florida limited liability company; GREYSTONE HOSPITALITY, LLC, a Florida limited liability company; GREYSTONE HOLDCO, LLC, a Delaware limited liability company; GREYSTONE MANAGING MEMBER, LLC, a Florida limited liability company; GREYSTONE MASTER TENANT, LLC a Delaware limited liability company; GREYSTONE TENANT, LLC, a Delaware limited liability company; GREYSTONE OPTION HOLDER, LLC, a Delaware limited liability company; WWB TRUST LLC, a Florida limited liability company; TRANS INNS ASSOCIATES INC., a Michigan Corporation; EVANS CARROL & ASSOCIATES INC., a Florida Corporation; VOS HOSPITALITY, LLC, a Florida limited liability company; BBM 3, LLC, an Indiana limited liability company;

BBM 3 II, LLC an Indiana limited liability

company;

BRANDON MUHL, an individual

GREYSTONE MANAGING MEMBER,

LLC, a Florida limited liability company;

PNC BANK, N.A., a National Association;

RUBEN RAMIREZ, an individual;


    Defendants.

_____/

## SUMMONS IN A CIVIL ACTION

To:    USREDA HOLDINGS, LLC
      By Serving: National Registered Agents, Inc., Registered Agent
      160 Green Tree Sr.
      Ste. 101
      Dover, DE 19904

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Jordan A. Shaw, Esq.
                Zebersky Payne Shaw Lewenz, LLP
                110 SE 6th Street
                Ste. 2150
                Fort Lauderdale, FL 33301
                jshaw@zpllp.com

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the Court.

Date:_____Oct 15, 2019_____



**SUMMONS**

s/ Maria Cruz
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.:  19-cv-24138-DPG

YUANXIAO FENG, an individual; KIU
CHUN SAXON HUI, an individual; LAI
KING HUI, an individual; JING KUANG, an
individual; CHUEN PING NG, an individual;
MINYANG TIAN, an individual; HONGSEN
ZHANG, an individual; and YAN ZHANG, an
individual,

      Plaintiffs.                         **Civil Action No.   19-cv-24138-DPG**

v.

JOSEPH WALSH, an individual; JOSEPH
WALSH, JR., an individual; ANTHONY
REITZ, an individual;
LESLIE ROBERT EVANS, an individual;
GREYSTONE EB-5 LLLP, a Florida limited
liability limited partnership; SOUTH
ATLANTIC REGIONAL CENTER, LLC, a
Florida limited liability company; USREDA,
LLC A Delaware limited liability company;
USREDA HOLDINGS LLC, a Delaware
limited liability company; USREDA
MANAGEMENT, LLC, a Delaware limited
liability company; JJW CONSULTANCY,
LTD., a foreign company;  DANIEL
VOSOTAS, an individual; JAMES
VOSOTAS, an individual; GREYSTONE
HOTEL MIAMI LLC, a Florida limited
liability company;

UNITED EB5, LLC, a Florida limited liability
company; SANTA BARBARA 230, LLC, a
Delaware limited liability company;
GREYSTONE TERRA FIRMA, LLC, a
Delaware limited liability company;
VOS HOLDINGS I, LLC, a Florida limited
liability company;
VOS CRE I, LLC, a Florida limited liability
company;
GREYSTONE HOSPITALITY, LLC, a
Florida limited liability company;
GREYSTONE HOLDCO, LLC, a Delaware
limited liability company;
GREYSTONE MANAGING MEMBER,
LLC, a Florida limited liability company;
GREYSTONE MASTER TENANT, LLC a
Delaware limited liability company;
GREYSTONE TENANT, LLC, a Delaware
limited liability company; GREYSTONE
OPTION HOLDER, LLC, a Delaware limited
liability company; WWB TRUST LLC, a
Florida limited liability company; TRANS
INNS ASSOCIATES INC., a Michigan
Corporation;
EVANS CARROL & ASSOCIATES INC., a
Florida Corporation;
VOS HOSPITALITY, LLC, a Florida limited
liability company;
BBM 3, LLC, an Indiana limited liability
company;

BBM 3 II, LLC an Indiana limited liability

company;

BRANDON MUHL, an individual

GREYSTONE MANAGING MEMBER,

LLC, a Florida limited liability company;

PNC BANK, N.A., a National Association;

RUBEN RAMIREZ, an individual;


    Defendants.

