UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **YUANXIAO FENG**, et al.,       ) | |
|                                                            ) | |
|       Plaintiffs,                                 ) | |
|                                                            ) | |
|       v.                                              ) | Civil Action No. 19-24138-Civ-Gayles |
|                                                            ) | |
| **JOSEPH WALSH**, et al.,                 ) | |
|                                                            ) | |
|       Defendants**.**                           ) | |
|                                                            ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Nina Stillman Mandel of Mandel & Mandel LLP enters her appearance on behalf PNC Bank, N.A. and Ruben Ramirez, defendants in the above-captioned matter.  The Clerk of the Court and all parties are requested to send copies of all court notices and pleadings pertaining to this cause to the undersigned counsel.

                                                            Respectfully submitted,

                                                            MANDEL & MANDEL LLP
                                                            169 East Flagler Street, Suite 1224
                                                            Miami, Florida 33131
                                                            Telephone: 305.374.7771
                                                            Facsimile: 305.374.7776
                                                            nsm@mandel.law

                                                      By:  *Nina Stillman Mandel*
                                                            NINA STILLMAN MANDEL
                                                              Florida Bar No.: 843016

                                                            *Counsel for the Defendants*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via CM/ECF this 15th day of October 2019.

*Nina Stillman Mandel*
NINA STILLMAN MANDEL
