# Anthony Reitz

### 6429 Lauderdale Street – Jupiter. FL 33458

**Date**: 19-November-2019

**To**: United States District Court – Southern District of Florida

   Attn: Clerk of the Court

> FILED BY **MKK** D.C.
>
> NOV 2 0 2019
>
> ANGELA E. NOBLE
> CLERK U.S. DIST. CT.
> S.D. OF FLA. – W.P.B.

**Regarding**: Reitz Response – Case No.: 19-cv-24138-DPG

Dear Sir or Madam,

My name is Anthony Reitz.  The accompanying document is my answer / response to the case referenced above.  It details my response to each paragraph listed within the body of the complaint.

Please file my response with the court.  Thank you.

Respectfully,

Anthony Reitz

Anthony Reitz, a Defendant
Response to Complaint

United States District Court
Southern District of Florida
Case No: 19-cv-24138-DPG

| Complaint Paragraph No. | Response | Partial Statement |
|---|---|---|
| 1 | Without Knowledge and Therefore Deny | |
| 2 | Without Knowledge and Therefore Deny | |
| 3 | Without Knowledge and Therefore Deny | |
| 4 | Without Knowledge and Therefore Deny | |
| 5 | Without Knowledge and Therefore Deny | |
| 6 | Without Knowledge and Therefore Deny | |
| 7 | Without Knowledge and Therefore Deny | |
| 8 | Without Knowledge and Therefore Deny | |
| 9 | Without Knowledge and Therefore Deny | |
| 10 | Without Knowledge and Therefore Deny | |
| 11 | Without Knowledge and Therefore Deny | |
| 12 | Without Knowledge and Therefore Deny | |
| 13 | Accept | Plaintiff's funds were not held in an escrow account. |
| 13 | Without Knowledge and Therefore Deny | Balance of Paragraph |
| 14 | Without Knowledge and Therefore Deny | |
| 15 | Without Knowledge and Therefore Deny | |
| 16 | Without Knowledge and Therefore Deny | |
| 17 | Without Knowledge and Therefore Deny | |
| 18 | Without Knowledge and Therefore Deny | |
| 19 | Without Knowledge and Therefore Deny | Defendant, Walsh is an individual, who upon information and belief, resides in Palm Beach County, Florida, and is otherwise *sui juris* . |
| 19 | Accept | Balance of Paragraph |
| 20 | Without Knowledge and Therefore Deny | |
| 21 | Without Knowledge and Therefore Deny | |
| 22 | Without Knowledge and Therefore Deny | |
| 23 | Without Knowledge and Therefore Deny | |
| 24 | Accept | Defendant, Anthony Reitz (hereinafter "Reitz") is an individual, who upon information and belief, resides in Palm Beach County, Florida, and is otherwise *sui juris* . |
| 24 | Deny | Balance of Paragraph |
| 25 | Without Knowledge and Therefore Deny | |
| 26 | Without Knowledge and Therefore Deny | |
| 27 | Without Knowledge and Therefore Deny | |
| 28 | Accept | Defendant, SARC is a Florida limited liability company, located in Palm Beach County, Florida. Defendant SARC is a USCIS designated Regional Center. Defendant, Walsh was the manager of SARC from its inception in June 2010. *Stop* |
| 28 | Without Knowledge and Therefore Deny | Balance of Paragraph |
| 29 | Without Knowledge and Therefore Deny | |
| 30 | Without Knowledge and Therefore Deny | |
| 31 | Without Knowledge and Therefore Deny | |
| 32 | Without Knowledge and Therefore Deny | |
| 33 | Without Knowledge and Therefore Deny | |
| 34 | Without Knowledge and Therefore Deny | |
| 35 | Without Knowledge and Therefore Deny | |
| 36 | Without Knowledge and Therefore Deny | |
| 37 | Without Knowledge and Therefore Deny | |
| 38 | Without Knowledge and Therefore Deny | |
| 39 | Without Knowledge and Therefore Deny | |
| 40 | Without Knowledge and Therefore Deny | |
| 41 | Without Knowledge and Therefore Deny | |
| 42 | Without Knowledge and Therefore Deny | |
| 43 | Without Knowledge and Therefore Deny | |
| 44 | Without Knowledge and Therefore Deny | |
| 45 | Without Knowledge and Therefore Deny | |
| 46 | Without Knowledge and Therefore Deny | |
| 47 | Without Knowledge and Therefore Deny | |
| 48 | Without Knowledge and Therefore Deny | |
| 49 | Without Knowledge and Therefore Deny | |
| 50 | Without Knowledge and Therefore Deny | |
| 51 | Without Knowledge and Therefore Deny | |
| 52 | Without Knowledge and Therefore Deny | |
| 53 | Without Knowledge and Therefore Deny | |
| 54 | Without Knowledge and Therefore Deny | |
| 55 | Without Knowledge and Therefore Deny | |
| 56 | Without Knowledge and Therefore Deny | |
| 57 | Without Knowledge and Therefore Deny | |
| 58 | Without Knowledge and Therefore Deny | |
| 59 | Accept | |

