**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 19-cv-24138-DPG**

YUANXIAO FENG, *et al.*,
    Plaintiffs,
v.

JOSEPH WALSH, *et al.*,
    Defendants.
_____/

## DEFENDANT'S, EVANS, CARROLL & ASSOCIATES INC.'S, UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendant, EVANS, CARROLL & ASSOCIATES INC. ("ECA"), by and through its undersigned counsel and pursuant to Local Rule 7.1(a)(1)(J) and Fed. R. Civ. P. 7, hereby moves for an extension of time to respond to the Complaint, and in support states as follows:

1. Plaintiffs served their Complaint on ECA on or about October 28, 2019.

2. On or about October 29, 2019 undersigned counsel contacted Plaintiffs' local counsel to advise that ECA may have been mistakenly identified as a Defendant in this case since it is not a law firm nor maintains a trust account, and undersigned counsel further requested records from the criminal complaint referenced in this action that allegedly identifies ECA as a party holding funds in a trust account.

3. Additional time is necessary to verify or obtain the requested information, and/or amend the allegations against ECA in the Complaint.

4. The Plaintiffs' counsel has no objection to the extension of time to respond to the Complaint through November 30, 2019.

5. As such, the Defendant ECA requests, and the Plaintiffs agree to an extension of time through November 30, 2019, for Defendant ECA to file its response to the Complaint.

WHEREFORE, Defendant, Evans, Carroll & Associates, Inc., respectfully requests that

1

this Honorable Court grant an extension of time through November 30, 2019 for Defendant ECA to file its response to the Complaint, and grant such other and further relief as this Honorable Court deems just and proper.

### CERTIFICATION OF GOOD FAITH CONFERENCE

I hereby CERTIFY that pursuant to Local Rule 7.1(a)(3), counsel for the movant has conferred with counsel for all parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised herein and represents that Plaintiffs' counsel does not object to the relief sought herein.

Dated: November 20, 2019        **SIMON & SIGALOS, LLP**
　　　　　　　　　　　　　　　3839 N.W. Boca Raton Boulevard, Suite 100
　　　　　　　　　　　　　　　Boca Raton, FL  33431
　　　　　　　　　　　　　　　Telephone (561) 447-0017
　　　　　　　　　　　　　　　Facsimile (561) 447-0018

　　　　　　　　　　　　　　　*/s/ Michael W. Simon*
　　　　　　　　　　　　　　　Michael W. Simon, Esq.
　　　　　　　　　　　　　　　Florida Bar No. 776394
　　　　　　　　　　　　　　　msimon@simonsigalos.com (Primary)
　　　　　　　　　　　　　　　jlyon@simonsigalos.com (Secondary)

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 20, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

　　　　　　　　　　　　　　　*/s/ Michael W. Simon*
　　　　　　　　　　　　　　　Michael W. Simon, Esq.

## SERVICE LIST

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA
*YUANXIAO FENG, et al.v. JOSEPH WALSH, et al.*
Case No. 19-cv-24138-DPG

**Notice will be served via CM/ECF:**

| | |
|---|---|
| Jordan A. Shaw, Esq.<br>Steffani M. Russo, Esq.<br>**Zebersky Payne Shaw Lewenz, LLP**<br>110 SE 6th Street, Suite 2150<br>Fort Lauderdale, FL 33301<br>JShaw@zpllp.com<br>SRusso@zpllp.com<br>MPerez@zpllp.com<br>JGarcia@zpllp.com | Kevin Qi, Esq.<br>Stella Meng Chu Shih, Esq.<br>**SMS Law Group, APC**<br>2221 Camino Del Rio S, Ste. 100<br>San Diego, CA 92108<br>KevinQi@smslawfirm.us<br>stellashih@smslawfirm.us |
| Stephen A. Mendelsohn, Esq.<br>Greenberg Traurig, LLP<br>5100 Town Center Circle, Suite 400<br>Boca Raton, FL 33486<br>mendelsohns@gtlaw.com | Nina Stillman Mandel, Esq.<br>**Mandel & Mandel LLP**<br>Alfred I. Dupont Building<br>169 E. Flagler Street, Suite 124<br>Miami, FL 33131<br>nsm@mandel.law |
| Aliza R. Karetnick, Esq.<br>Mansi G. Shah, Esq.<br>Nicholas A.R. Kato, Esq.<br>Peter D. Hardy, Esq.<br>Ballard Spahr LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>karetnicka@ballardspahr.com<br>shahm@ballardspahr.com<br>katon@ballardspahr.com<br>hardyp@ballardspahr.com | |

**Notice will be served via U.S. Mail:**

| |
|---|
| Mr. Anthony Reitz<br>6429 Lauderdale Street<br>Jupiter, FL 33458 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 19-cv-24138-DPG

YUANXIAO FENG, *et al.*,
    Plaintiffs,
v.

JOSEPH WALSH, *et al.*,

    Defendants.
_____/

## ORDER ON DEFENDANT'S, EVANS, CARROLL, & ASSOCIATES INC.'S, UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

THIS CAUSE having come before the Court on the Defendant's, EVANS, CARROLL & ASSOCIATES INC.'S, Unopposed Motion for Extension of Time to Respond to the Complaint, and the Court having been advised of an agreement between counsel, and otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Defendant's, EVANS, CARROLL & ASSOCIATES, INC., Unopposed Motion for Extension of Time to Respond to the Complaint in this case is hereby GRANTED. EVANS, CARROLL & ASSOCIATES, INC. shall respond to the Complaint on or before November 30, 2019.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of November 2019.

                                                                         Darrin P. Gayles
                                                                         United States District Judge

Copies Furnished To All Counsel Of Record

Y:\Evans, Susan and Michael\Feng v. Walsh et al\Pleadings\Agreed Order Unopposed Motion for Extension of Time to Respond to the Complaint.docx

1