# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Yuanxiao Feng, an individual; Kiu Chun Saxon Hui, an individual; Lai King Hui, an individual; Jing Kuang, an individual; Minyang Tian, an individual; Hongsen Zhang, an individual; and Yan Zhang, an individual
Plaintiff(s),

vs.

Joseph Walsh, an individual, et al.
Defendant(s),

Case No.:**1:19 CV 24138 DPG**

**VERIFIED RETURN OF SERVICE**

Received on **10/28/2019** at **11:46 AM**

I, **Richard Schweiger**, being first duly sworn, depose and say the following:

Type of Process: **Summons in a Civil Action and Complaint with attached Exhibits**

Defendant to be served: **Evans, Carroll & Associates, Inc., c/o Susan Carroll, Registered Agent**

Address where served: **2785 Northwest 26th Street, Boca Raton, FL 33434**

On **October 30, 2019** at **10:40 AM**, I served the within named defendant in the following manner:

**CORPORATE OR GOVERNMENT SERVICE:** By delivering a true copy of the process, with the date and hour of service endorsed thereon by me, to: **Michael K. Carroll** (Title): **Corporate Officer**, a person authorized to accept service and informed that person of the contents thereof.

Description of person accepting service:
Sex: **Male** - Race: **White** - Hair: **Gray** - Approx. Age: **70** - Height: **6ft** - Weight: **180**

I certify that I am over the age of 18, and not a party to nor interested in this case and I have the proper authority in the jurisdiction in which the process was served pursuant to Florida Statute Chapter 48. Under penalty of perjury, I declare that I have read the foregoing document and that the facts stated in it are true (F.S. 92.525).

*Richard Schweiger*
211

Job: 518569
File: