# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **Yuanxiao Feng, an individual; Kiu Chun Saxon Hui, an individual; Lai King Hui, an individual; Jing Kuang, an individual; Minyang Tian, an individual; Hongsen Zhang, an individual; and Yan Zhang, an individual**<br>Plaintiff(s), | Case No.:**1:19 CV 24138 DPG**<br><br>**VERIFIED RETURN OF SERVICE** |
| vs. | |
| **Joseph Walsh, an individual, et al.**<br>Defendant(s), | |

Received on **10/28/2019** at **11:46 AM**

I, **Richard Schweiger**, being first duly sworn, depose and say the following:

Type of Process: **Summons in a Civil Action and Complaint with attached Exhibits**

Defendant to be served: **Greystone Managing Member, LLC, c/o Daniel Vosotas, Registered Agent**

Address where served: **771 Northeast Marine Drive, Boca Raton, FL 33431**

On **October 30, 2019** at **11:23 AM**, I served the within named defendant in the following manner:

**CORPORATE OR GOVERNMENT SERVICE:** By delivering a true copy of the process, with the date and hour of service endorsed thereon by me, to: **Bessie Vosotas** (Title): **Co-Occupant/Mother**, a person authorized to accept service and informed that person of the contents thereof.

Service Comments: Signature obtained on field sheet. Recipient is authorized to accept service in absence of the registered agent defined by FS 48.081(3)(b).

Description of person accepting service:
Sex: **Female** - Race: **White** - Hair: **Gray** - Approx. Age: **91** - Height: **5ft 1in** - Weight: **115**

I certify that I am over the age of 18, and not a party to nor interested in this case and I have the proper authority in the jurisdiction in which the process was served pursuant to Florida Statute Chapter 48. Under penalty of perjury, I declare that I have read the foregoing document and that the facts stated in it are true (F.S. 92.525).

x_____
Richard Schweiger
211

Job: 518579
File: