# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Yuanxiao Feng, an individual; Kiu Chun Saxon Hui, an individual; Lai King Hui, an individual; Jing Kuang, an individual; Minyang Tian, an individual; Hongsen Zhang, an individual; and Yan Zhang, an individual
Plaintiff(s),

Case No.:1:19 CV 24138 DPG

**VERIFIED RETURN OF SERVICE**

vs.

Joseph Walsh, an individual, et al.
Defendant(s),

Received on **10/28/2019** at **11:10 AM**

I, Joshua Asencio, being first duly sworn, depose and say the following:

Type of Process: **Summons in a Civil Action and Complaint with attached Exhibits**

Defendant to be served: **South Atlantic Regional Center, LLC, c/o Registered Agents, Inc., Registered Agent**

Address where served: **7901 4th Street North, Suite 300, Saint Petersburg, FL 33702**

On **October 29, 2019** at **2:59 PM**, I served the within named defendant in the following manner:

**CORPORATE OR GOVERNMENT SERVICE:** By delivering a true copy of the process, with the date and hour of service endorsed thereon by me, to: **Holly Lewis** (Title): **Registered Agent**, a person authorized to accept service and informed that person of the contents thereof.

Service Comments: Signature obtained on field sheet.

Description of person accepting service:
Sex: **Female** - Race: **White** - Hair: **Blonde** - Approx. Age: **30** - Height: **5ft 9in** - Weight: **120**

I certify that I am over the age of 18, and not a party to nor interested in this case and I have the proper authority in the jurisdiction in which the process was served pursuant to Florida Statute Chapter 48. Under penalty of perjury, I declare that I have read the foregoing document and that the facts stated in it are true (F.S. 92.525).

X_____
Joshua Asencio
APS 59540

Job: 518564
File: