UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Yuanxiao Feng, an individual; Kiu Chun Saxon Hui, an individual; Lai King Hui, an individual; Jing Kuang, an individual; Minyang Tian, an individual; Hongsen Zhang, an individual; and Yan Zhang, an individual,

Case No.: 1:19 CV 24138 DPG

**AFFIDAVIT OF SERVICE**

Plaintiff(s),

vs.

Joseph Walsh, an individual, et al.,

Defendant(s).

_____

Stephen C. Buskirk received the within Summons in a Civil Action and Complaint with attached Exhibits on 10-28-19 at 5:00 AM/PM and I ☒ SERVED ☐ WAS UNABLE TO SERVE the same upon Brandon Muhl on 10-31-19 at 12:20 AM/PM at 2900 McKinnon Street, Unit 101, Dallas, TX 75201 in the following manner:

☐ **INDIVIDUAL SERVICE** - FS 48.031(1)(a): By delivering to the person named above a true copy of this process, with the date and hour of service endorsed thereon by me, along with a copy of the complaint, petition, or other initial pleading or paper and informing the person of the contents.

☒ **SUBSTITUTE SERVICE**: By leaving a true copy of this process, with the date and hour of service endorsed there on by me, along with a copy of the complaint, petition, or other initial pleading or paper with: Name: Pedro Jimenez Title/Relation: Pedro Jimenez is and informing him/her of the contents pursuant to: (Concierge/Security Desk - for 2900 McKinnon St. Dallas, TX 75201)

☐ FS 48.031(1)(a) - Co-Resident at the usual place of abode who is 15 years of age or older.

☐ FS 48.031(2)(a) - Service on spouse: The cause of action is not an adversarial proceeding between the spouse and the person to be served. The spouse requested service in this manner or the spouse is also a party to the action and the spouse and person to be served reside together in the same dwelling.

☐ FS 48.031(2)(b) - Substitute service upon individual doing business as a sole proprietorship at his/her place of business during regular business hours, by serving the person in charge of the business at the time of service if two attempts to serve the owner are made at the place of business.

☒ FS 48.031(6)(a) - Substitute service upon person in charge at private mailbox, a virtual office, or an executive office or mini suite: This address is the only address discoverable through public records for the person served. I determined that the person served maintains a mailbox, a virtual office, or an executive office or mini suite at this location.

☐ **NON-SERVICE**: As detailed in the Comments below.

Comments: Pedro Jimenez Contacted Brandon Muhl, Unit 1101. He stated he was in conference. Directed Pedro Jimenez to Accept.

Description of person process was left with:
Sex: M Race: Hisp Approx. Age: 30 Hair: Blk Height: 6' Weight: 200

Military: _____ Married: _____

I certify that I am over the age of 18, and not a party to nor interested in this case and I have the proper authority in the jurisdiction in which this process was served pursuant to Florida Statute Chapter 48.

State of: Texas
County of: Ellis

[Notary seal: SUNNY BUSKIRK, My Notary ID # 126457653, Expires March 24, 2020]

Stephen C. Buskirk
(Print Name and License #)
PSC 1487, Exp. 4-30-2020

Sworn to or affirmed and signed before me this 1st day of November 2019

Sunny Buskirk
Notary Public



☒ Personally Known or ☐ Produced Identification

Type of Identification Produced: _____

Job: 518558
File: