UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Yuanxiao Feng, an individual; Kiu Chun Saxon Hui, an individual; Lai King Hui, an individual; Jing Kuang, an individual; Minyang Tian, an individual; Hongsen Zhang, an individual; and Yan Zhang, an individual,

Case No.: 1:19 CV 24138 DPG

**AFFIDAVIT OF SERVICE**

Plaintiff(s),

vs.

Joseph Walsh, an individual, et al.,

Defendant(s).

---

I, **McKenna Touey**, received the within Summons in a Civil Action and Complaint with attached Exhibits on **10/29/2019** at **12:00 PM** AM / PM and I ☒ SERVED ☐ WAS UNABLE TO SERVE the same upon **BBM 3, II, LLC, c/o Corporation Service Company, Registered Agent** on **10/29/2019** at **3:50 PM** AM / PM at **251 Little Falls Drive, Wilmington, DE 19808** in the following manner:

☒ **CORPORATE SERVICE:** By delivering a true copy of this process, with the date and hour of service endorsed there on by me, along with a copy of the complaint, petition, or other initial pleading to: **Litigation Management Services**
Name: **Lynanne Gares**, Title/Relation: **Leader authorized to accept** and informing him/her of the contents pursuant to:

- ☐ FS 48.081(1)(a) - On the president, or vice president, or other head of the corporation.
- ☐ FS 48.081(1)(b) - In the absence of any person described above, on the cashier, treasurer, secretary, or general manager.
- ☐ FS 48.081(1)(c) - In the absence of any person described above, on any director.
- ☐ FS 48.081(1)(d) - In the absence of any person described above, on any officer of business agent residing in this state.
- ☐ FS 48.081(3)(a) - Service on registered agent OR service upon employee of registered agent.
- ☐ FS 48.081(3)(a) - Service on employee of the registered agent or any employee at the corporation's principal place of business due to failure of the registered agent to comply with F.S. 48.091.
- ☐ FS 48.081(3)(b) - The office for the registered agent, director, or principal place of business is a residence, a private mailbox, a virtual office, or an executive office or mini-suite and service upon the corporation was made by serving the registered agent, officer, or director in accordance with F.S. 48.031.
- ☐ FS 48.061 - Service on a partnership by serving a partner or designated employee/agent for service of process, or after one attempt to serve a partner or designated employee was made, service on the person in charge of the partnership during regular business hours.
- ☒ FS 48.062 - Service on a limited liability company.

☐ **NON-SERVICE:** As detailed in the Comments below.

Comments: _____

Description of person process was left with:
Sex: **F**   Race: **white**   Approx. Age: **35**   Hair: **brown**   Height: **5'6"**   Weight: **135 lb**

I certify that I am over the age of 18, and not a party to nor interested in this case and I have the proper authority in the jurisdiction in which this process was served pursuant to Florida Statute Chapter 48.

State of **Delaware**
County of **New Castle**

Sworn to or affirmed and signed before me this **30** day of **October**, 20**19**.

_____
Notary Public

☒ Personally Known or ☐ Produced Identification
Type of Identification Produced: _____

Job: 518562

X _____  10/30/2019
**McKenna Touey (No #s in DE)**
(Print Name and License#)

[Notary Seal: KIMBERLY J. RYAN, MY COMMISSION EXPIRES APRIL 29, 2020, NOTARY PUBLIC, STATE OF DELAWARE]