Investment

# USREDA Capital

## Entity Provides Global Wealth Management Expertise



### WWW.USREDACAP.COM

United States Regional Economic Development Authority ("USREDA") strives to help its clients build Wealth Without Borders™. The company's investment banking and financial services entity, USREDA Capital, provides a selection of new investment options designed to do just that. USREDA Capital is headquartered in the United States, and maintains a strong focus on Asian markets. The company will offer services in wealth management, investment banking, brokerage accounts and investment-based immigration.

"USREDA is proud to add USREDA Capital to our esteemed family of companies," said David Matthews, COO of USREDA. "We are an organization that understands the unique needs of immigrant investors, and we recognized a need within our niche clientele for portfolio diversification. As a result, we are pleased to offer the world class investment and wealth management solutions provided by USREDA Capital."

USREDA Capital is managed by investment banking veteran Craig Boden, who provides more than 20 years of expertise in private equity investing, mergers and acquisitions, venture capital, wealth management, investment advisory and investment immigration. Mr. Boden holds FINRA licenses: series 7, 63, 24 and 79, and provides Wall Street, investment banking, and capital raise experience' to the USREDA Capital leadership team. The company seeks to build capital by concentrating on middle market companies, which are underserved by the larger tiered investment banks.

USREDA Capital aims to meet each of its clients' individual investment needs through individualized solutions. This requires a private consultation, focused on meeting with and speaking to clients about their risk parameters and overall investment goals. USREDA Capital then provides clients with a detailed portfolio of options tailored to their particular objectives. Crafting a customized and diverse investment portfolio required experience and expertise – two things provided in abundance by USREDA Capital's wealth managers.

Given USREDA Capital's extensive global institutional and individual networks, the Company is uniquely positioned to provide access to the necessary capital and the advice required to bring each case to a successful conclusion. USREDA Capital utilizes a global network to locate and vet the most secure companies for their clients' global investments. A proactive approach to investment strategy allows the Company to provide clients with the portfolio to reach their goals.

For more information about USREDA Capital and its investment banking and wealth management services, please visit www.USREDACAP.com.

**United States**
Corporate Headquarters
197 South Federal Highway
Suite 200
Boca Raton, FL 33432
+1 561.900.7077

**Hong Kong**
Suite 7902, 79/F, The Center
99 Queen's Road
Central, Hong Kong
+852.2186.9876
Email: craig.boden@usredacapital.com

Feature

# GREYSTONE

# Capturing the Miami Beach Mystique

The Greystone Hotel Offers an Outstanding EB-5 Investment Opportunity for Qualified Investors



For more than a half century, Miami Beach, Florida—known by many as "The American Riviera"—has provided one of the premier vacation destinations in all of the United States. From the gorgeous beaches and endless entertainment options to its historic Art Deco architecture and vibrant culture, Miami provides an experience that is as unique as it is spectacular. Now a new and exclusive EB-5 investment opportunity at the epicenter of this acclaimed community will bring the charm of a historic Miami Beach landmark hotel to the forefront of today's luxury standards.

Introducing the Greystone Hotel Redevelopment Project a new EB-5 investment opportunity with unmistakable allure. Located directly across from the chic and trendy Miami Beach and 2 blocks from the $1 billion USD Miami Beach Convention Center, the Greystone Hotel is bound to be one of the community's most impressive attractions. VOS Hospitality, United EB-5 and South Atlantic Regional Center ("SARC") have partnered to raise at least $22 million USD in EB-5 capital for the redevelopment of this iconic Art Deco hotel.

The Project provides a complete overh[...] renovation, and will result in a state of t[...] art, luxurious, boutique hotel of nearly 50,0[...] square feet. When completed, the Greysto[...] Hotel will feature the characteristic Art De[...] charm of Miami Beach while also embrac[...] the area's current art and cultural movemen[...] The hotel will offer also provide 97 lavish gu[...] rooms, and offer an impressive display of lo[...] artwork exhibits that invite guests to experien[...] the utmost in both leisure and contempor[...] culture.

The new G[...]
new food [...]
winning, [...]
appeared [...]
floor resta[...]
to the tim[...]
a fresh, M[...]
vibe. The r[...]
space prov[...]
and will b[...]
events.

Finally, the [...]
to become [...]
ntertainm[...]
sophisticate[...]
renowned [...]
upgraded [...]
designed w[...]
ind, and v[...]
boutique ho[...]

inials and f[...]
iggurat Roo[...]
acing stripe[...]
ounded cor[...]
ars of the pe[...]
orthole wind[...]
eatures from [...]

The new Greystone Hotel will also feature three new food and beverage venues from an award winning, James Beard-nominated chef that appeared on Bravo's "Top Chef". The ground floor restaurant and lounge will pay homage to the timeless flavors served in Florida with a fresh, Mediterranean twist and an energetic vibe. The rooftop solarium bar, pool and event space provides the perfect location to unwind, and will be a haven for beautiful people and events.

