

# Premier Location



Across the street from the beach...

...and just two blocks from the Miami Beach Convention Center.





Other amazing amenities nearby:
- Over 50 retail stores & over 25 restaurants
- Lincoln Road shopping district
- The Historic Jackie Gleason Fillmore Theater
- Miami Beach Golf Club
- Wolfsonian Museum
- Bass Museum of Art
- Miami City Ballet
- New World Symphony

www.UnitedEB5.com

# Project Overview

In conjunction with the South Atlantic Regional Center, United EB-5 is pleased to present the acclaimed Greystone Hotel Redevelopment Project in beautiful Miami Beach.

## Opportunity Overview

### Greystone Hotel

| | |
|---|---|
| # of rooms | 88 Rooms |
| Total Building Size | ~50,000 Square Feet |
| Total Lot Size | 20,000 Square Feet |
| Amenities | 130 Seat ground floor restaurant |
| | 1,500sf Basement Speakeasy |
| | 6,000sf Rooftop pool, bar & event space |





Relax and enjoy the Greystone Hotel in exciting and picturesque Miami Beach.

www.UnitedEB5.com

# Approvals & Support

## EB-5 Program Benefits

- Investors, their spouses, and children under 21 years of age are eligible to receive U.S. Green Cards through investment in a single project

- You select the safe and secure investment opportunity. United EB-5 and its affiliates manage your investment and all aspects of the project

- No requirement for age, business experience, education, or language skills

- Fast processing, approval 4 times faster the Canadian investment-based immigration program

- No residency restrictions, participants who choose to make their home in the United States may live anywhere they choose

- A U.S. Green Card or citizenship gives you access to the same high quality healthcare that is enjoyed by U.S. citizens

- Green card holders afforded almost all the same privileges of U.S. citizens

- Free education in the United States public school system

- Required investment of $500,000 plus administrative and legal fees

## Local Support & Approvals

We have had positive reception from the local community and have received approvals from:





www.UnitedEB5.com

# Redevelopment Plan

The Project provides for a complete overhaul renovation of the Greystone Hotel, featuring a historic restoration of the exterior and fully upgraded accommodations and amenities to rival any leading hotels in the area.

## Hotel

A true boutique hotel, the Greystone embodies the authentic and timeless vibe of Miami Beach while embracing the thriving art and cultural movement. The warm and inviting accommodations also feature:

- 88 Luxurious Guest Rooms
- Local Artwork Exhibits
- Hip & Energetic Events



## Restaurant

A food and beverage concept centered around quality ingredients, and pays homage to the timeless flavors of South Florida fused with a fresh Mediterranean vibe. Restaurant and lounge features include:

- 5,000 sq. ft. Upscale Restaurant
- 140 Seats with Outdoor Seating Options
- Contemporary Atmosphere
- Mezzanine Level Cocktail Lounge



## Basement Speakeasy

A tribute to yesteryear, the basement speakeasy and music club will host a rotating selection of DJs in an elegant and refined ambiance. The speakeasy features:

- 1,500 sq. ft. basement level lounge
- State of the art sound system
- Sophisticated Mixology Bar



## Rooftop Solarium

An oasis of luxury and relaxation. Unwind, soak in the South Florida sun, and enjoy the stunning views of beautiful Miami Beach. The Solarium features:

- 6,000 sq. Rooftop Pool, Bar & Event Space
- Fresh Mixology & Oyster Bar



www.UnitedEB5.com

# Experienced Team



## Streamlined Team

As an EB-5 investor, you can take comfort knowing you are speaking to the heads of the company who each have significant investment in the project, and an incentive to make the project a success.

| | |
|---|---|
| Regional Center Owner: | SARC |
| Regional Center Manager: | SARC + VOS |
| Project Owner: | Trans Inns/VOS |
| Project Developer: | Trans Inns/VOS |
| Property Manager: | VOS |

## Manager / Developer

**VOS** Hospitality     **Trans Inns Management**

VOS Hospitality is the Boutique/Lifestyle division of Trans Inns Management, currently with developments in Detroit, Miami and Brooklyn. Our credo is to create unique hospitality experiences through brand and culture that are authentically inspired by location, art, and community.

Trans Inns Management is one of the nation's leading independent full and select service hospitality management companies. We are focused on adding value and believe in an approach that balances guest satisfaction, revenue optimization, and operating efficiency. For over 30 years, Trans Inns has successfully navigated multiple business cycles as developers, owners, and operators. A dedicated and experienced management team, extensive network of resources, and the ability to act and adapt quickly as markets evolve allow us to consistently deliver superior property and asset management while creating value for investors and owners.

## Regional Center / Processing

**UNITED EB-5**

United EB-5 is a global conduit for EB-5 based investment. Our experienced team utilizes the latest market research and sophisticated underwriting methods to identify ideal projects and execute with the greatest amount of certainty and job growth potential. We apply this institutional acumen to each project across our regional centers to ensure our EB-5 investors are placed into excellent investment opportunities.

We are owned and operated by seasoned real estate business owners who are also investors, developers and managers of hospitality and commercial real estate, so that you can be assured our expertise allows us to appropriately analyze and deliver quality development projects with confidence.

South Atlantic Regional Center ("SARC") is a federally approved Regional Center headquartered in Palm Beach County, Florida. The Company is licensed by USCIS to undertake EB-5 projects in South Florida. SARC is a dynamic company, and offers a portfolio of safe and exclusive projects. As one of the most respected processors of investment-based immigration, SARC is committed to connecting approved immigrant investors with secure investment opportunities.

www.UnitedEB5.com

---

# Project Security

## Job Creation Certainty

The Project features excess job creation, and has already received overwhelming support from the community and local government, adding security for EB-5 investors.

An econometric analysis of the Project that discusses the benefits to the area economy, its population and households, and the statistical confirmation of the USCIS requirements for EB-5 immigration visa approval is available to download. The RIMS II report was prepared by Dr. Michael Evans of Evans, Carroll, and Associates.

The report demonstrates that **the Greystone Hotel Project is slated to create 733.7 jobs, or 16.5 jobs per investor. This figure is well above the requirement set forth by USCIS, adding security to the Project.** Additionally, the project is providing a venue for local artists and curators to display and sell their works. The hotel development will be the first to directly promote local visual arts in the area, and has already created a positive buzz in the arts community.

## Project Completion Certainty

The EB-5 Investment will be protected as the Project has been able to secure and fund substantial equity investment from ownership. This allows the Project to have a low amount of debt as a percentage of the total deal cost.

With substantial interest from both institutional and private equity groups, the Project provides an easy exit strategy through refinance or property sale.



The Greystone Hotel Project is slated to create 733.7 jobs, or 16.5 jobs per investor

| Activities | Revenue Demand (in 2010 $) | Final Demand Multiplier | Total Jobs |
|---|---|---|---|
| Construction Costs | $21,590 | 18.6842 | 403.4 |
| Architect & Engineering Costs | $0.827 | 16.2655 | 13.4 |
| Purchases of FF&E* | $2.612 | 7.5103 | 19.6 |
| Hotel Operations | $9.375 | 17.9697 | 168.5 |
| Food & Beverage Service | $5.176 | 24.8789 | 128.8 |
| **Total Jobs**<br>(Indirect and Induced effects only) | | | **733.7** |

www.UnitedEB5.com