
# EB-5 Program

The United States' EB-5 program is firmly established and secure for foreign participants. It provides a safe pathway to U.S. citizenship for investors and their immediate families in return for a minimum investment of $500,000 USD (plus legal and administrative fees) into government-approved projects.

United EB-5 offers a selection of safe EB-5 investment opportunities in the rapidly growing hospitality industry. The projects have been thoroughly vetted by expert business analysts, are led by outstanding management teams, and provide surplus job creation. These factors combine to make United EB-5 projects some of the most secure investment-based immigration opportunities in the marketplace today.



Contact United EB-5 today for more information.

# EB-5 Benefits

- Investors, their spouses, and children under 21 years of age are eligible to receive U.S. Green Cards through investment in a single project

- You select the safe and secure investment opportunity; United EB-5 and its affiliates manage your investment and all aspects of the project

- No requirement for age, business experience, education, or language skills

- Fast and efficient processing by an experienced and dedicated legal team

- No residency restrictions; participants who choose to make their home in the United States may live anywhere they choose

- A U.S. Green Card or citizenship gives you access to the same high quality healthcare that is enjoyed by U.S. citizens

- No residence requirements; participants must enter the United States only once every 6 months

- Green card holders afforded almost all the same privileges of U.S. citizens

- Free education in the United States' Public School System

# EB-5 Visa Requirements

- Required investment of $500,000 plus administrative and legal fees

- Each investor's capital must create at least 10 full time jobs in the U.S.

- The investor must demonstrate that investment capital is from a legal source



- Green card holders afforded almost all the same privileges of U.S. citizens
- Free education in the United States' Public School System

## EB-5 Visa Requirements

- Required investment of $500,000 plus administrative and legal fees
- Each investor's capital must create at least 10 full time jobs in the U.S.
- The investor must demonstrate that investment capital is from a legal source
- Investment must remain until the permanent residency conditions are removed

Contact United EB-5 today for more information.

# Global Processing Partners

United EB-5 has partnered with United States Regional Economic Development Authority ("USREDA") and EB5 Petition to provide unmatched service and support to its clients.

USREDA is one of the largest and most respected processors of investment-based immigration anywhere in the world. By connecting investors with emerging organizations in key growth sectors such as innovation, real estate, tourism, university and governmental infrastructure, USREDA is building wealth without borders for its clients.

EB5 Petition is the processing division of USREDA. Their expert staff has submitted hundreds of individual client files, and are equipped to help EB-5 immigrant investors navigate the process with success and efficiency.

EB5 Petition is the processing division of USREDA. Take confidence in knowing that EB5 Petition has a better than 99% approval rate on I-526 petitions-significantly higher than the national USCIS average of 89%*.  EB5 Petition's expert staff has submitted hundreds of individual client files, and are equipped to help EB-5 immigrant investors navigate the process with success and efficiency.

*FY2010 Form I-526 Petition Final Action Percentages; USCIS





| CONTACT US | Skype: UnitedEB5 | 561.287.5400 | info@unitedeb5.com |

CONTACT US
Name: First/Last
Email
[ CLEAR ]  [ SEND ]

HOME   ABOUT   PROJECTS   EB-5 PROGRAM   CONTACT

## EB-5 Program

The United States' EB-5 program is firmly established and secure for foreign participants. It provides a safe pathway to U.S. citizenship for investors and their immediate families in return for a minimum investment of $500,000 USD (plus legal and administrative fees) into government-approved projects.

United EB-5 offers a selection of safe EB-5 investment opportunities in the rapidly growing hospitality industry. The projects have been thoroughly vetted by expert business analysts, are led by outstanding management teams, and provide surplus job creation. These factors combine to make United EB-5 projects some of the most secure investment-based immigration opportunities in the marketplace today.



