

**SOUTH ATLANTIC REGIONAL CENTER, LLC.**
9250 BELVEDERE ROAD, STE 101
ROYAL PALM BEACH, FL 33411 USA

561.282.6102  TEL
877.309.7287  FAX
INFO@SARCEB5.COM



DATE  08/01/2016
INVOICE #  GH016-046
REMARKS

| Customer Name | FENG Yuanxiao | |
|---|---|---|
| Address | | |
| Tel | | |
| Petitioner # | GH016-046 | |

| No. | Description | Amount in USD $ |
|---|---|---|
| SARC GH016-046 | Greystone EB-5, LLLP Investment | $500,000 |
| | Escrow Account | -$500,000 |
| | Admin Fee | $45,000 |
| | | |
| | Wire PAID | -$45,000 |
| | | |
| TOTAL | | 0 |

In words:

**Notes**
Bank information for payment of Managements fees:
BENEFICIARY : South Atlantic Regional Center, LLC.
9250 Belvedere Road STE 101, Royal Palm Beach, FL 33411 , USA
Beneficiary Account Numbers:
ACCOUNT NAME: South Atlantic Regional Center, LLC.
ACCOUNT NUMBER: ████8469 (Checking Account)
PNC Bank ABA Number: 043000096
Receiving Bank: PNC Bank
SWIFT CODE: PNCCUS33

Bank information for payment to Escrow Account: $500,000 USD
Receiving Bank: PNC Bank
9875 Jog Road, Boynton Beach, FL 33437 USA
ABA # 043000096
SWIFT Code: PNCCUS33
Greystone EB-5, LLLP Escrow Account
Account # ████7626
Escrow Bank: PNC Bank
LLLP: Greystone EB-5, LLLP
Subscriber Representative: South Atlantic Regional Center, LLC



# Current Day Summary and Detail Report

Account: ███████7626  -  SARC - Escrow Account - USD

**Credits**

Reference Number
████████8826

| Amount | 0-Day Float | 1-Day Float | 2+Day Float |
|---|---|---|---|
| $250,019.00 | $250,019.00 | $0.00 | $0.00 |

Reference Detail

FED WIRE IN 008826 ORIGINATOR:FENG YUANXIAO AC/6██████5928 ID NO.
CHN/█████0876 DOB████1976 SND BNK:WELLS FARGO NY INTL ABA:0████5092
RFB:█████1090 ████████2324 OBI:SARCGH016-046FENGYUANXIAO BBI:/REC/BOYNTON
BEACH BENEFICIARY:SOUTH ATLANTIC REGIONAL CENTER LLC AC/██████7626
TRN:████████8826 FED REF/TIME:002324 /07:56:52 DATE:0801-16 POST TIME:09:19:17

████████8833

| | | | |
|---|---|---|---|
| $250,019.00 | $250,019.00 | $0.00 | $0.00 |

FED WIRE IN 008833 ORIGINATOR:FENG YUANXIAO AC/6██████5928 ID NO.
CHN/█████0876 DOB████1976 SND BNK:WELLS FARGO NY INTL ABA:█████5092
RFB:█████0600 ████████2390 OBI:SARCGH016-046FENGYUANXIAO BBI:/REC/BOYNTON
BEACH BENEFICIARY:SOUTH ATLANTIC REGIONAL CENTER LLC AC/██████7626
TRN:████████8833 FED REF/TIME:002390 /07:56:58 DATE:0801-16 POST TIME:09:19:17

*Christina M. Hernandez* (signature)

Approved Signature

# Current Day Summary and Detail Report



**Account: xxxxxx8459 -  SARC Operating Account - USD**

**Credits**

| Reference Number | | | |
|---|---|---|---|
| Amount | 0-Day Float | 1-Day Float | 2+Day Float |
| $45,019.00 | $45,019.00 | $0.00 | $0.00 |

Reference Detail

 8128

FED WIRE IN 008128 ORIGINATOR:FENG YUANXIAO AC/█████ 5928 ID NO. CHN/█ 0876 DOB █ 1976 SND BNK:WELLS FARGO NY INTL ABA:█ 5092 RFB:█ 4044 █ 1035 OBI:SWIFTCODE.PNCCUS33.SARCFENGYUANXIA BBI:/REC/BOYNTON BEACH BENEFICIARY:SOUTH ATLANTIC REGIONAL CENTER LLC AC/█ 8469 TRN:█ 8128 FED REF/TIME:001035 /08:03:47 DATE:08-05-16 POST TIME:09:28:28

_Christina M. Hernandez_ (signature)

Approved Signature



# INVOICE

9250 Belvedere Road Ste 101 • Royal Palm Beach• FL33411• USA

Suite 7902, 79 /F • The Center •99 Queen's Rd Central • Hong Kong
www.JJWLTD.com | +852 2186 9876

