













Case 1:19-cv-24138-DPG Document 44-15 Entered on FLSD Docket 12/02/2019 Page 8 of 10





