UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:19-cv-24138-DPG

YUANXIAO FENG, an individual; KIU CHUN SAXON HUI, an individual; LAI KING HUI, an individual; JING KUANG, an individual; CHUEN PING NG, an individual; MINYANG TIAN, an individual; HONGSEN ZHANG, an individual; and YAN ZHANG, an individual,

    Plaintiffs.

v.

JOSEPH WALSH, et. al.,

    Defendants.

_____/

### NOTICE OF WITHDRAWAL OF PLAINTIFFS' *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS, PNC BANK, N.A. AND RUBEN RAMIREZ'S MOTION TO DISMISS THE AMENDED COMPLAINT

Plaintiffs, YUANXIAO FENG, KIU CHUN SAXON HUI, LAI KING HUI, JING KUANG, CHUEN PING NG, MINYANG TIAN, HONGSEN ZHANG, and YAN ZHANG (collectively "Plaintiffs"), by and through the undersigned counsel, hereby provides this Notice of Withdrawal of Plaintiffs' *Unopposed* Motion for Extension of Time to File Response to Defendants, PNC BANK, N.A. and RUBEN RAMIREZ's Motion to Dismiss the Amended Complaint [DE 64] (hereinafter "Motion for Extension of Time"). Plaintiffs respectfully request the Motion for Extension of Time be withdrawn from the docket as Plaintiffs will be filing a corrected Motion for Extension of Time.

[1920840/1]

Respectfully submitted,

>ZEBERSKY PAYNE SHAW LEWENZ, LLP
>110 S.E. 6th Street, Suite 2150
>Ft. Lauderdale, Florida 33301
>Telephone: (954) 595-6060
>Facsimile: (954) 989-7781
>Primary Email: jshaw@zpllp.com;
>srusso@zpllp.com
>Secondary Email: mperez@zpllp.com;
>jgarcia@zpllp.com
>
>By: /s/ Jordan A. Shaw
>JORDAN A. SHAW, ESQ.
>Fla. Bar No. 111771
>STEFFANI M. RUSSO, ESQ.
>Fla. Bar No. 1002598
>
>and
>
>SMS LAW GROUP, APC
>*Co-Counsel for Plaintiffs*
>Kevin Qi, Esq.
>CA Bar No. 284314
>*Pro Hac Vice Granted*
>2221 Camino Del Rio S.
>Ste. 100
>San Diego, CA 92108
>Telephone: (619) 342-7887
>Facsimile: (619) 255-9559
>Primary Email: kevinqi@smslawfirm.us

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of December, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF which will notify all parties.

>/s/ Steffani M. Russo
>Steffani M. Russo, Esq.

[1920840/1]