**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.: 1:19-cv-24138-DPG

YUANXIAO FENG, an individual; KIU
CHUN SAXON HUI, an individual; LAI
KING HUI, an individual; JING KUANG, an
individual; CHUEN PING NG, an individual;
MINYANG TIAN, an individual; HONGSEN
ZHANG, an individual; and YAN ZHANG, an
individual,

     Plaintiffs.

v.

JOSEPH WALSH, et. al.,

     Defendants.

_____/

**PLAINTIFFS' *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE TO DEFENDANTS, GREYSTONE HOTEL MIAMI, LLC, UNITED EB5,
LLC, SANTA BARBARA 230, LLC, GREYSTONE TERRA FIRMA, LLC, VOS
HOLDINGS I, LLC, VOS CRE 1, LLC, GREYSTONE HOSPITALITY, LLC,
GREYSTONE HOLDCO, LLC, GREYSTONE MANAGING MEMBER, LLC,
GREYSTONE MASTER TENANT, LLC, GREYSTONE TENANT, LLC, GREYSTONE
OPTION HOLDER, LLC, TRANS INN ASSOCIATES, INC., VOS HOSPITALITY, LLC,
BBM 3, LLC, BBM 3 II, LLC, JAMES VOSOTAS, DANIEL VOSOTAS AND BRANDEN
MUHL'S MOTION TO DISMISS AMENDED COMPLAINT AND INCORPORATED
MEMORANDUM OF LAW**

Plaintiffs, YUANXIAO FENG, KIU CHUN SAXON HUI, LAI KING HUI, JING

KUANG, CHUEN PING NG, MINYANG TIAN, HONGSEN ZHANG, and YAN ZHANG

(collectively "Plaintiffs"), by and through the undersigned counsel and pursuant to Rule 6(b) of

the Federal Rules of Civil Procedure and Local Rule 7.1(a)(1)(J), respectfully request this

Honorable Court enter an Order extending the deadline for Plaintiffs' response to Defendants,

Greystone Hotel Miami, LLC, United EB5, LLC, Santa Barbara 230, LLC, Greystone Terra Firma, LLC, Vos Holdings I, LLC, VOS CRE I, LLC, Greystone Hospitality, LLC, Greystone Holdco, LLC, Greystone Managing Member, LLC, Greystone Master Tenant, LLC, Greystone Tenant, LLC, Greystone Option Holder, LLC, Trans Inn Associates, Inc., Vos Hospitality, LLC, BBM 3, LLC, BBM 3 II, LLC, James Vosotas, Daniel Vosotas and Branden Muhl's (hereinafter collectively "Defendants") Motion to Dismiss Amended Complaint and Incorporated Memorandum of Law [DE 68] (hereinafter "Defendants' Motion to Dismiss") and in support thereof states as follows:

1.      On December 2, 2019, Plaintiffs filed an Amended Complaint.

2.      On December 4, 2019, Defendants sought leave to file a motion to dismiss and incorporated memorandum of law in excess of the Twenty (20) page limit proscribed by Local Rule 7.1(c)(2); Plaintiffs did not object.

3.      Thereafter, this Court granted Defendants' Unopposed Motion for Leave to File Excess Pages. [DE 49].

4.      On January 2, 2020, Defendants filed a Twenty-Four (24) page Motion to Dismiss. [DE 68].

5.      As a result of Defendants' lengthy Motion to Dismiss, Plaintiffs are required to review and respond to a Motion substantially longer than normally permitted by the Local Rules of this Court.

6.      The deadline for Plaintiffs to file a response to Defendants' Motion to Dismiss is January 16, 2020, however, Plaintiffs require additional time in order to respond to Defendants' Motion to Dismiss, which included an additional Four (4) pages of argument than permitted by Local Rule 7.1(c)(2).

7.      Further, Plaintiffs require additional time to prepare their response to Defendants' Motion to Dismiss due to upcoming trials, filing deadlines and obligations in this and other pending matters, including Plaintiffs response to Defendants Greystone Hotel Miami, LLC, United EB5, LLC, Santa Barbara 230, LLC, Greystone Terra Firma, LLC, Vos Holdings I, LLC, VOS CRE I, LLC, Greystone Hospitality, LLC, Greystone Holdco, LLC, Greystone Managing Member, LLC, Greystone Master Tenant, LLC, Greystone Tenant, LLC, Greystone Option Holder, LLC, Trans Inn Associates, Inc., Vos Hospitality, LLC, BBM 3, LLC, BBM 3 II, LLC, James Vosotas, Daniel Vosotas and Branden Muhl's Motion to Dismiss, which is due on January 15, 2020.

8.      Federal Rule of Civil Procedure 6(b) provides Courts with the authority to extend filing deadlines for cause shown.

9.      Rule 6(b)(1)(A) states that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time" "with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A).

10.     Accordingly, Plaintiffs are requesting a brief extension through February 6, 2020, in order to investigate Defendants' allegations and properly respond to Defendants' Motion to Dismiss.

11.     This Motion is not being made for the purpose of undue delay, and no party will suffer any prejudice if this Motion is granted.

## **CERTIFICATE OF CONFERRAL**

The undersigned counsel hereby certifies that pursuant to S.D. Fla. L.R. 7.1(a)(3), they contacted Defendants' counsel to determine whether Defendants object to an extension of time

up to and including February 6, 2020, to file a response to Defendants' Motion to Dismiss. Defendants' counsel advised that they do not have any objections to the relief sought in this Motion.

WHEREFORE, Plaintiffs, YUANXIAO FENG, KIU CHUN SAXON HUI, LAI KING HUI, JING KUANG, CHUEN PING NG, MINYANG TIAN, HONGSEN ZHANG, and YAN ZHANG, respectfully request that this Honorable Court grant an extension of time through and including February 6, 2020, for Plaintiffs to file their response to Defendants, Greystone Hotel Miami, LLC, United EB5, LLC, Santa Barbara 230, LLC, Greystone Terra Firma, LLC, Vos Holdings I, LLC, VOS CRE I, LLC, Greystone Hospitality, LLC, Greystone Holdco, LLC, Greystone Managing Member, LLC, Greystone Master Tenant, LLC, Greystone Tenant, LLC, Greystone Option Holder, LLC, Trans Inn Associates, Inc., Vos Hospitality, LLC, BBM 3, LLC, BBM 3 II, LLC, James Vosotas, Daniel Vosotas and Branden Muhl's Motion to Dismiss Amended Complaint and Incorporated Memorandum of Law, and grant such other and further relief as this Honorable Court deems just and proper.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

Respectfully submitted,

ZEBERSKY PAYNE SHAW LEWENZ, LLP
110 S.E. 6th Street, Suite 2150
Ft. Lauderdale, Florida 33301
Telephone: (954) 595-6060
Facsimile: (954) 989-7781
Primary Email: jshaw@zpllp.com;
srusso@zpllp.com
Secondary Email: mperez@zpllp.com;
jgarcia@zpllp.com

By: _____
JORDAN A. SHAW, ESQ.
Fla. Bar No. 111771
STEFFANI M. RUSSO, ESQ.
Fla. Bar No. 1002598

and

SMS LAW GROUP, APC
*Co-Counsel for Plaintiffs*
Kevin Qi, Esq.
CA Bar No. 284314
*Pro Hac Vice Granted*
2221 Camino Del Rio S.
Ste. 100
San Diego, CA 92108
Telephone: (619) 342-7887
Facsimile: (619) 255-9559
Primary Email: kevinqi@smslawfirm.us

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of January, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF which will notify all parties.

_____
Steffani M. Russo, Esq.