UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:19-cv-24138-DPG

YUANXIAO FENG, an individual; KIU

CHUN SAXON HUI, an individual; LAI

KING HUI, an individual; JING KUANG, an

individual; CHUEN PING NG, an individual;

MINYANG TIAN, an individual; HONGSEN

ZHANG, an individual; and YAN ZHANG,

an individual,

    Plaintiffs.

v.

JOSEPH WALSH, et. al.,

    Defendants.

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE PAGE LIMIT
TO RESPOND TO DEFENDANTS' RUBEN RAMIREZ AND PNC BANK, N.A.'S
MOTION TO DISMISS THE AMENDED COMPLAINT AND INCORPORATED
MEMORANDUM OF LAW**

Plaintiffs, YUANXIAO FENG, KIU CHUN SAXON HUI, LAI KING HUI, JING KUANG, CHUEN PING NG, MINYANG TIAN, HONGSEN ZHANG, and YAN ZHANG ("Plaintiffs"), by and through the undersigned counsel and pursuant to Local Rule 7.1(c)(2), hereby move this Court to extend the page limit from 20 pages to 27 pages for Plaintiffs forthcoming response to Defendants' Motion to Dismiss and Incorporated Memorandum of Law ("Response"), which is currently due on January 15, 2019.  In support of this unopposed motion Plaintiffs state:

[1928731/1]

1. The Amended Complaint in this matter was filed on December 2, 2019. [DE 44].

2. Defendants Ruben Ramirez and PNC Bank, N.A. filed their 36-page Motion to Dismiss the Amended Complaint and Incorporated Memorandum of Law, in compliance with Local Rules and this Court's Order [DE 46] on December 10, 2019. [DE 51].

3. Plaintiffs request an additional seven (7) pages beyond the 20-page limit for their Response in order to adequately address the numerous, complex issues raised in Defendants' Motion to Dismiss.

4. The Amended Complaint and the exhibits are 991 pages and contain 588 paragraphs of allegations, not including subparts. Defendants' Motion seemingly moves to dismiss nine (9) counts from Plaintiffs' Amended Complaint.

5. Defendants Ruben Ramirez and PNC Bank, N.A. do not oppose the request for additional pages.

6. Plaintiffs are mindful of this Court's presumptive page limit and bring this unopposed motion in good faith.

7. The relief requested herein is supported by good cause and will not prejudice the Court or the parties.

8. Conversely, Plaintiffs will be prejudiced if this motion is not granted.

### Local Rule 7.1 Certification

Plaintiffs' counsel has conferred with counsel for Defendants Ruben Ramirez and PNC Bank, N.A., who have no objection to this relief sought herein.

**WHEREFORE**, pursuant to S.D. Fla. L.R. 7.1(c)(2), and for good cause shown, Plaintiffs respectfully request this Court to enter an order granting the unopposed motion and permitting them to file a Response to Defendants' Motion to Dismiss and Incorporated Memorandum of Law

[1928731/1]

of 27 pages (not including the portions excluded by S.D. Fla. L.R. 7.1(c)(2)).

Respectfully submitted,

           ZEBERSKY PAYNE SHAW LEWENZ, LLP
           110 S.E. 6th Street, Suite 2150
           Ft. Lauderdale, Florida 33301
           Telephone: (954) 595-6060
           Facsimile: (954) 989-7781
           Primary Email: jshaw@zpllp.com;
           srusso@zpllp.com
           Secondary Email: mperez@zpllp.com;
           jgarcia@zpllp.com

           By:   /s/ *Candace Phillips*
           JORDAN A. SHAW, ESQ.
           Fla. Bar No. 111771
           STEFFANI M. RUSSO, ESQ.
           Fla. Bar No. 1002598
           CANDACE PHILLIPS, ESQ.
           Fla. Bar No. 1010368

           and

           SMS LAW GROUP, APC
           *Co-Counsel for Plaintiffs*
           Kevin Qi, Esq.
           CA Bar No. 284314
           *Pro Hac Vice Granted*
           2221 Camino Del Rio S.
           Ste. 100
           San Diego, CA 92108
           Telephone: (619) 342-7887
           Facsimile: (619) 255-9559
           Primary Email: kevinqi@smslawfirm.us

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of January, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF which will notify all parties.

            /s/ *Candace Phillips*
           Candace Phillips, Esq.

[1928731/1]