UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-cv-24138-DPG

YUANXIAO FENG, et al.,

        Plaintiffs.

v.

JOSEPH WALSH, et al.,

        Defendants.
_____/

**DEFENDANTS GREYSTONE HOTEL MIAMI, LLC,
UNITED EB5, LLC, SANTA BARBARA 230, LLC,
GREYSTONE TERRA FIRMA, LLC, VOS HOLDINGS I, LLC,
VOS CRE I, LLC, GREYSTONE HOSPITALITY, LLC, GREYSTONE
HOLDCO, LLC, GREYSTONE MANAGING MEMBER, LLC,
GREYSTONE MASTER TENANT, LLC, GREYSTONE TENANT, LLC
GREYSTONE OPTION HOLDER, LLC, TRANS INN ASSOCIATES, INC.
VOS HOSPITALITY, LLC, BBM3, LLC, BBM 3 II, LLC,
JAMES VOSOTAS, DANIEL VOSOTAS AND BRANDEN MUHL
UNOPPOSED MOTION TO CORRECT DOCKET ENTRY NO. 22
AND TO DELETE THE DOCKET NOTATION THAT THEIR
<u>COUNSEL REPRESENTS GREYSTONE EB-5 LLLP</u>**

      Defendants, Greystone Hotel Miami, LLC, United EB5 LLC, Santa Barbara 230, LLC, Greystone Terra Firma, LLC, Vos Holdings I, LLC, VOS CREI, LLC, Greystone Hospitality, LLC, Greystone Holdco, LLC, Greystone Managing Member, LLC, Greystone Master Tenant, LLC, Greystone Tenant, LLC, Greystone Option Holder, LLC, Trans Inn, Associates, LLC, VOS Hospitality LLC, BBM 3, LLC, BBM 3 II, LLC, James Vosotas, Daniel Vosotas and Branden Muhl (the "Greystone Defendants"), file this Unopposed Motion to Correct Docket Entry No. 22 and to Delete the Docket Notation that their Counsel Represents Defendant Greystone EB-5, LLLP and state:

1. This is an action brought by foreign nationals who assert that all of the defendants aided and abetted defendant Joseph Walsh's embezzlement of their investments in defendant Greystone EB-5, LLLP.

2. On November 18, 2019, the Greystone Defendants moved to dismiss the Complaint [ECF 22] for lack of jurisdiction.

3. The Greystone Defendants' motion to dismiss did <u>not</u> include defendant Greystone EB-5, LLLP.

4. However, ECF 22, mistakenly indicates that the Greystone Defendants' attorney Stephen A. Mendelsohn of Greenberg Traurig, P.A., represents Greystone EB-5, LLLP.

5. Also, on page 6 of the Civil Docket, Stephen A. Mendelsohn is incorrectly listed as counsel for Greystone EB-5, LLLP.

6. At no time has Stephen A. Mendelsohn or anyone affiliated with Greenberg Traurig, P.A. represented Greystone EB-5, LLLP. (ECF 68, which lists the Greystone Defendants' Motion to Dismiss the Amended Complaint, accurately includes only the Greystone Defendants.)

7. Given the numerous defendants who use "Greystone" as part of their names, these mistakes are understandable.

8. None of the parties oppose the relief requested herein.

WHEREFORE, the Greystone Defendants respectfully request that their motion be granted, that an order be issued that directs the Clerk to correct the Civil Docket by deleting the

notation that Stephen A. Mendelsohn of Greenberg Traurig, P.A. is appearing as counsel to Greystone EB-5, LLLP and amending ECF 22 by deleting the reference to Greystone EB-5, LLLP as a moving party, and grant such other relief the court deems just.

Dated:  February 6, 2020

Respectfully submitted,

***Attorneys for Greystone Defendants***

GREENBERG TRAURIG, P.A.
5100 Town Center Circle
Suite 400
Boca Raton, Florida 33486
Telephone: 561-955-7600
Telefax: 561-338-7099

By: *s/ Stephen A. Mendelsohn*
    Stephen A. Mendelsohn
    Florida Bar No. 0849324
    Email:  mendelsohns@gtlaw.com;
    hasenh@gtlaw.com; and
    FLService@gtlaw.com

CASE NO.: 1:19-cv-24138-DPG

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of February, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

        */s/ Stephen A. Mendelsohn*
    STEPHEN A. MENDELSOHN

CASE NO.: 1:19-cv-24138-DPG

## SERVICE LIST

Yuanxiao Feng, *et al.**v.* Joseph Walsh, et al.
**Case No.  1:19-cv-24138-DPG**
**United States District Court, Southern District of Florida**

ZEBERSKY PAYNE SHAW LEWENZ, LLP
*Attorneys for Plaintiffs*
Jordan A. Shaw, Esq.
Fla. Bar No. 111771
Steffani M. Russo, Esq.
Fla. Bar No. 1002598
110 SE 6th Street, Suite 2150
Fort Lauderdale, FL 33301
Telephone: (954) 989-6333
Facsimile: (954) 989-7781
Primary Email: jshaw@zpllp.com:
srusso@zpllp.com
Secondary Email· mperez@zpllp.com;
jgarcia@zpllp.com

And

SMS LAW GROUP, APC
*Co-Counsel for Plaintiffs*
Kevin Qi, Esq.
CA Bar No. 284314
*Pro Hac Vice* to be sought
2221 Camino Del Rio S, Ste. 100
San Diego, CA 92108
Telephone: (619) 342-7887
Facsimile: (619) 255-9559
(732) 747-5259 Fax
Primary Email: kevinqi@smslawfirm.us

   Attorneys for Plaintiffs

5

CASE NO.: 1:19-cv-24138-DPG

Mandel & Mandel LLP
*Counsel for Defendants PNC Bank, N.A.*
*And Ruben Ramirez*
Nina Stillman Mandel
FBN 843016
160 East Flagler Street, Ste. 1224
Miami, Florida 33131
Tel: (305) 374-7771
Fax: (305) 374-7776
nsm@mandel.law

Ballard Spahr LLP
Nicholas A.R. Kato
*Pro Hac Vice requested*
*Counsel for Defendants PNC Bank, N.A.*
*And Ruben Ramirez*
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel: (215) 864-8838
KatoN@ballardspahr.com

6