UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-cv-24138-DPG

---

YUANXIAO FENG, an individual;
KIU CHUN SAXON HUI, an individual;
LAI KING HUI, an individual;
JING KUANG, an individual;
CHUEN PING NG, an individual;
MINYANG TIAN, an individual;
HONGSEN ZHANG, an individual;
and YAN ZHANG, an individual,

        Plaintiffs.

v.

JOSEPH WALSH, et al.

        Defendants.
_____/

## GREYSTONE DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFFS' RESPONSE TO THE GREYSTONE DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

Defendants, Greystone Hotel Miami, LLC, United EB5 LLC, Santa Barbara 230, LLC, Greystone Terra Firma, LLC, Vos Holdings I, LLC, VOS CREI, LLC, Greystone Hospitality, LLC, Greystone Holdco, LLC, Greystone Managing Member, LLC, Greystone Master Tenant, LLC, Greystone Tenant, LLC, Greystone Option Holder, LLC, Trans Inn, Associates, LLC, VOS Hospitality LLC, BBM 3, LLC, BBM 3 II, LLC, James Vosotas, Daniel Vosotas and Branden Muhl (the "Greystone Defendants"), by and through the undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.1(a)(2)(J), respectfully request this

Honorable Court enter an Order extending the deadline for the Greystone Defendants' to Reply to Plaintiffs' Response to the Greystone Defendants' Motion to Dismiss the Amended Complaint [DE 82] (hereinafter "Plaintiffs' Response") and in support thereof state as follows:

1. On December 2, 2019, Plaintiffs filed an Amended Complaint.

2. The deadline for the Greystone Defendants to file a Reply to Plaintiffs' Response is February 13, 2020, however, the Greystone Defendants require additional time in order to respond to Plaintiffs' Response, which is 30 pages.

3. Further, the Greystone Defendants require additional time to prepare their Reply due to recent jury service, filing deadlines, and obligations in other pending matters.

4. Federal Rule of Civil Procedure 6(b) provides Courts with the authority to extend filing deadlines for cause shown.

5. Rule 6(b)(1)(A) states that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time" "with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." F.R.C.P. 6(b)(1)(A).

6. Defendants are requesting a brief of ten (10) days through February 24, 2020 in order to file the Greystone Defendants' Reply.

7. This Motion is not being made for the purpose of undue delay, and no party will suffer any prejudice if this Motion is granted.

## CERTIFICATE OF CONFERRAL

The undersigned counsel hereby certifies that pursuant to S.D. Fla. L.R. 7.1(a)(3), they contacted Plaintiffs' counsel to determine whether Plaintiffs' object to an extension of time up to and including February 24, 2020, to file Reply to Plaintiffs' Response to the Greystone

Defendants' Motion to Dismiss the Amended Complaint and Plaintiffs' counsel advised that they do not have any objections to the relief sought in this Motion.

WHEREFORE, the Greystone Defendants respectfully request that this Honorable Court enter an extension of time through and including February 24, 2020 for them to file their Reply to Plaintiffs' Response to the Greystone Defendants' Motion to Dismiss the Amended Complaint and grant such other and further relief as this Court deems just and proper.

Dated:  February 13, 2020

Respectfully submitted,

***Attorneys for Greystone Defendants***

GREENBERG TRAURIG, P.A.
5100 Town Center Circle
Suite 400
Boca Raton, Florida 33486
Telephone: 561-955-7600
Telefax: 561-338-7099

By: *s/ Stephen A. Mendelsohn*
Stephen A. Mendelsohn
Florida Bar No. 0849324
Email:  mendelsohns@gtlaw.com;
hasenh@gtlaw.com; and
FLService@gtlaw.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

          */s/ Stephen A. Mendelsohn*
          STEPHEN A. MENDELSOHN

# SERVICE LIST

Yuanxiao Feng, *et al.**v.* Joseph Walsh, et al.
**Case No.  1:19-cv-24138-DPG**
**United States District Court, Southern District of Florida**

ZEBERSKY PAYNE SHAW LEWENZ, LLP
*Attorneys for Plaintiffs*
Jordan A. Shaw, Esq.
Fla. Bar No. 111771
Steffani M. Russo, Esq.
Fla. Bar No. 1002598
110 SE 6th Street, Suite 2150
Fort Lauderdale, FL 33301
Telephone: (954) 989-6333
Facsimile: (954) 989-7781
Primary Email: jshaw@zpllp.com:
srusso@zpllp.com
Secondary Email· mperez@zpllp.com;
jgarcia@zpllp.com

And

SMS LAW GROUP, APC
*Co-Counsel for Plaintiffs*
Kevin Qi, Esq.
CA Bar No. 284314
*Pro Hac Vice* to be sought
2221 Camino Del Rio S, Ste. 100
San Diego, CA 92108
Telephone: (619) 342-7887
Facsimile: (619) 255-9559
(732) 747-5259 Fax
Primary Email: kevinqi@smslawfirm.us

    Attorneys for Plaintiffs

ACTIVE 48789042v1

Mandel & Mandel LLP
*Counsel for Defendants PNC Bank, N.A.*
*And Ruben Ramirez*
Nina Stillman Mandel
FBN 843016
160 East Flagler Street, Ste. 1224
Miami, Florida 33131
Tel: (305) 374-7771
Fax: (305) 374-7776
nsm@mandel.law

Ballard Spahr LLP
Nicholas A.R. Kato
*Pro Hac Vice requested*
*Counsel for Defendants PNC Bank, N.A.*
*And Ruben Ramirez*
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel: (215) 864-8838
KatoN@ballardspahr.com