## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Yuanxiao Feng, an individual; Kiu Chun Saxon Hui, an individual; Lai King Hui, an individual; Jing Kuang, an individual; Chuen Ping Ng, an individual; Minyang Tian, an individual; Hongsen Zhang, an individual; and Yan Zhang, an individual

        Plaintiff(s),

vs.

Joseph Walsh, an individual, et al.

        Defendant(s),

Case No.:1:19 CV 24138 DPG

**VERIFIED RETURN OF SERVICE**

---

Received on **02/05/2020** at **3:51 PM**

I, **Joshua Asencio**, being first duly sworn, depose and say the following:

Type of Process: **Plaintiff's First Amended Complaint and Exhibits**

Defendant to be served: **South Atlantic Regional Center, LLC, c/o Registered Agents, Inc., Registered Agent**

Address where served: **7901 4th Street North, Suite 300, Saint Petersburg, FL 33702**

On **February 10, 2020** at **12:45 PM**, I served the within named defendant in the following manner:

**CORPORATE OR GOVERNMENT SERVICE:** By delivering a true copy of the process, with the date and hour of service endorsed thereon by me, to: **Nina Harris** (Title): **Authorized Agent**, a person authorized to accept service and informed that person of the contents thereof.

Service Comments: Recipient is Authorized to accept service as defined by FS 48.081

Description of person accepting service:
Sex: **Female** - Race: **White** - Hair: **Brown** - Approx. Age: **25** - Height: **5ft 7in** - Weight: **115**

I certify that I am over the age of 18, and not a party to nor interested in this case and I have the proper authority in the jurisdiction in which the process was served pursuant to Florida Statute Chapter 48. Under penalty of perjury, I declare that I have read the foregoing document and that the facts stated in it are true (F.S. 92.525).

X _____
Joshua Asencio
APS 59540

Job: 532884
File: