## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **YUANXIAO FENG,** et al., | ) |
| | ) |
| Plaintiffs, | )   **Case No. 19-cv-24138-Gayles** |
| | ) |
| v. | ) |
| | ) |
| **JOSEPH WALSH,** et al.**,** | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

### SUGGESTION OF BANKRUPTCY

*(With Respect to Defendant, South Atlantic Regional Center, LLC)*

COMES NOW **Scott N. Brown, solely in his capacity as Chapter 7 Trustee of the Bankruptcy Estate of South Atlantic Regional Center, LLC** (the "Chapter 7 Trustee") through undersigned counsel, and states as follows:

1. On November 22, 2019, petitioning creditor, 160 Royal Palm, LLC, filed an involuntary Chapter 11 bankruptcy against South Atlantic Regional Center, LLC (the "Debtor" or "SARC") in the United States Bankruptcy Court for the Southern District of Florida, West Palm Beach Division (the "Bankruptcy Court"), which commenced case number **19-25762-BKC-EPK** (the "Bankruptcy Case" or the "SARC Bankruptcy Case").

2. On December 20, 2019, the Bankruptcy Court entered an *Order for Relief in Involuntary Case and Order Setting Deadlines for Filing Schedules, Statements and Other Documents.*

3. On February 28, 2020, the Court entered an order converting the Bankruptcy Case to Chapter 7, and also on February 28, 2020, Scott N. Brown was appointed as Chapter 7 trustee of the bankruptcy estate of South Atlantic Regional Center, LLC.

00591280.DOCX

**ACCORDINGLY**, the Trustee respectfully suggests that this action, as it relates to the Debtor, South Atlantic Regional Center, LLC, has been stayed by the operation of 11 U.S.C. § 362.

Dated: March 13, 2020

    Respectfully submitted

    BAST AMRON LLP
    *General Counsel for the Chapter 7 Trustee, Scott N. Brown*
    SunTrust International Center
    One Southeast Third Avenue, Suite 1400
    Miami, Florida 33131
    Telephone: 305.379.7904
    Email: sbrown@bastamron.com
    Email: jlegget@bastamron.com

By: */s/ Jaime B. Leggett*
    Scott N. Brown, Esq. (FBN 663077)
    Jaime B. Leggett, Esq. (FBN 1016485)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF filing system, which will send notification of such filing to all counsel of record, on this the 13th day of March, 2020.

By: */s/ Jaime B. Leggett*
    Jaime B. Leggett, Esq.