_____/

### SUMMONS IN A CIVIL ACTION

To:    USREDA, LLC
    By Serving: Registered Agents, Inc., Registered Agent
    7901 4th Street North
    Suite 300
    St. Petersburg, FL 33702

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Jordan A. Shaw, Esq.
                Zebersky Payne Shaw Lewenz, LLP
                110 SE 6th Street
                Ste. 2150
                Fort Lauderdale, FL 33301
                jshaw@zpllp.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the Court.

Date:___ Oct 15, 2019 ____



**SUMMONS**

s/ Maria Cruz

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.:  19-cv-24138-DPG

YUANXIAO FENG, an individual; KIU
CHUN SAXON HUI, an individual; LAI
KING HUI, an individual; JING KUANG, an
individual; CHUEN PING NG, an individual;
MINYANG TIAN, an individual; HONGSEN
ZHANG, an individual; and YAN ZHANG, an
individual,

     Plaintiffs.                    **Civil Action No.   19-cv-24138-DPG**

v.

JOSEPH WALSH, an individual; JOSEPH
WALSH, JR., an individual; ANTHONY
REITZ, an individual;
LESLIE ROBERT EVANS, an individual;
GREYSTONE EB-5 LLLP, a Florida limited
liability limited partnership; SOUTH
ATLANTIC REGIONAL CENTER, LLC, a
Florida limited liability company; USREDA,
LLC A Delaware limited liability company;
USREDA HOLDINGS LLC, a Delaware
limited liability company; USREDA
MANAGEMENT, LLC, a Delaware limited
liability company; JJW CONSULTANCY,
LTD., a foreign company;  DANIEL
VOSOTAS, an individual; JAMES
VOSOTAS, an individual; GREYSTONE
HOTEL MIAMI LLC, a Florida limited
liability company;

UNITED EB5, LLC, a Florida limited liability company; SANTA BARBARA 230, LLC, a Delaware limited liability company; GREYSTONE TERRA FIRMA, LLC, a Delaware limited liability company; VOS HOLDINGS I, LLC, a Florida limited liability company; VOS CRE I, LLC, a Florida limited liability company; GREYSTONE HOSPITALITY, LLC, a Florida limited liability company; GREYSTONE HOLDCO, LLC, a Delaware limited liability company; GREYSTONE MANAGING MEMBER, LLC, a Florida limited liability company; GREYSTONE MASTER TENANT, LLC a Delaware limited liability company; GREYSTONE TENANT, LLC, a Delaware limited liability company; GREYSTONE OPTION HOLDER, LLC, a Delaware limited liability company; WWB TRUST LLC, a Florida limited liability company; TRANS INNS ASSOCIATES INC., a Michigan Corporation; EVANS CARROL & ASSOCIATES INC., a Florida Corporation; VOS HOSPITALITY, LLC, a Florida limited liability company; BBM 3, LLC, an Indiana limited liability company;

BBM 3 II, LLC an Indiana limited liability

company;

BRANDON MUHL, an individual

GREYSTONE MANAGING MEMBER,

LLC, a Florida limited liability company;

PNC BANK, N.A., a National Association;

RUBEN RAMIREZ, an individual;

     Defendants.

_____/

## SUMMONS IN A CIVIL ACTION

To:    USREDA MANAGEMENT, LLC
       By Serving: National Registered Agents, Inc., Registered Agent
       160 Greentree Dr., Ste. 101
       Dover, DE 19904

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

               Jordan A. Shaw, Esq.
               Zebersky Payne Shaw Lewenz, LLP
               110 SE 6th Street
               Ste. 2150
               Fort Lauderdale, FL 33301
               jshaw@zpllp.com

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the Court.



**SUMMONS**

Date:_____
      Oct 15, 2019

*s/ Maria Cruz*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
### CASE NO.:  19-cv-24138-DPG

YUANXIAO FENG, an individual; KIU

CHUN SAXON HUI, an individual; LAI

KING HUI, an individual; JING KUANG, an

individual; CHUEN PING NG, an individual;

MINYANG TIAN, an individual; HONGSEN

ZHANG, an individual; and YAN ZHANG, an

individual,

      Plaintiffs.                 **Civil Action No.   19-cv-24138-DPG**

v.