Anthony Reitz, a Defendant
Response to Complaint

United States District Court
Southern District of Florida
Case No: 19-cv-24138-DPG

| Complaint Paragraph No. | Response | Partial Statement |
|---|---|---|
| 60 | Accept | |
| 61 | Accept | |
| 62 | Accept | |
| 63 | Without Knowledge and Therefore Deny | |
| 64 | Accept | |
| 65 | Without Knowledge and Therefore Deny | |
| 66 | Accept | |
| 67 | Without Knowledge and Therefore Deny | |
| 68 | Without Knowledge and Therefore Deny | |
| 69 | Without Knowledge and Therefore Deny | |
| 70 | Without Knowledge and Therefore Deny | |
| 71 | Without Knowledge and Therefore Deny | |
| 72 | Without Knowledge and Therefore Deny | |
| 73 | Without Knowledge and Therefore Deny | |
| 74 | Without Knowledge and Therefore Deny | |
| 75 | Without Knowledge and Therefore Deny | |
| 76 | Without Knowledge and Therefore Deny | |
| 77 | Without Knowledge and Therefore Deny | |
| 78 | Without Knowledge and Therefore Deny | |
| 79 | Without Knowledge and Therefore Deny | |
| 80 | Without Knowledge and Therefore Deny | |
| 81 | Without Knowledge and Therefore Deny | |
| 82 | Without Knowledge and Therefore Deny | |
| 83 | Without Knowledge and Therefore Deny | |
| 84 | Without Knowledge and Therefore Deny | |
| 85 | Without Knowledge and Therefore Deny | |
| 86 | Without Knowledge and Therefore Deny | |
| 87 | Without Knowledge and Therefore Deny | |
| 88 | Without Knowledge and Therefore Deny | |
| 89 | Without Knowledge and Therefore Deny | |
| 90 | Without Knowledge and Therefore Deny | |
| 91 | Without Knowledge and Therefore Deny | |
| 92 | Without Knowledge and Therefore Deny | |
| 93 | Without Knowledge and Therefore Deny | |
| 94 | Without Knowledge and Therefore Deny | |
| 95 | Without Knowledge and Therefore Deny | |
| 96 | Without Knowledge and Therefore Deny | |
| 97 | Without Knowledge and Therefore Deny | |
| 98 | Without Knowledge and Therefore Deny | |
| 99 | Without Knowledge and Therefore Deny | |
| 100 | Without Knowledge and Therefore Deny | |
| 101 | Without Knowledge and Therefore Deny | |
| 102 | Without Knowledge and Therefore Deny | |
| 103 | Without Knowledge and Therefore Deny | |
| 104 | Without Knowledge and Therefore Deny | |
| 105 | Without Knowledge and Therefore Deny | |
| 106 | Without Knowledge and Therefore Deny | |
| 107 | Without Knowledge and Therefore Deny | |
| 108 | Without Knowledge and Therefore Deny | |
| 109 | Without Knowledge and Therefore Deny | |
| 110 | Without Knowledge and Therefore Deny | |
| 111 | Without Knowledge and Therefore Deny | |
| 112 | Without Knowledge and Therefore Deny | |
| 113 | Without Knowledge and Therefore Deny | |
| 114 | Without Knowledge and Therefore Deny | |
| 115 | Without Knowledge and Therefore Deny | |
| 116 | Without Knowledge and Therefore Deny | |
| 117 | Without Knowledge and Therefore Deny | |
| 118 | Without Knowledge and Therefore Deny | |
| 119 | Without Knowledge and Therefore Deny | |
| 120 | Accept | Defendants, Ramirez and PNC, agreed to allow Walsh to create business checking account with PNC's escrow services. |
| 120 | Without Knowledge and Therefore Deny | Balance of Paragraph |
| 121 | Without Knowledge and Therefore Deny | |
| 122 | Without Knowledge and Therefore Deny | |
| 123 | Deny | |
| 124 | Accept | |
| 125 | Deny | |
| 126 | Accept | |
| 127 | Accept | Sub-Items (1), (2) and (3) |
| 127 | Without Knowledge and Therefore Deny | Balance of Paragraph |
| 128 | Accept | |
| 129 | Accept | |