Finally, the basement speakeasy bar is slated to become one of the area's most exciting entertainment venues, and features a sophisticated mixology bar and a rotation of renowned DJs. In all, the Greystone Hotel's upgraded dining and leisure options are designed with today's discerning client in mind, and will rival the offerings of any leading boutique hotel.

"We are very excited about the development of the Greystone Hotel," said Mitch Garrett, Vice President of Development for the developer and owner, VOS Hospitality. "The project embodies the authentic nature of Miami Beach, from its exciting artistic and cultural influences to the vivid excitement that the Food and Beverage venues will create."

> "The Project provides a complete overhaul renovation, and will result in a state of the art, luxurious, boutique hotel"

"The overall project incorporates the critical components of contemporary style and luxurious amenities, mixed with a premier location, strong demand drivers, and experienced operations to deliver one of the strongest EB-5 opportunities in the market today."

Mr. Garrett notes that the Greystone Hotel project offers a host of benefits that help to make it an outstanding EB-5 offering. Located across the street from the beach, just two blocks from the Miami Beach Convention Center and walking distance from the Lincoln Road shopping district, the central location of the Greystone Hotel makes it a destination for the over 13 million overnight tourists who flock to Miami every year.[1] The Project has also gained the support of the local community and key organizations such as the Miami Design Preservation League and the Miami Beach Zoning & Planning Board.

# The Greystone Hotel

This timeless beauty, originally designed and built in 1939 by famous architect Henry Hohauser, is located at 1920 Collins Avenue in Miami Beach, Florida.



- Finials and flag poles are like radio towers and antennae
- Ziggurat Roof is stepped like an ancient pyramid
- Racing stripes and rounded forms like a car
- Rounded corners and aerodynamic design like the trains and cars of the period
- Porthole windows, smokestacks, pipe railings, and other features from ships



The market in Miami Beach is ripe for the additional hospitality and leisure options.[2] The Project's robust job creation assessment provides peace of mind for potential EB-5 investors, and estimates that the Greystone Hotel will create at least 730 new permanent jobs. This results in a buffer of 290 jobs above and beyond what is required by USCIS, and makes for a very safe investment.

## EB-5 Opportunity

The Project's financial strength also make for a secure EB-5 investment. The Greystone Hotel EB-5 loan makes up 34.9% of the total project cost, and is protected by substantial equity investment from ownership. This allows the project to have a low amount of debt as a percentage of the total deal cost. With substantial interest from both institutional and private equity groups, the Greystone Hotel redevelopment project provides an easy exit strategy through refinance or property sale.

In addition, the Greystone Hotel project is headed up by a highly experienced development team with over 30 years of hospitality management and ownership. VOS Hospitality, the luxury and boutique division of Trans Inns Management has become a leader in historic restoration to create unique hospitality experiences that are authentically inspired by location, art and community. The Company is noted for their focus on job creation and unique hospitality concepts. VOS Hospitality's past success in adding value, optimizing revenue, and maximizing operating efficiency to acclaimed projects helps make the Greystone redevelopment a secure offering for potential investors.

Adding to the Project's security, the Greystone Hotel EB-5 opportunity is managed in part by two experienced EB-5 solutions providers. United EB-5, a global conduit for EB-5 investment, has partnered with South Atlantic Regional Center ("SARC") to provide the knowledge and expertise that investors can count on. SARC is a leading Regional Center and processor of investment-based immigration (EB-5) headquarted in Palm Beach County, Florida. The Company's dynamic approach and a portfolio of safe and exclusive projects have set it apart in the EB-5 marketplace. With over 60 years of collective business and proj[ect] management expertise, significant internation[al] experience, and a successful history of worki[ng] with clients from around the world, SARC a[nd] its business partners are poised to make t[he] Greystone Hotel a successful and exciting EB[-5] opportunity.

The Greystone Hotel Project is an outstandi[ng] EB-5 offering because of its premier locati[on,] robust community support, stellar manageme[nt] team, and ample job creation. Potent[ial] investors can feel at ease in partnering with experienced and successful team of develop[ers] to rejuvenate an iconic hotel in Miami Bea[ch.] In doing so, they have the potential to creat[e a] better future for themselves and their fami[lies] through the United States' well established EB[-5] program. Time is of the essence, however, [as] Miami Beach has attracted an immense inf[lux] of investor interest and only a limited number [of] EB-5 investors will be approved for the proje[ct.] Contact SARC or United EB-5 today for m[ore] information on how you can take advantage [of] this unique EB-5 opportunity. WWB

---

1. Miami-Dade County Sees Record Tourism in 2012. Hannah Sampson, Miami Herald, March 5, 2013.
2. Greater Miami Convention and Visitors Bureau, Greater Miami Occupancy & ADR 2014.



ind proje
ernation
of workin
SARC an
make th
citing EB-

outstandin
er locatio
nanageme
. Potenti
ring with a
f develope
liami Beach
al to create
heir famili
blished EB-
however,
mense influ
ed number
r the projec
day for mo
advantage
WB



The EB-5 loan represents 34.9% of the total project cost.