**Contact United EB-5 today for more information.**

## EB-5 Benefits

- Investors, their spouses, and children under 21 years of age are eligible to receive U.S. Green Cards through investment in a single project
- You select the safe and secure investment opportunity; United EB-5 and its affiliates manage your investment and all aspects of the project
- No requirement for age, business experience, education, or language skills
- Fast and efficient processing by an experienced and dedicated legal team
- No residency restrictions; participants who choose to make their home in the United States may live anywhere they choose
- A U.S. Green Card or citizenship gives you access to the same high quality healthcare that is enjoyed by U.S. citizens
- No residence requirements; participants must enter the United States only once every 6 months
- Green card holders afforded almost all the same privileges of U.S. citizens
- Free education in the United States' Public School System

## EB-5 Visa Requirements

- Required investment of $500,000 plus administrative and legal fees
- Each investor's capital must create at least 10 full time jobs in the U.S.
- The investor must demonstrate that investment capital is from a legal source
- Investment must remain until the permanent residency conditions are removed

## Global Processing Partners

United EB-5 has partnered with United States Regional Economic Development Authority ("USREDA") and EB5 Petition to provide unmatched service and support to its clients.

USREDA is one of the largest and most respected processors of investment-based immigration anywhere in the world. By connecting investors with emerging organizations in key growth sectors such as innovation, real estate, tourism, university and governmental infrastructure, USREDA is building wealth without borders for its clients.

EB5 Petition is the processing division of USREDA. Their expert staff has submitted hundreds of individual client files, and are equipped to help EB-5 immigrant investors navigate the process with success and efficiency.

EB5 Petition is the processing division of USREDA. Take confidence in knowing that EB5 Petition has a better than 99% approval rate on I-526 petitions-significantly higher than the national USCIS average of 89%*.  EB5 Petition's expert staff has submitted hundreds of individual client files, and are equipped to help EB-5 immigrant investors navigate the process with success and efficiency.

*FY2010 Form I-526 Petition Final Action Percentages; USCIS*





---

United EB-5 Headquarters
4901 NW 17th Way
Suite 503
Ft. Lauderdale, FL 33309

HOME   ABOUT   PROJECTS   EB-5   CONTACT

UnitedEB-5• © 2014

This is not an offer to sell or a solicitation of any offer to buy any securities. Offers are made only by private placement memorandum and associated materials. To obtain further information, you must complete our investor questionnaire and meet the suitability standards required by law.



CONTACT US | Skype: UnitedEB5 | 561.287.5400 | info@unitedeb5.com

Name: First/Last
Email

HOME   ABOUT   PROJECTS   EB-5 PROGRAM   CONTACT

CLEAR   SEND

## EB-5 Program

The United States' EB-5 program is firmly established and secure for foreign participants. It provides a safe pathway to U.S. citizenship for investors and their immediate families in return for a minimum investment of $500,000 USD (plus legal and administrative fees) into government-approved projects.

United EB-5 offers a selection of safe EB-5 investment opportunities in the rapidly growing hospitality industry. The projects have been thoroughly vetted by expert business analysts, are led by outstanding management teams, and provide surplus job creation. These factors combine to make United EB-5 projects some of the most secure investment-based immigration opportunities in the marketplace today.



Contact United EB-5 today for more information.

## EB-5 Benefits

- Investors, their spouses, and children under 21 years of age are eligible to receive U.S. Green Cards through investment in a single project
- You select the safe and secure investment opportunity; United EB-5 and its affiliates manage your investment and all aspects of the project
- No requirement for age, business experience, education, or language skills
- Fast and efficient processing by an experienced and dedicated legal team
- No residency restrictions; participants who choose to make their home in the United States may live anywhere they choose
- A U.S. Green Card or citizenship gives you access to the same high quality healthcare that is enjoyed by U.S. citizens
- No residence requirements; participants must enter the United States only once every 6 months
- Green card holders afforded almost all the same privileges of U.S. citizens
- Free education in the United States' Public School System

## EB-5 Visa Requirements

- Required investment of $500,000 plus administrative and legal fees
- Each investor's capital must create at least 10 full time jobs in the U.S.
- The investor must demonstrate that investment capital is from a legal source
- Investment must remain until the permanent residency conditions are removed

## Global Processing Partners

United EB-5 has partnered with United States Regional Economic Development Authority ("USREDA") and EB5 Petition to provide unmatched service and support to its clients.