DATE 07/28/2016
REMARKS WN

| Customer Name: | FENG Yuanxiao | |
|---|---|---|
| Address: | | |
| Tel: | | |
| Client ID: | SARC GH016_046 | |

| Client ID | Description | Amount in USD $ |
|---|---|---|
| SARC GH016_046 | EB5 Processing Legal Service Fee | 15,000.00 |
| | I-526 Filing Fee | 1,500.00 |
| | | |
| Balance Paid: | Wire Paid (Ref No. ▇▇▇▇▇▇ITDS) | 16,500.00 |
| TOTAL | | 0.00 |
| In words: | Balance Paid In Full | |

Hong Kong   **Wiring Instructions**
Bank information for payment of Indicated fees:
Receiving Bank Name: The Hongkong and Shanghai Banking Corporation Limited
Bank Address: Head Office 1 Queen's Road Central, Hong Kong
SWIFT Code: HSBCHKHHHKH Account Number: ▇▇▇▇▇▇5-838
JJW Consultancy Ltd.
Suite 7902, 79/F, The Center, 99 Queen's Rd Central, Hong Kong

| Greystone EB-5 LLLP | Strictly Confidential |
|---|---|

# Private Placement Memorandum

This document serves as a record of my receipt of the Private Placement Memorandum dated as below, for Greystone EB-5 LLLP, a Florida Limited Partnership (the "Partnership"). I received a copy of the Private Placement Memorandum, containing an investment summary, business summary, accredited investor questionnaire and subscription agreement.

I understand that this offering has not been registered with the Florida division of securities, the U.S. Securities and Exchange Commission ("SEC") or any other foreign securities agency and is not required to be so registered.

I agree to maintain in confidence the information set forth in this document, together with any other non-public information regarding the Partnership, obtained from the Partnership or its agents, during the course of the proposed offering and to return this document to the Partnership in the event that I do not elect to participate in the offering.

____FENG YUAN XIAO____
Investor Name

____冯元ησ____
Investor Signature

____07.11.2016____
Date

| 07/30/2014 | PPM | Page | 2 |

Scanned by CamScanner

following the occurrence of the cause relied upon. Dates by which performance obligations are scheduled to be met will be extended for a period of time equal to the time lost due to any delay so caused.

12.20  **Notice.** All notices, requests, and other communications under this Agreement shall be in writing and shall be deemed to have been duly given (a) on the date of service, if personally served; (b) on the day of facsimile over telephone lines with same day first class mailing of both the original of the documents and a proof of transmission; (c) on the day after mailing if sent by express overnight air courier guaranteeing next day delivery with written evidence of delivery; or (d) five (5) days after the date of mailing if mailed by registered or certified mail, return receipt requested, postage prepaid, and addressed to the parties at the addresses listed above. Each party is required to notify the other party in the above manner of any change in address.

IN WITNESS WHEREOF, each party has executed this Limited Partnership Agreement on the date below.

**GENERAL PARTNER (South Atlantic Regional Center)**

Signature: _[signed]_

Date: 08.09.2014

Printed Name: Joseph Walsh

**GENERAL PARTNER (United EB5, LLC)**

Signature: _[signed]_

Date: 8.8.2014

Printed Name: _[illegible]_

**LIMITED PARTNER**

Signature: _[signed in Chinese]_

Date: 07.11.2016

Printed Name: FENG YUAN XIAO

Scanned by CamScanner

THE INFORMATION CONTAINED IN THIS SUBSCRIPTION AGREEMENT WILL BE TREATED CONFIDENTIALLY. However, I agree that you may present this Subscription Agreement to such parties as you deem appropriate if the Partnership is called upon to establish that the proposed offer and sale of the Investment is exempt from registration under the Act, or meets the requirements of applicable state securities laws.

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement.

Signature: _[signature]_____

Date: ___07_, _11_, 20_16_

Amount of Investment: USD $500,000

Ownership interest to be vested in the name(s) as follows:

Name Typed or Printed: _____

Social Security Number (if any): _____

Phone Number:_____    Email:_____

Street Mailing Address:_____

City: _____    State or Province: _____

Country: _____    Zip / Postal Code: _____

The initial $45,000 check will be deposited into escrow and should be made payable to:

"PNC Bank, as Escrow Agent for Greystone EB-5 LLLP."

**If your subscription is not accepted, please indicate your beneficiary bank to return your investment:**
Wire Instructions for payments to Beneficiary Bank:
Beneficiary Name: _____
Beneficiary Address:_____
Beneficiary Bank Account Number:_____
Beneficiary Phone Number: _____
Beneficiary ID (Passport Number):_____
Beneficiary Bank Name:_____
Beneficiary Bank Address:_____
Branch SWIFT Code: _____

*If required* Intermediary Bank Name: _____
*If required* Intermediary Bank Address:_____
*If required* Intermediary Bank SWIFT Code: _____

07/16/2014

SUBSCRIPTION AGREEMENT
Greystone EB-5 LLLP

6

Scanned by CamScanner