JOSEPH WALSH, an individual; JOSEPH

WALSH, JR., an individual; ANTHONY

REITZ, an individual;

LESLIE ROBERT EVANS, an individual;

GREYSTONE EB-5 LLLP, a Florida limited

liability limited partnership; SOUTH

ATLANTIC REGIONAL CENTER, LLC, a

Florida limited liability company; USREDA,

LLC A Delaware limited liability company;

USREDA HOLDINGS LLC, a Delaware

limited liability company; USREDA

MANAGEMENT, LLC, a Delaware limited

liability company; JJW CONSULTANCY,

LTD., a foreign company;  DANIEL

VOSOTAS, an individual; JAMES

VOSOTAS, an individual; GREYSTONE

HOTEL MIAMI LLC, a Florida limited

liability company;

UNITED EB5, LLC, a Florida limited liability
company; SANTA BARBARA 230, LLC, a
Delaware limited liability company;
GREYSTONE TERRA FIRMA, LLC, a
Delaware limited liability company;
VOS HOLDINGS I, LLC, a Florida limited
liability company;
VOS CRE I, LLC, a Florida limited liability
company;
GREYSTONE HOSPITALITY, LLC, a
Florida limited liability company;
GREYSTONE HOLDCO, LLC, a Delaware
limited liability company;
GREYSTONE MANAGING MEMBER,
LLC, a Florida limited liability company;
GREYSTONE MASTER TENANT, LLC a
Delaware limited liability company;
GREYSTONE TENANT, LLC, a Delaware
limited liability company; GREYSTONE
OPTION HOLDER, LLC, a Delaware limited
liability company; WWB TRUST LLC, a
Florida limited liability company; TRANS
INNS ASSOCIATES INC., a Michigan
Corporation;
EVANS CARROL & ASSOCIATES INC., a
Florida Corporation;
VOS HOSPITALITY, LLC, a Florida limited
liability company;
BBM 3, LLC, an Indiana limited liability
company;

BBM 3 II, LLC an Indiana limited liability

company;

BRANDON MUHL, an individual

GREYSTONE MANAGING MEMBER,

LLC, a Florida limited liability company;

PNC BANK, N.A., a National Association;

RUBEN RAMIREZ, an individual;


      Defendants.

_____/

### SUMMONS IN A CIVIL ACTION

To:    VOS CRE I, LLC
       By Serving: Daniel Vosotas, Registered Agent
       7721 NE Marine Dr.
       Boca Raton, FL 33431

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                      Jordan A. Shaw, Esq.
                      Zebersky Payne Shaw Lewenz, LLP
                      110 SE 6th Street
                      Ste. 2150
                      Fort Lauderdale, FL 33301
                      jshaw@zpllp.com

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the Court.



Date:_____   Oct 15, 2019

**SUMMONS**

*s/ Maria Cruz*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.:  19-cv-24138-DPG

YUANXIAO FENG, an individual; KIU
CHUN SAXON HUI, an individual; LAI
KING HUI, an individual; JING KUANG, an
individual; CHUEN PING NG, an individual;
MINYANG TIAN, an individual; HONGSEN
ZHANG, an individual; and YAN ZHANG, an
individual,

      Plaintiffs.                         **Civil Action No.   19-cv-24138-DPG**

v.

JOSEPH WALSH, an individual; JOSEPH
WALSH, JR., an individual; ANTHONY
REITZ, an individual;
LESLIE ROBERT EVANS, an individual;
GREYSTONE EB-5 LLLP, a Florida limited
liability limited partnership; SOUTH
ATLANTIC REGIONAL CENTER, LLC, a
Florida limited liability company; USREDA,
LLC A Delaware limited liability company;
USREDA HOLDINGS LLC, a Delaware
limited liability company; USREDA
MANAGEMENT, LLC, a Delaware limited
liability company; JJW CONSULTANCY,
LTD., a foreign company;  DANIEL
VOSOTAS, an individual; JAMES
VOSOTAS, an individual; GREYSTONE
HOTEL MIAMI LLC, a Florida limited
liability company;

UNITED EB5, LLC, a Florida limited liability company; SANTA BARBARA 230, LLC, a Delaware limited liability company;

GREYSTONE TERRA FIRMA, LLC, a Delaware limited liability company;