Anthony Reitz, a Defendant
Response to Complaint

United States District Court
Southern District of Florida
Case No: 19-cv-24138-DPG

| Complaint Paragraph No. | Response | Partial Statement |
|---|---|---|
| | | Ramirez told Reitz that "if you need functionality of an escrow account, we can provide the escrow service modules with this type of business checking account." Ramirez and PNC proposed opening a business checking account with PNC's escrow services modules. |
| 130 | Accept | |
| 130 | Without Knowledge and Therefore Deny | **Balance of Paragraph** |
| | | Ramirez, PNC agreed to allow Walsh and SARC to open and operate a business checking account with PNC's escrow services. |
| 131 | Accept | |
| 131 | Without Knowledge and Therefore Deny | **Balance of Paragraph** |
| 132 | Without Knowledge and Therefore Deny | |
| 133 | Without Knowledge and Therefore Deny | |
| 134 | Without Knowledge and Therefore Deny | |
| 135 | Accept | |
| 136 | Without Knowledge and Therefore Deny | |
| 137 | Without Knowledge and Therefore Deny | |
| 138 | Without Knowledge and Therefore Deny | |
| 139 | Without Knowledge and Therefore Deny | |
| 140 | Without Knowledge and Therefore Deny | |
| 141 | Without Knowledge and Therefore Deny | |
| 142 | Without Knowledge and Therefore Deny | |
| 143 | Without Knowledge and Therefore Deny | |
| 144 | Without Knowledge and Therefore Deny | |
| 145 | Without Knowledge and Therefore Deny | |
| 146 | Without Knowledge and Therefore Deny | |
| 147 | Without Knowledge and Therefore Deny | |
| 148 | Without Knowledge and Therefore Deny | |
| 149 | Without Knowledge and Therefore Deny | |
| 150 | Without Knowledge and Therefore Deny | |
| 151 | Without Knowledge and Therefore Deny | |
| 152 | Without Knowledge and Therefore Deny | |
| 153 | Without Knowledge and Therefore Deny | |
| 154 | Without Knowledge and Therefore Deny | |
| 155 | Without Knowledge and Therefore Deny | |
| 156 | Without Knowledge and Therefore Deny | |
| 157 | Without Knowledge and Therefore Deny | |
| 158 | Without Knowledge and Therefore Deny | |
| 159 | Without Knowledge and Therefore Deny | |
| 160 | Deny | |
| 161 | Without Knowledge and Therefore Deny | |
| 162 | Without Knowledge and Therefore Deny | |
| 163 | Without Knowledge and Therefore Deny | |
| 164 | Without Knowledge and Therefore Deny | |
| 165 | Without Knowledge and Therefore Deny | |
| 166 | Without Knowledge and Therefore Deny | |
| 167 | Without Knowledge and Therefore Deny | |
| 168 | Without Knowledge and Therefore Deny | |
| 169 | Without Knowledge and Therefore Deny | |
| 170 | Without Knowledge and Therefore Deny | |
| 171 | Without Knowledge and Therefore Deny | |
| 172 | Without Knowledge and Therefore Deny | |
| 173 | Without Knowledge and Therefore Deny | |
| 174 | Without Knowledge and Therefore Deny | |
| 175 | Without Knowledge and Therefore Deny | |
| 176 | Without Knowledge and Therefore Deny | |
| 177 | Without Knowledge and Therefore Deny | |
| 178 | Without Knowledge and Therefore Deny | |
| 179 | Without Knowledge and Therefore Deny | |
| 180 | Without Knowledge and Therefore Deny | |
| 181 | Without Knowledge and Therefore Deny | |
| 182 | Without Knowledge and Therefore Deny | |
| 183 | Without Knowledge and Therefore Deny | |
| 184 | Without Knowledge and Therefore Deny | |
| 185 | Without Knowledge and Therefore Deny | |
| 186 | Without Knowledge and Therefore Deny | |
| | | Prior to the Greystone offering, the former CFO for SARC and USREDA informed Walsh that the account receiving investor Funds would not even be administered by PNC Bank |
| 187 | Accept | |
| 187 | Without Knowledge and Therefore Deny | **Balance of Paragraph** |
| 188 | Without Knowledge and Therefore Deny | |
| 189 | Without Knowledge and Therefore Deny | |
| 190 | Without Knowledge and Therefore Deny | |
| 191 | Without Knowledge and Therefore Deny | |
| 192 | Without Knowledge and Therefore Deny | |
| 193 | Without Knowledge and Therefore Deny | |