- 34.9% EB-5 Loan
- 47.5% Bank Financing
- 12.2% Developer Equity
- 5.4% Historic Tax Credits

- $22 million (USD) in EB-5 capital (34.9%) *
- $30 million (USD) in bank financing (47.5%)
- $7.7 million (USD) in developer equity (12.2%)
- $3.3 million (USD) in historic tax credits (5.4%)

*Target EB-5 raise of $22 million. The actual amount raised may be more or less up to the maximum allowable as supported by the Project's Economic Analysis.



### Job Count

The Greystone Hotel Project will produce an estimated 66% more jobs than is required by the USCIS.

- Required by USCIS: 440
- Provided by Project: >730

Feature

# Meet USREDA



Joseph J. Walsh
PRESIDENT/CEO
USREDA • SARC • JJW Consultancy









JJW Consultancy, Ltd.

Joseph J. Walsh was born and raised in Chicago, and has managed and owned both public and private corporations in the US, Canada and the UK. Mr. Walsh started his career in Marketing and Advertising, though he was formally educated as an Electrical Engineer. He founded and served as President and CEO of several startup computer and graphics firms that he brought to the public markets in the late 1990s and early 2000s. Mr. Walsh subsequently managed several successful mergers of public companies and has extensive experience in merger and acquisition strategy and law. His experience extends not only in the technical realm, but to the intricacies of U.S. Securities and Exchange laws. Mr. Walsh brings a wealth of knowledge and expertise to USREDA, South Atlantic Regional Center and JJW Consultancy with over thirty years of experience in marketing, development and process engineering.

## About USREDA:

United States Regional Economic Development Authority ("USREDA") is a global leader in investment immigration, EB-5 consulting, project and wealth management, strategic planning and investment services. Together with its subsidiary brands, South Atlantic Regional Center ("SARC") and JJW Consultancy, USREDA specializes in connecting qualified investors with emerging organizations in key growth sectors. USREDA's primary objective is helping you achieve financial and immigration goals through highly individualized and efficient service—something USREDA likes to call building Wealth Without Borders™.






| United States | Hong Kong | South Africa | Dubai |
|---|---|---|---|
| 197 South Federal Highway Suite 200 | Suite 7902, 79/F, The Center | Suite 1 A | Emirates Financial Towers |
| Boca Raton, FL 33432 | 99 Queen's Road | 3 Melrose Boulevard, Melrose Arch | Unit S-2009 DIFC |
| Telephone: +1 561.900.7077 | Central, Hong Kong | Johannesburg, South Africa | Dubai, UAE |
| | Telephone: +852.2186.9876 | Telephone: +27.83.739.5447 | Telephone: +971.4.5515877 |

70 | WWB™

Investment

# Grenada Update



## USREDA Announces the First Petitioner Applicant Approved for Citizenship Under the Grenada Citizenship by Investment Program

August 2014 saw the first petitioner applicant approved under the Grenada Citizenship by Investment Program receive his passport and full Grenadian naturalization under the program. United States Regional Economic Development Authority ("USREDA"), as a government-approved marketing agent under Section 10 of the Grenada Citizenship by Investment Act, was there to guide the client through to this historic moment.

"USREDA is honored to help foster a program that provides mutual benefit for investors and the nation of Grenada," says USREDA president and CEO, Joseph Walsh, Sr. "The Grenada program not only contributes to the economic development of Grenada, but also provides the opportunity for a better quality of life for program participants. This program would not be possible without the Grenadian Government's diligent cooperation with USREDA and its commitment to foreign investors."

The first investor to receive his passport to the program is now enjoying the benefits of full Grenadian naturalization. Approval for this investor took less than three months. Through the Grenada program, approved participants are guaranteed the right to a Grenadian passport, giving them visa free access to over 100 countries worldwide, including Schengen countries.

The Grenada Program offers qualified investors the chance to invest in the economic development of the island country of Grenada through the National Transformation Fund



("NTF"). The Fund was created to assist the development of the country's infrastructure and unexplored natural resources. An investment of $200,000 USD (plus legal, administrative and government fees) into the NTF secures a pathway to citizenship for investors and their immediate family.

"Overall, we are very pleased with the progress of this program, which is still in its infancy," says Mr. Walsh. "We believe, however, that it provides outstanding value and efficiency to qualified investors, and look forward to assisting many more investors to achieve their immigration goals."

To learn more about Citizenship by Investment Program or Grenada's National Transformation Fund, visit www.Grenada.com.co or www.USREDA.com.

USREDA is a leading global processor of investment-based immigration (EB-5). The Company's global team of business experts, international attorneys, immigration specialists and support staff provides services to clients worldwide. USREDA helps its clients to build Wealth Without Borders™ by connecting them with emerging organizations in key growth sectors such as innovation, real estate, tourism and government infrastructure.