USREDA is one of the largest and most respected processors of investment-based immigration anywhere in the world. By connecting investors with emerging organizations in key growth sectors such as innovation, real estate, tourism, university and governmental infrastructure, USREDA is building wealth without borders for its clients.

EB5 Petition is the processing division of USREDA. Their expert staff has submitted hundreds of individual client files, and are equipped to help EB-5 immigrant investors navigate the process with success and efficiency.

EB5 Petition is the processing division of USREDA. Take confidence in knowing that EB5 Petition has a better than 99% approval rate on I-526 petitions-significantly higher than the national USCIS average of 89%*.  EB5 Petition's expert staff has submitted hundreds of individual client files, and are equipped to help EB-5 immigrant investors navigate the process with success and efficiency.

*FY2010 Form I-526 Petition Final Action Percentages; USCIS







United EB-5 Headquarters
4901 NW 17th Way
Suite 503
Ft. Lauderdale, FL 33309

HOME   ABOUT   PROJECTS   EB-5   CONTACT

UnitedEB-5• © 2014

This is not an offer to sell or a solicitation of any offer to buy any securities. Offers are made only by private placement memorandum and associated materials. To obtain further information, you must complete our investor questionnaire and meet the suitability standards required by law.



Skype: UnitedEB5    561.287.5400    info@unitedeb5.com

CONTACT US

Name: First/Last
Email

HOME   ABOUT   PROJECTS   EB-5 PROGRAM   CONTACT

CLEAR   SEND

## EB-5 Program

The United States' EB-5 program is firmly established and secure for foreign participants. It provides a safe pathway to U.S. citizenship for investors and their immediate families in return for a minimum investment of $500,000 USD (plus legal and administrative fees) into government-approved projects.

United EB-5 offers a selection of safe EB-5 investment opportunities in the rapidly growing hospitality industry. The projects have been thoroughly vetted by expert business analysts, are led by outstanding management teams, and provide surplus job creation. These factors combine to make United EB-5 projects some of the most secure investment-based immigration opportunities in the marketplace today.



Contact United EB-5 today for more information.

## EB-5 Benefits

- Investors, their spouses, and children under 21 years of age are eligible to receive U.S. Green Cards through investment in a single project
- You select the safe and secure investment opportunity; United EB-5 and its affiliates manage your investment and all aspects of the project
- No requirement for age, business experience, education, or language skills
- Fast and efficient processing by an experienced and dedicated legal team
- No residency restrictions; participants who choose to make their home in the United States may live anywhere they choose
- A U.S. Green Card or citizenship gives you access to the same high quality healthcare that is enjoyed by U.S. citizens
- No residence requirements; participants must enter the United States only once every 6 months
- Green card holders afforded almost all the same privileges of U.S. citizens
- Free education in the United States' Public School System

## EB-5 Visa Requirements

- Required investment of $500,000 plus administrative and legal fees
- Each investor's capital must create at least 10 full time jobs in the U.S.
- The investor must demonstrate that investment capital is from a legal source
- Investment must remain until the permanent residency conditions are removed

## Global Processing Partners

United EB-5 has partnered with United States Regional Economic Development Authority ("USREDA") and EB5 Petition to provide unmatched service and support to its clients.

USREDA is one of the largest and most respected processors of investment-based immigration anywhere in the world. By connecting investors with emerging organizations in key growth sectors such as innovation, real estate, tourism, university and governmental infrastructure, USREDA is building wealth without borders for its clients.

EB5 Petition is the processing division of USREDA. Their expert staff has submitted hundreds of individual client files, and are equipped to help EB-5 immigrant investors navigate the process with success and efficiency.