VOS HOLDINGS I, LLC, a Florida limited liability company;

VOS CRE I, LLC, a Florida limited liability company;

GREYSTONE HOSPITALITY, LLC, a Florida limited liability company;

GREYSTONE HOLDCO, LLC, a Delaware limited liability company;

GREYSTONE MANAGING MEMBER, LLC, a Florida limited liability company;

GREYSTONE MASTER TENANT, LLC a Delaware limited liability company;

GREYSTONE TENANT, LLC, a Delaware limited liability company; GREYSTONE OPTION HOLDER, LLC, a Delaware limited liability company; WWB TRUST LLC, a Florida limited liability company; TRANS INNS ASSOCIATES INC., a Michigan Corporation;

EVANS CARROL & ASSOCIATES INC., a Florida Corporation;

VOS HOSPITALITY, LLC, a Florida limited liability company;

BBM 3, LLC, an Indiana limited liability company;

BBM 3 II, LLC an Indiana limited liability

company;

BRANDON MUHL, an individual

GREYSTONE MANAGING MEMBER,

LLC, a Florida limited liability company;

PNC BANK, N.A., a National Association;

RUBEN RAMIREZ, an individual;

     Defendants.

_____/

### SUMMONS IN A CIVIL ACTION

To:    VOS HOLDINGS I, LLC
       By Serving: Daniel Vosotas, Registered Agent
       771 NE Marine Dr.
       Boca Raton, FL 33431

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Jordan A. Shaw, Esq.
                Zebersky Payne Shaw Lewenz, LLP
                110 SE 6th Street
                Ste. 2150
                Fort Lauderdale, FL 33301
                jshaw@zpllp.com

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the Court.



**SUMMONS**

Date:_____     Oct 15, 2019

*s/ Maria Cruz*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

[1895483/1]

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
### CASE NO.: 19-cv-24138-DPG

YUANXIAO FENG, an individual; KIU
CHUN SAXON HUI, an individual; LAI
KING HUI, an individual; JING KUANG, an
individual; CHUEN PING NG, an individual;
MINYANG TIAN, an individual; HONGSEN
ZHANG, an individual; and YAN ZHANG, an
individual,

       Plaintiffs.                      **Civil Action No. 19-cv-24138-DPG**

v.

JOSEPH WALSH, an individual; JOSEPH
WALSH, JR., an individual; ANTHONY
REITZ, an individual;
LESLIE ROBERT EVANS, an individual;
GREYSTONE EB-5 LLLP, a Florida limited
liability limited partnership; SOUTH
ATLANTIC REGIONAL CENTER, LLC, a
Florida limited liability company; USREDA,
LLC A Delaware limited liability company;
USREDA HOLDINGS LLC, a Delaware
limited liability company; USREDA
MANAGEMENT, LLC, a Delaware limited
liability company; JJW CONSULTANCY,
LTD., a foreign company; DANIEL
VOSOTAS, an individual; JAMES
VOSOTAS, an individual; GREYSTONE
HOTEL MIAMI LLC, a Florida limited
liability company;

UNITED EB5, LLC, a Florida limited liability
company; SANTA BARBARA 230, LLC, a
Delaware limited liability company;
GREYSTONE TERRA FIRMA, LLC, a
Delaware limited liability company;
VOS HOLDINGS I, LLC, a Florida limited
liability company;
VOS CRE I, LLC, a Florida limited liability
company;
GREYSTONE HOSPITALITY, LLC, a
Florida limited liability company;
GREYSTONE HOLDCO, LLC, a Delaware
limited liability company;
GREYSTONE MANAGING MEMBER,
LLC, a Florida limited liability company;
GREYSTONE MASTER TENANT, LLC a
Delaware limited liability company;
GREYSTONE TENANT, LLC, a Delaware
limited liability company; GREYSTONE
OPTION HOLDER, LLC, a Delaware limited
liability company; WWB TRUST LLC, a
Florida limited liability company; TRANS
INNS ASSOCIATES INC., a Michigan
Corporation;
EVANS CARROL & ASSOCIATES INC., a
Florida Corporation;
VOS HOSPITALITY, LLC, a Florida limited
liability company;
BBM 3, LLC, an Indiana limited liability
company;

BBM 3 II, LLC an Indiana limited liability

company;

BRANDON MUHL, an individual

GREYSTONE MANAGING MEMBER,

LLC, a Florida limited liability company;

PNC BANK, N.A., a National Association;

RUBEN RAMIREZ, an individual;


    Defendants.