Anthony Reitz, a Defendant
Response to Complaint

United States District Court
Southern District of Florida
Case No: 19-cv-24138-DPG

| Complaint Paragraph No. | Response | Partial Statement |
|---|---|---|
| 194 | Without Knowledge and Therefore Deny | |
| 195 | Without Knowledge and Therefore Deny | |
| 196 | Without Knowledge and Therefore Deny | |
| 197 | Without Knowledge and Therefore Deny | |
| 198 | Without Knowledge and Therefore Deny | |
| 199 | Without Knowledge and Therefore Deny | |
| 200 | Without Knowledge and Therefore Deny | |
| 201 | Without Knowledge and Therefore Deny | |
| 202 | Without Knowledge and Therefore Deny | |
| 203 | Without Knowledge and Therefore Deny | |
| 204 | Without Knowledge and Therefore Deny | |
| 205 | Without Knowledge and Therefore Deny | |
| 206 | Without Knowledge and Therefore Deny | |
| 207 | Without Knowledge and Therefore Deny | |
| 208 | Without Knowledge and Therefore Deny | |
| 209 | Without Knowledge and Therefore Deny | |
| 210 | Without Knowledge and Therefore Deny | |
| 211 | Without Knowledge and Therefore Deny | |
| 212 | Without Knowledge and Therefore Deny | |
| 213 | Without Knowledge and Therefore Deny | |
| 214 | Without Knowledge and Therefore Deny | |
| 215 | Without Knowledge and Therefore Deny | |
| 216 | Without Knowledge and Therefore Deny | |
| 217 | Without Knowledge and Therefore Deny | |
| 218 | Without Knowledge and Therefore Deny | |
| 219 | Without Knowledge and Therefore Deny | |
| 220 | Without Knowledge and Therefore Deny | |
| 221 | Without Knowledge and Therefore Deny | |
| 222 | Without Knowledge and Therefore Deny | |
| 223 | Without Knowledge and Therefore Deny | |
| 224 | Without Knowledge and Therefore Deny | |
| 225 | Without Knowledge and Therefore Deny | |
| 226 | Without Knowledge and Therefore Deny | |
| 227 | Without Knowledge and Therefore Deny | |
| 228 | Without Knowledge and Therefore Deny | |
| 229 | Without Knowledge and Therefore Deny | |
| 230 | Without Knowledge and Therefore Deny | |
| 231 | Without Knowledge and Therefore Deny | |
| 232 | Without Knowledge and Therefore Deny | |
| 233 | Without Knowledge and Therefore Deny | |
| 234 | Without Knowledge and Therefore Deny | |
| 235 | Without Knowledge and Therefore Deny | |
| 236 | Without Knowledge and Therefore Deny | |
| 237 | Without Knowledge and Therefore Deny | |
| 238 | Without Knowledge and Therefore Deny | |
| 239 | Without Knowledge and Therefore Deny | |
| 240 | Without Knowledge and Therefore Deny | |
| 241 | Without Knowledge and Therefore Deny | |
| 242 | Without Knowledge and Therefore Deny | |
| 243 | Without Knowledge and Therefore Deny | |
| 244 | Without Knowledge and Therefore Deny | |
| 245 | Without Knowledge and Therefore Deny | |
| 246 | Without Knowledge and Therefore Deny | |
| 247 | Without Knowledge and Therefore Deny | |
| 248 | Without Knowledge and Therefore Deny | |
| 249 | Without Knowledge and Therefore Deny | |
| 250 | Without Knowledge and Therefore Deny | |
| 251 | Without Knowledge and Therefore Deny | |
| 252 | Without Knowledge and Therefore Deny | |
| 253 | Without Knowledge and Therefore Deny | |
| 254 | Without Knowledge and Therefore Deny | |
| 255 | Without Knowledge and Therefore Deny | |
| 256 | Without Knowledge and Therefore Deny | |
| 257 | Without Knowledge and Therefore Deny | |
| 258 | Without Knowledge and Therefore Deny | |
| 259 | Without Knowledge and Therefore Deny | |
| 260 | Without Knowledge and Therefore Deny | |
| 261 | Without Knowledge and Therefore Deny | |
| 262 | Without Knowledge and Therefore Deny | |
| 263 | Without Knowledge and Therefore Deny | |
| 264 | Without Knowledge and Therefore Deny | |
| 265 | Without Knowledge and Therefore Deny | |
| 266 | Without Knowledge and Therefore Deny | |
| 267 | Without Knowledge and Therefore Deny | |