EB5 Petition is the processing division of USREDA. Take confidence in knowing that EB5 Petition has a better than 99% approval rate on I-526 petitions-significantly higher than the national USCIS average of 89%*.  EB5 Petition's expert staff has submitted hundreds of individual client files, and are equipped to help EB-5 immigrant investors navigate the process with success and efficiency.

*FY2010 Form I-526 Petition Final Action Percentages; USCIS







United EB-5 Headquarters
4901 NW 17th Way
Suite 503
Ft. Lauderdale, FL 33309

HOME   ABOUT   PROJECTS   EB-5   CONTACT

UnitedEB-5• © 2014

This is not an offer to sell or a solicitation of any offer to buy any securities. Offers are made only by private placement memorandum and associated materials. To obtain further information, you must complete our investor questionnaire and meet the suitability standards required by law.



CONTACT US | Skype: UnitedEB5 | 561.287.5400 | info@unitedeb5.com

Name: First/Last
Email

HOME  ABOUT  PROJECTS  EB-5 PROGRAM  CONTACT

CLEAR  SEND

## EB-5 Program

The United States' EB-5 program is firmly established and secure for foreign participants. It provides a safe pathway to U.S. citizenship for investors and their immediate families in return for a minimum investment of $500,000 USD (plus legal and administrative fees) into government-approved projects.

United EB-5 offers a selection of safe EB-5 investment opportunities in the rapidly growing hospitality industry. The projects have been thoroughly vetted by expert business analysts, are led by outstanding management teams, and provide surplus job creation. These factors combine to make United EB-5 projects some of the most secure investment-based immigration opportunities in the marketplace today.



**Contact United EB-5 today for more information.**

## EB-5 Benefits

- Investors, their spouses, and children under 21 years of age are eligible to receive U.S. Green Cards through investment in a single project
- You select the safe and secure investment opportunity; United EB-5 and its affiliates manage your investment and all aspects of the project
- No requirement for age, business experience, education, or language skills
- Fast and efficient processing by an experienced and dedicated legal team
- No residency restrictions; participants who choose to make their home in the United States may live anywhere they choose
- A U.S. Green Card or citizenship gives you access to the same high quality healthcare that is enjoyed by U.S. citizens
- No residence requirements; participants must enter the United States only once every 6 months
- Green card holders afforded almost all the same privileges of U.S. citizens
- Free education in the United States' Public School System

## EB-5 Visa Requirements

- Required investment of $500,000 plus administrative and legal fees
- Each investor's capital must create at least 10 full time jobs in the U.S.
- The investor must demonstrate that investment capital is from a legal source
- Investment must remain until the permanent residency conditions are removed

## Global Processing Partners

United EB-5 has partnered with United States Regional Economic Development Authority ("USREDA") and EB5 Petition to provide unmatched service and support to its clients.

USREDA is one of the largest and most respected processors of investment-based immigration anywhere in the world. By connecting investors with emerging organizations in key growth sectors such as innovation, real estate, tourism, university and governmental infrastructure, USREDA is building wealth without borders for its clients.

EB5 Petition is the processing division of USREDA. Their expert staff has submitted hundreds of individual client files, and are equipped to help EB-5 immigrant investors navigate the process with success and efficiency.

EB5 Petition is the processing division of USREDA. Take confidence in knowing that EB5 Petition has a better than 99% approval rate on I-526 petitions-significantly higher than the national USCIS average of 89%*.  EB5 Petition's expert staff has submitted hundreds of individual client files, and are equipped to help EB-5 immigrant investors navigate the process with success and efficiency.

*FY2010 Form I-526 Petition Final Action Percentages; USCIS*







United EB-5 Headquarters
4901 NW 17th Way
Suite 503
Ft. Lauderdale, FL 33309

HOME  ABOUT  PROJECTS  EB-5  CONTACT

UnitedEB-5• © 2014

This is not an offer to sell or a solicitation of any offer to buy any securities. Offers are made only by private placement memorandum and associated materials. To obtain further information, you must complete our investor questionnaire and meet the suitability standards required by law.