_____/

### SUMMONS IN A CIVIL ACTION

To:    VOS HOSPITALITY, LLC
      By Serving: James Vosotas, Registered Agent
      771 NE Marine Dr.
      Boca Raton, FL 33431

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

            Jordan A. Shaw, Esq.
            Zebersky Payne Shaw Lewenz, LLP
            110 SE 6th Street
            Ste. 2150
            Fort Lauderdale, FL 33301
            jshaw@zpllp.com

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the Court.

Date:_____ Oct 15, 2019



**SUMMONS**

s/ Maria Cruz
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

[1895506/1]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.:  19-cv-24138-DPG

YUANXIAO FENG, an individual; KIU

CHUN SAXON HUI, an individual; LAI

KING HUI, an individual; JING KUANG, an

individual; CHUEN PING NG, an individual;

MINYANG TIAN, an individual; HONGSEN

ZHANG, an individual; and YAN ZHANG, an

individual,

     Plaintiffs.              **Civil Action No.  19-cv-24138-DPG**

v.

JOSEPH WALSH, an individual; JOSEPH

WALSH, JR., an individual; ANTHONY

REITZ, an individual;

LESLIE ROBERT EVANS, an individual;

GREYSTONE EB-5 LLLP, a Florida limited

liability limited partnership; SOUTH

ATLANTIC REGIONAL CENTER, LLC, a

Florida limited liability company; USREDA,

LLC A Delaware limited liability company;

USREDA HOLDINGS LLC, a Delaware

limited liability company; USREDA

MANAGEMENT, LLC, a Delaware limited

liability company; JJW CONSULTANCY,

LTD., a foreign company;  DANIEL

VOSOTAS, an individual; JAMES

VOSOTAS, an individual; GREYSTONE

HOTEL MIAMI LLC, a Florida limited

liability company;

UNITED EB5, LLC, a Florida limited liability
company; SANTA BARBARA 230, LLC, a
Delaware limited liability company;
GREYSTONE TERRA FIRMA, LLC, a
Delaware limited liability company;
VOS HOLDINGS I, LLC, a Florida limited
liability company;
VOS CRE I, LLC, a Florida limited liability
company;
GREYSTONE HOSPITALITY, LLC, a
Florida limited liability company;
GREYSTONE HOLDCO, LLC, a Delaware
limited liability company;
GREYSTONE MANAGING MEMBER,
LLC, a Florida limited liability company;
GREYSTONE MASTER TENANT, LLC a
Delaware limited liability company;
GREYSTONE TENANT, LLC, a Delaware
limited liability company; GREYSTONE
OPTION HOLDER, LLC, a Delaware limited
liability company; WWB TRUST LLC, a
Florida limited liability company; TRANS
INNS ASSOCIATES INC., a Michigan
Corporation;
EVANS CARROL & ASSOCIATES INC., a
Florida Corporation;
VOS HOSPITALITY, LLC, a Florida limited
liability company;
BBM 3, LLC, an Indiana limited liability
company;

[1895466/1]

BBM 3 II, LLC an Indiana limited liability

company;

BRANDON MUHL, an individual

GREYSTONE MANAGING MEMBER,

LLC, a Florida limited liability company;

PNC BANK, N.A., a National Association;

RUBEN RAMIREZ, an individual;


      Defendants.

_____/


### SUMMONS IN A CIVIL ACTION

To:    By Serving: Joseph Walsh, Jr., Individually
        5183 NW 25th Way
        Boca Raton, FL 33496

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Jordan A. Shaw, Esq.
                Zebersky Payne Shaw Lewenz, LLP
                110 SE 6th Street
                Ste. 2150
                Fort Lauderdale, FL 33301
                jshaw@zpllp.com

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the Court.



**SUMMONS**

Date:_____
      Oct 15, 2019

                                    *s/ Maria Cruz*
                                  Deputy Clerk
                                  U.S. District Courts

                Angela E. Noble
                Clerk of Court

[1895466/1]

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  19-cv-24138-DPG

YUANXIAO FENG, an individual; KIU
CHUN SAXON HUI, an individual; LAI
KING HUI, an individual; JING KUANG, an
individual; CHUEN PING NG, an individual;
MINYANG TIAN, an individual; HONGSEN
ZHANG, an individual; and YAN ZHANG, an
individual,

     Plaintiffs.                  **Civil Action No.   19-cv-24138-DPG**

v.