'Anthony Reitz, a Defendant
Response to Complaint

United States District Court
Southern District of Florida
Case No: 19-cv-24138-DPG

| Complaint Paragraph No. | Response | Partial Statement |
|---|---|---|
| 268 | Without Knowledge and Therefore Deny | |
| 269 | Without Knowledge and Therefore Deny | |
| 270 | Without Knowledge and Therefore Deny | |
| 271 | Without Knowledge and Therefore Deny | |
| 272 | Without Knowledge and Therefore Deny | |
| 273 | Without Knowledge and Therefore Deny | |
| 274 | Without Knowledge and Therefore Deny | |
| 275 | Without Knowledge and Therefore Deny | |
| 276 | Without Knowledge and Therefore Deny | |
| 277 | Without Knowledge and Therefore Deny | |
| 278 | Without Knowledge and Therefore Deny | |
| 279 | Without Knowledge and Therefore Deny | |
| 280 | Without Knowledge and Therefore Deny | |
| 281 | Without Knowledge and Therefore Deny | |
| 282 | Without Knowledge and Therefore Deny | |
| 283 | Without Knowledge and Therefore Deny | |
| 284 | Without Knowledge and Therefore Deny | |
| 285 | Without Knowledge and Therefore Deny | |
| 286 | Without Knowledge and Therefore Deny | |
| 287 | Without Knowledge and Therefore Deny | |
| 288 | Without Knowledge and Therefore Deny | |
| 289 | Without Knowledge and Therefore Deny | |
| 290 | Without Knowledge and Therefore Deny | |
| 291 | Without Knowledge and Therefore Deny | |
| 292 | Without Knowledge and Therefore Deny | |
| 293 | Without Knowledge and Therefore Deny | |
| 294 | Without Knowledge and Therefore Deny | |
| 295 | Without Knowledge and Therefore Deny | |
| 296 | Without Knowledge and Therefore Deny | |
| 297 | Without Knowledge and Therefore Deny | |
| 298 | Without Knowledge and Therefore Deny | |
| 299 | Without Knowledge and Therefore Deny | |
| 300 | Without Knowledge and Therefore Deny | |
| 301 | Without Knowledge and Therefore Deny | |
| 302 | Without Knowledge and Therefore Deny | |
| 303 | Without Knowledge and Therefore Deny | |
| 304 | Without Knowledge and Therefore Deny | |
| 305 | Without Knowledge and Therefore Deny | |
| 306 | Without Knowledge and Therefore Deny | |
| 307 | Without Knowledge and Therefore Deny | |
| 308 | Without Knowledge and Therefore Deny | |
| 309 | Without Knowledge and Therefore Deny | |
| 310 | Without Knowledge and Therefore Deny | |
| 311 | Without Knowledge and Therefore Deny | |
| 312 | Without Knowledge and Therefore Deny | |
| 313 | Without Knowledge and Therefore Deny | |
| 314 | Without Knowledge and Therefore Deny | |
| 315 | Without Knowledge and Therefore Deny | |
| 316 | Without Knowledge and Therefore Deny | |
| 317 | Without Knowledge and Therefore Deny | |
| 318 | Without Knowledge and Therefore Deny | |
| 319 | Without Knowledge and Therefore Deny | |
| 320 | Without Knowledge and Therefore Deny | |
| 321 | Without Knowledge and Therefore Deny | |
| 322 | Accept | Defendant, Walsh however, did not hold Plaintiff's funds in escrow. *Stop* |
| 322 | Without Knowledge and Therefore Deny | Balance of Paragraph |
| 323 | Without Knowledge and Therefore Deny | |
| 324 | Without Knowledge and Therefore Deny | |
| 325 | Without Knowledge and Therefore Deny | |
| 326 | Without Knowledge and Therefore Deny | |
| 327 | Without Knowledge and Therefore Deny | |
| 328 | Without Knowledge and Therefore Deny | |
| 329 | Without Knowledge and Therefore Deny | |
| 330 | Without Knowledge and Therefore Deny | |
| 331 | Without Knowledge and Therefore Deny | |
| 332 | Without Knowledge and Therefore Deny | |
| 333 | Without Knowledge and Therefore Deny | |
| 334 | Without Knowledge and Therefore Deny | |
| 335 | Without Knowledge and Therefore Deny | |
| 336 | Without Knowledge and Therefore Deny | |
| 337 | Without Knowledge and Therefore Deny | |
| 338 | Without Knowledge and Therefore Deny | |
| 339 | Without Knowledge and Therefore Deny | |
| 340 | Without Knowledge and Therefore Deny | |