JOSEPH WALSH, an individual; JOSEPH
WALSH, JR., an individual; ANTHONY
REITZ, an individual;
LESLIE ROBERT EVANS, an individual;
GREYSTONE EB-5 LLLP, a Florida limited
liability limited partnership; SOUTH
ATLANTIC REGIONAL CENTER, LLC, a
Florida limited liability company; USREDA,
LLC A Delaware limited liability company;
USREDA HOLDINGS LLC, a Delaware
limited liability company; USREDA
MANAGEMENT, LLC, a Delaware limited
liability company; JJW CONSULTANCY,
LTD., a foreign company;  DANIEL
VOSOTAS, an individual; JAMES
VOSOTAS, an individual; GREYSTONE
HOTEL MIAMI LLC, a Florida limited
liability company;

UNITED EB5, LLC, a Florida limited liability company; SANTA BARBARA 230, LLC, a Delaware limited liability company;

GREYSTONE TERRA FIRMA, LLC, a Delaware limited liability company;

VOS HOLDINGS I, LLC, a Florida limited liability company;

VOS CRE I, LLC, a Florida limited liability company;

GREYSTONE HOSPITALITY, LLC, a Florida limited liability company;

GREYSTONE HOLDCO, LLC, a Delaware limited liability company;

GREYSTONE MANAGING MEMBER, LLC, a Florida limited liability company;

GREYSTONE MASTER TENANT, LLC a Delaware limited liability company;

GREYSTONE TENANT, LLC, a Delaware limited liability company; GREYSTONE OPTION HOLDER, LLC, a Delaware limited liability company; WWB TRUST LLC, a Florida limited liability company; TRANS INNS ASSOCIATES INC., a Michigan Corporation;

EVANS CARROL & ASSOCIATES INC., a Florida Corporation;

VOS HOSPITALITY, LLC, a Florida limited liability company;

BBM 3, LLC, an Indiana limited liability company;

BBM 3 II, LLC an Indiana limited liability

company;

BRANDON MUHL, an individual

GREYSTONE MANAGING MEMBER,

LLC, a Florida limited liability company;

PNC BANK, N.A., a National Association;

RUBEN RAMIREZ, an individual;


    Defendants.

_____/


## SUMMONS IN A CIVIL ACTION

To:    By Serving: Joseph Walsh, Individually
        197 S. Federal Highway
        Ste. 200
        Boca Raton, FL 33432

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Jordan A. Shaw, Esq.
                Zebersky Payne Shaw Lewenz, LLP
                110 SE 6th Street
                Ste. 2150
                Fort Lauderdale, FL 33301
                jshaw@zpllp.com

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the Court.


Date:___Oct 15, 2019_____



**SUMMONS**

s/ Maria Cruz
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### CASE NO.:  19-cv-24138-DPG

YUANXIAO FENG, an individual; KIU
CHUN SAXON HUI, an individual; LAI
KING HUI, an individual; JING KUANG, an
individual; CHUEN PING NG, an individual;
MINYANG TIAN, an individual; HONGSEN
ZHANG, an individual; and YAN ZHANG, an
individual,

      Plaintiffs.                     **Civil Action No.   19-cv-24138-DPG**

v.

JOSEPH WALSH, an individual; JOSEPH
WALSH, JR., an individual; ANTHONY
REITZ, an individual;
LESLIE ROBERT EVANS, an individual;
GREYSTONE EB-5 LLLP, a Florida limited
liability limited partnership; SOUTH
ATLANTIC REGIONAL CENTER, LLC, a
Florida limited liability company; USREDA,
LLC A Delaware limited liability company;
USREDA HOLDINGS LLC, a Delaware
limited liability company; USREDA
MANAGEMENT, LLC, a Delaware limited
liability company; JJW CONSULTANCY,
LTD., a foreign company;  DANIEL
VOSOTAS, an individual; JAMES
VOSOTAS, an individual; GREYSTONE
HOTEL MIAMI LLC, a Florida limited
liability company;