Anthony Reitz, a Defendant
Response to Complaint

United States District Court
Southern District of Florida
Case No: 19-cv-24138-DPG

| Complaint Paragraph No. | Response | Partial Statement |
|---|---|---|
| 341 | Without Knowledge and Therefore Deny | |
| 342 | Without Knowledge and Therefore Deny | |
| 343 | Without Knowledge and Therefore Deny | |
| 344 | Without Knowledge and Therefore Deny | |
| 345 | Without Knowledge and Therefore Deny | |
| 346 | Without Knowledge and Therefore Deny | |
| 347 | Without Knowledge and Therefore Deny | |
| 348 | Without Knowledge and Therefore Deny | |
| 349 | Without Knowledge and Therefore Deny | |
| 350 | Without Knowledge and Therefore Deny | |
| 351 | Without Knowledge and Therefore Deny | |
| 352 | Accept | Defendant, Walsh however, did not hold Plaintiff's funds in escrow. *Stop* |
| 352 | Without Knowledge and Therefore Deny | Balance of Paragraph |
| 353 | Without Knowledge and Therefore Deny | |
| 354 | Without Knowledge and Therefore Deny | |
| 355 | Without Knowledge and Therefore Deny | |
| 356 | Without Knowledge and Therefore Deny | |
| 357 | Without Knowledge and Therefore Deny | |
| 358 | Without Knowledge and Therefore Deny | |
| 359 | Without Knowledge and Therefore Deny | |
| 360 | Without Knowledge and Therefore Deny | |
| 361 | Without Knowledge and Therefore Deny | |
| 362 | Without Knowledge and Therefore Deny | |
| 363 | Without Knowledge and Therefore Deny | |
| 364 | Without Knowledge and Therefore Deny | |
| 365 | Without Knowledge and Therefore Deny | |
| 366 | Without Knowledge and Therefore Deny | |
| 367 | Without Knowledge and Therefore Deny | |
| 368 | Without Knowledge and Therefore Deny | |
| 369 | Without Knowledge and Therefore Deny | |
| 370 | Without Knowledge and Therefore Deny | |
| 371 | Without Knowledge and Therefore Deny | |
| 372 | Without Knowledge and Therefore Deny | |
| 373 | Without Knowledge and Therefore Deny | |
| 374 | Without Knowledge and Therefore Deny | |
| 375 | Without Knowledge and Therefore Deny | |
| 376 | Without Knowledge and Therefore Deny | |
| 377 | Without Knowledge and Therefore Deny | |
| 378 | Without Knowledge and Therefore Deny | |
| 379 | Without Knowledge and Therefore Deny | |
| 380 | Without Knowledge and Therefore Deny | |
| 381 | Without Knowledge and Therefore Deny | |
| 382 | Without Knowledge and Therefore Deny | |
| 383 | Without Knowledge and Therefore Deny | |
| 384 | Without Knowledge and Therefore Deny | |
| 385 | Without Knowledge and Therefore Deny | |
| 386 | Without Knowledge and Therefore Deny | |
| 387 | Without Knowledge and Therefore Deny | |
| 388 | Without Knowledge and Therefore Deny | |
| 389 | Without Knowledge and Therefore Deny | |
| 390 | Without Knowledge and Therefore Deny | |
| 391 | Without Knowledge and Therefore Deny | |
| 392 | Without Knowledge and Therefore Deny | |
| 393 | Without Knowledge and Therefore Deny | |
| 394 | Without Knowledge and Therefore Deny | |
| 395 | Without Knowledge and Therefore Deny | |
| 396 | Without Knowledge and Therefore Deny | |
| 397 | Without Knowledge and Therefore Deny | |
| 398 | Without Knowledge and Therefore Deny | |
| 399 | Without Knowledge and Therefore Deny | |
| 400 | Without Knowledge and Therefore Deny | |
| 401 | Without Knowledge and Therefore Deny | |
| 402 | Without Knowledge and Therefore Deny | |
| 403 | Without Knowledge and Therefore Deny | |
| 404 | Without Knowledge and Therefore Deny | |
| 405 | Without Knowledge and Therefore Deny | |
| 406 | Without Knowledge and Therefore Deny | |
| 407 | Without Knowledge and Therefore Deny | |
| 408 | Without Knowledge and Therefore Deny | |
| 409 | Without Knowledge and Therefore Deny | |
| 410 | Without Knowledge and Therefore Deny | |
| 411 | Without Knowledge and Therefore Deny | |
| 412 | Without Knowledge and Therefore Deny | |
| 413 | Without Knowledge and Therefore Deny | |