UNITED EB5, LLC, a Florida limited liability
company; SANTA BARBARA 230, LLC, a
Delaware limited liability company;
GREYSTONE TERRA FIRMA, LLC, a
Delaware limited liability company;
VOS HOLDINGS I, LLC, a Florida limited
liability company;
VOS CRE I, LLC, a Florida limited liability
company;
GREYSTONE HOSPITALITY, LLC, a
Florida limited liability company;
GREYSTONE HOLDCO, LLC, a Delaware
limited liability company;
GREYSTONE MANAGING MEMBER,
LLC, a Florida limited liability company;
GREYSTONE MASTER TENANT, LLC a
Delaware limited liability company;
GREYSTONE TENANT, LLC, a Delaware
limited liability company; GREYSTONE
OPTION HOLDER, LLC, a Delaware limited
liability company; WWB TRUST LLC, a
Florida limited liability company; TRANS
INNS ASSOCIATES INC., a Michigan
Corporation;
EVANS CARROL & ASSOCIATES INC., a
Florida Corporation;
VOS HOSPITALITY, LLC, a Florida limited
liability company;
BBM 3, LLC, an Indiana limited liability
company;

BBM 3 II, LLC an Indiana limited liability

company;

BRANDON MUHL, an individual

GREYSTONE MANAGING MEMBER,

LLC, a Florida limited liability company;

PNC BANK, N.A., a National Association;

RUBEN RAMIREZ, an individual;


    Defendants.

_____/


## SUMMONS IN A CIVIL ACTION

To:    WWB TRUST, LLC
        By Serving: Registered Agents, Inc., Registered Agent
        7901 4th Street North
        Suite 300
        St. Petersburg, FL 33702

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                    Jordan A. Shaw, Esq.
                    Zebersky Payne Shaw Lewenz, LLP
                    110 SE 6th Street
                    Ste. 2150
                    Fort Lauderdale, FL 33301
                    jshaw@zpllp.com

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the Court.

Date:_____Oct 15, 2019_____



**SUMMONS**

_s/ Maria Cruz_
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

[1895496/1]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.:  19-cv-24138-DPG

YUANXIAO FENG, an individual; KIU
CHUN SAXON HUI, an individual; LAI
KING HUI, an individual; JING KUANG, an
individual; CHUEN PING NG, an individual;
MINYANG TIAN, an individual; HONGSEN
ZHANG, an individual; and YAN ZHANG, an
individual,

     Plaintiffs.                       **Civil Action No.   19-cv-24138-DPG**

v.

JOSEPH WALSH, an individual; JOSEPH
WALSH, JR., an individual; ANTHONY
REITZ, an individual;
LESLIE ROBERT EVANS, an individual;
GREYSTONE EB-5 LLLP, a Florida limited
liability limited partnership; SOUTH
ATLANTIC REGIONAL CENTER, LLC, a
Florida limited liability company; USREDA,
LLC A Delaware limited liability company;
USREDA HOLDINGS LLC, a Delaware
limited liability company; USREDA
MANAGEMENT, LLC, a Delaware limited
liability company; JJW CONSULTANCY,
LTD., a foreign company;  DANIEL
VOSOTAS, an individual; JAMES
VOSOTAS, an individual; GREYSTONE
HOTEL MIAMI LLC, a Florida limited
liability company;

UNITED EB5, LLC, a Florida limited liability
company; SANTA BARBARA 230, LLC, a
Delaware limited liability company;
GREYSTONE TERRA FIRMA, LLC, a
Delaware limited liability company;
VOS HOLDINGS I, LLC, a Florida limited
liability company;
VOS CRE I, LLC, a Florida limited liability
company;
GREYSTONE HOSPITALITY, LLC, a
Florida limited liability company;
GREYSTONE HOLDCO, LLC, a Delaware
limited liability company;
GREYSTONE MANAGING MEMBER,
LLC, a Florida limited liability company;
GREYSTONE MASTER TENANT, LLC a
Delaware limited liability company;
GREYSTONE TENANT, LLC, a Delaware
limited liability company; GREYSTONE
OPTION HOLDER, LLC, a Delaware limited
liability company; WWB TRUST LLC, a
Florida limited liability company; TRANS
INNS ASSOCIATES INC., a Michigan
Corporation;
EVANS CARROL & ASSOCIATES INC., a
Florida Corporation;
VOS HOSPITALITY, LLC, a Florida limited
liability company;
BBM 3, LLC, an Indiana limited liability
company;

[1898016/1]

BBM 3 II, LLC an Indiana limited liability

company;

BRANDON MUHL, an individual

GREYSTONE MANAGING MEMBER,

LLC, a Florida limited liability company;

PNC BANK, N.A., a National Association;

RUBEN RAMIREZ, an individual;


      Defendants.