Anthony Reitz, a Defendant
Response to Complaint

United States District Court
Southern District of Florida
Case No: 19-cv-24138-DPG

| Complaint Paragraph No. | Response | Partial Statement |
|---|---|---|
| 414 | Without Knowledge and Therefore Deny | |
| 415 | Without Knowledge and Therefore Deny | |
| 416 | Without Knowledge and Therefore Deny | |
| 417 | Without Knowledge and Therefore Deny | |
| 418 | Without Knowledge and Therefore Deny | |
| 419 | Without Knowledge and Therefore Deny | |
| 420 | Without Knowledge and Therefore Deny | |
| 421 | Without Knowledge and Therefore Deny | |
| 422 | Without Knowledge and Therefore Deny | |
| 423 | Without Knowledge and Therefore Deny | |
| 424 | Without Knowledge and Therefore Deny | |
| 425 | Without Knowledge and Therefore Deny | |
| 426 | Without Knowledge and Therefore Deny | |
| 427 | Without Knowledge and Therefore Deny | |
| 428 | Without Knowledge and Therefore Deny | |
| 429 | Without Knowledge and Therefore Deny | |
| 430 | Without Knowledge and Therefore Deny | |
| 431 | Without Knowledge and Therefore Deny | |
| 432 | Without Knowledge and Therefore Deny | |
| 433 | Without Knowledge and Therefore Deny | |
| 434 | Without Knowledge and Therefore Deny | |
| 435 | Without Knowledge and Therefore Deny | |
| 436 | Without Knowledge and Therefore Deny | |
| 437 | Without Knowledge and Therefore Deny | |
| 438 | Without Knowledge and Therefore Deny | |
| 439 | Without Knowledge and Therefore Deny | |
| 440 | Without Knowledge and Therefore Deny | |
| 441 | Without Knowledge and Therefore Deny | |
| 442 | Without Knowledge and Therefore Deny | |
| 443 | Without Knowledge and Therefore Deny | |
| 444 | Without Knowledge and Therefore Deny | |
| 445 | Without Knowledge and Therefore Deny | |
| 446 | Without Knowledge and Therefore Deny | |
| 447 | Without Knowledge and Therefore Deny | |
| 448 | Without Knowledge and Therefore Deny | |
| 449 | Without Knowledge and Therefore Deny | |
| 450 | Without Knowledge and Therefore Deny | |
| 451 | Without Knowledge and Therefore Deny | |
| 452 | Without Knowledge and Therefore Deny | |
| 453 | Without Knowledge and Therefore Deny | |
| 454 | Without Knowledge and Therefore Deny | |
| 455 | Without Knowledge and Therefore Deny | |
| 456 | Without Knowledge and Therefore Deny | |
| 457 | Without Knowledge and Therefore Deny | |
| 458 | Without Knowledge and Therefore Deny | |
| 459 | Without Knowledge and Therefore Deny | |
| 460 | Without Knowledge and Therefore Deny | |
| 461 | Without Knowledge and Therefore Deny | |
| 462 | Without Knowledge and Therefore Deny | |
| 463 | Without Knowledge and Therefore Deny | |
| 464 | Without Knowledge and Therefore Deny | |
| 465 | Without Knowledge and Therefore Deny | |
| 466 | Without Knowledge and Therefore Deny | |
| 467 | Without Knowledge and Therefore Deny | |
| 468 | Without Knowledge and Therefore Deny | |
| 469 | Without Knowledge and Therefore Deny | |
| 470 | Without Knowledge and Therefore Deny | |
| 471 | Without Knowledge and Therefore Deny | |
| 472 | Without Knowledge and Therefore Deny | |
| 473 | Without Knowledge and Therefore Deny | |
| 474 | Without Knowledge and Therefore Deny | |
| 475 | Without Knowledge and Therefore Deny | |
| 476 | Without Knowledge and Therefore Deny | |
| 477 | Without Knowledge and Therefore Deny | |
| 478 | Without Knowledge and Therefore Deny | |
| 479 | Without Knowledge and Therefore Deny | |
| 480 | Without Knowledge and Therefore Deny | |
| 481 | Without Knowledge and Therefore Deny | |
| 482 | Without Knowledge and Therefore Deny | |
| 483 | Without Knowledge and Therefore Deny | |
| 484 | Without Knowledge and Therefore Deny | |
| 485 | Without Knowledge and Therefore Deny | |
| 486 | Without Knowledge and Therefore Deny | |
| 487 | Without Knowledge and Therefore Deny | |