_____/


## SUMMONS IN A CIVIL ACTION

To:    By Serving: Anthony Reitz, Individually
        6429 Lauderdale Street
        Jupiter, FL 33458

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Jordan A. Shaw, Esq.
                Zebersky Payne Shaw Lewenz, LLP
                110 SE 6th Street
                Ste. 2150
                Fort Lauderdale, FL 33301
                jshaw@zpllp.com

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the Court.



Date:_____Oct 15, 2019_____

SUMMONS

s/ Maria Cruz
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  19-cv-24138-DPG

YUANXIAO FENG, an individual; KIU

CHUN SAXON HUI, an individual; LAI

KING HUI, an individual; JING KUANG, an

individual; CHUEN PING NG, an individual;

MINYANG TIAN, an individual; HONGSEN

ZHANG, an individual; and YAN ZHANG, an

individual,

     Plaintiffs.                     **Civil Action No.   19-cv-24138-DPG**

v.

JOSEPH WALSH, an individual; JOSEPH

WALSH, JR., an individual; ANTHONY

REITZ, an individual;

LESLIE ROBERT EVANS, an individual;

GREYSTONE EB-5 LLLP, a Florida limited

liability limited partnership; SOUTH

ATLANTIC REGIONAL CENTER, LLC, a

Florida limited liability company; USREDA,

LLC A Delaware limited liability company;

USREDA HOLDINGS LLC, a Delaware

limited liability company; USREDA

MANAGEMENT, LLC, a Delaware limited

liability company; JJW CONSULTANCY,

LTD., a foreign company;  DANIEL

VOSOTAS, an individual; JAMES

VOSOTAS, an individual; GREYSTONE

HOTEL MIAMI LLC, a Florida limited

liability company;

[1895461/1]

UNITED EB5, LLC, a Florida limited liability
company; SANTA BARBARA 230, LLC, a
Delaware limited liability company;
GREYSTONE TERRA FIRMA, LLC, a
Delaware limited liability company;
VOS HOLDINGS I, LLC, a Florida limited
liability company;
VOS CRE I, LLC, a Florida limited liability
company;
GREYSTONE HOSPITALITY, LLC, a
Florida limited liability company;
GREYSTONE HOLDCO, LLC, a Delaware
limited liability company;
GREYSTONE MANAGING MEMBER,
LLC, a Florida limited liability company;
GREYSTONE MASTER TENANT, LLC a
Delaware limited liability company;
GREYSTONE TENANT, LLC, a Delaware
limited liability company; GREYSTONE
OPTION HOLDER, LLC, a Delaware limited
liability company; WWB TRUST LLC, a
Florida limited liability company; TRANS
INNS ASSOCIATES INC., a Michigan
Corporation;
EVANS CARROL & ASSOCIATES INC., a
Florida Corporation;
VOS HOSPITALITY, LLC, a Florida limited
liability company;
BBM 3, LLC, an Indiana limited liability
company;

[1895461/1]

BBM 3 II, LLC an Indiana limited liability

company;

BRANDON MUHL, an individual

GREYSTONE MANAGING MEMBER,

LLC, a Florida limited liability company;

PNC BANK, N.A., a National Association;

RUBEN RAMIREZ, an individual;


    Defendants.

_____/

## SUMMONS IN A CIVIL ACTION

To:    JJW CONSULTANCY, LTD
    By Serving: Joseph Walsh Registered Agent
    197 S. Federal Highway
    Ste. 200
    Boca Raton, FL 33432

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

            Jordan A. Shaw, Esq.
            Zebersky Payne Shaw Lewenz, LLP
            110 SE 6th Street
            Ste. 2150
            Fort Lauderdale, FL 33301
            jshaw@zpllp.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the Court.

Date:_ Oct 15, 2019 _____



**SUMMONS**

*s/ Maria Cruz*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

[1895461/1]