Anthony Reitz, a Defendant
Response to Complaint

United States District Court
Southern District of Florida
Case No: 19-cv-24138-DPG

| Complaint Paragraph No. | Response | Partial Statement |
|---|---|---|
| 488 | Without Knowledge and Therefore Deny | |
| 489 | Without Knowledge and Therefore Deny | |
| 490 | Without Knowledge and Therefore Deny | |
| 491 | Without Knowledge and Therefore Deny | |
| 492 | Without Knowledge and Therefore Deny | |
| 493 | Without Knowledge and Therefore Deny | |
| 494 | Without Knowledge and Therefore Deny | |
| 495 | Without Knowledge and Therefore Deny | |
| 496 | Without Knowledge and Therefore Deny | |
| 497 | Without Knowledge and Therefore Deny | |
| 498 | Without Knowledge and Therefore Deny | |
| 499 | Without Knowledge and Therefore Deny | |
| 500 | Without Knowledge and Therefore Deny | |
| 501 | Without Knowledge and Therefore Deny | |
| 502 | Without Knowledge and Therefore Deny | |
| 503 | Without Knowledge and Therefore Deny | |
| 504 | Without Knowledge and Therefore Deny | |
| 505 | Without Knowledge and Therefore Deny | |
| 506 | Without Knowledge and Therefore Deny | |
| 507 | Without Knowledge and Therefore Deny | |
| 508 | Without Knowledge and Therefore Deny | |
| 509 | Without Knowledge and Therefore Deny | |
| 510 | Without Knowledge and Therefore Deny | |
| 511 | Without Knowledge and Therefore Deny | |
| 512 | Without Knowledge and Therefore Deny | |
| 513 | Without Knowledge and Therefore Deny | |
| 514 | Without Knowledge and Therefore Deny | |
| 515 | Without Knowledge and Therefore Deny | |
| 516 | Without Knowledge and Therefore Deny | |
| 517 | Without Knowledge and Therefore Deny | |
| 518 | Without Knowledge and Therefore Deny | |
| 519 | Without Knowledge and Therefore Deny | |
| 520 | Without Knowledge and Therefore Deny | |
| 521 | Without Knowledge and Therefore Deny | |
| 522 | Without Knowledge and Therefore Deny | |
| 523 | Without Knowledge and Therefore Deny | |
| 524 | Without Knowledge and Therefore Deny | |
| 525 | Without Knowledge and Therefore Deny | |
| 526 | Without Knowledge and Therefore Deny | |
| 527 | Without Knowledge and Therefore Deny | |
| 528 | Without Knowledge and Therefore Deny | |
| 529 | Without Knowledge and Therefore Deny | |
| 530 | Without Knowledge and Therefore Deny | |
| 531 | Without Knowledge and Therefore Deny | |
| 532 | Without Knowledge and Therefore Deny | |
| 533 | Without Knowledge and Therefore Deny | |
| 534 | Without Knowledge and Therefore Deny | |
| 535 | Without Knowledge and Therefore Deny | |
| 536 | Without Knowledge and Therefore Deny | |
| 537 | Without Knowledge and Therefore Deny | |
| 538 | Without Knowledge and Therefore Deny | |
| 539 | Without Knowledge and Therefore Deny | |
| 540 | Without Knowledge and Therefore Deny | |
| 541 | Without Knowledge and Therefore Deny | |
| 542 | Without Knowledge and Therefore Deny | |
| 543 | Without Knowledge and Therefore Deny | |
| 544 | Without Knowledge and Therefore Deny | |
| 545 | Without Knowledge and Therefore Deny | |
| 546 | Without Knowledge and Therefore Deny | |
| 547 | Without Knowledge and Therefore Deny | |