**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.: 1:19-cv-24138-DPG

YUANXIAO FENG, an individual; KIU CHUN SAXON HUI, an individual; LAI KING HUI, an individual; JING KUANG, an individual; CHUEN PING NG, an individual; MINYANG TIAN, an individual; HONGSEN ZHANG, an individual; and YAN ZHANG, an individual,

      Plaintiffs.

v.

JOSEPH WALSH, et. al.,

      Defendants.

_____/

## **PLAINTIFFS'** *UNOPPOSED* **MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT**

      Plaintiffs, YUANXIAO FENG, KIU CHUN SAXON HUI, LAI KING HUI, JING KUANG, CHUEN PING NG, MINYANG TIAN, HONGSEN ZHANG, and YAN ZHANG (collectively "Plaintiffs"), by and through undersigned counsel of record, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.1(a)(1)(J), respectfully request that this Honorable Court enter an Order extending the deadline for Plaintiffs to file their Second Amended Complaint to November 2, 2020, and, in support thereof, state as follows:

      1.     On December 10, 2019, Defendants PNC Bank, N.A. and Ruben Ramirez filed their Motion to Dismiss Plaintiff's Amended Complaint. (D.E. 51.)

[2030761/1]                                     1

2. On January 2, 2020, Defendants Greystone Hotel Miami, LLC; United EB5, LLC; Santa Barbara 230, LLC; Greystone Terra Firma, LLC; VOS Holdings I, LLC; Vos CRE I, LLC; Greystone Hospitality, LLC; Greystone Holdco, LLC; Greystone Managing Member, LLC; Greystone Master Tenant, LLC; Greystone Tenant, LLC; Greystone Option Holder, LLC; Trans Inn Associates, Inc.; VOS Hospitality, LLC; BBM3, LLC; BBM 3 II, LLC; James Vosotas; Daniel Vosotas; and Branden Muhl filed their Motion to Dismiss Plaintiff's Amended Complaint. (D.E. 68.)

3. On September 14, 2020, this Court entered its Report and Recommendation granting in part Defendants' Motions to Dismiss and allowing the parties fourteen (14) days to file any written objections. (D.E. 112.)

4. On September 30, 2020, this Court entered an Order Affirming and Adopting Report of Magistrate Judge, as no written objections were filed, and allowing Plaintiffs up to and including October 19, 2020, to file a Second Amended Complaint. (D.E. 113.)

5. Importantly, on March 13, 2020, Defendant South Atlantic Regional Center, LLC, filed a suggestion of bankruptcy. *See* D.E. 95.

6. Undersigned counsel for Plaintiffs has been in touch with counsel for the bankruptcy trustee for Defendant South Atlantic Regional Center, LLC, regarding whether the trustee would consider the filing of an amended complaint re-asserting claims against South Atlantic Regional Center, LLC, a violation of the automatic stay at 11 U.S.C. § 362 and/or if the trustee would consent to lifting the stay for the limited purpose of allowing Plaintiffs to re-assert the claims against South Atlantic Regional Center, LLC.

7. As of filing, undersigned counsel has not reached a resolution with counsel for the trustee for Defendant South Atlantic Regional Center, LLC. Counsel for the trustee has thus far

indicated that the bankruptcy trustee would likely not be able to agree to allow an amendment and that undersigned counsel would have to seek relief from the automatic stay in the bankruptcy court.

8. Plaintiffs require an extension of time, likely past November 2, 2020, to prepare its Second Amended Complaint due to the extensive amounts of facts and documents in this case.

9. Further, Plaintiffs require a brief extension of time to file the Second Amended Complaint to allow Plaintiffs to attempt to reach a resolution with the trustee of South Atlantic Regional Center, LLC, allowing the amendment of the complaint as contemplated by this Court.

10. Plaintiffs may ultimately require additional time if relief is required from the bankruptcy court. However, counsel for Defendants Greystone Hotel Miami, LLC; United EB5, LLC; Santa Barbara 230, LLC; Greystone Terra Firma, LLC; VOS Holdings I, LLC; Vos CRE I, LLC; Greystone Hospitality, LLC; Greystone Holdco, LLC; Greystone Managing Member, LLC; Greystone Master Tenant, LLC; Greystone Tenant, LLC; Greystone Option Holder, LLC; Trans Inn Associates, Inc.; VOS Hospitality, LLC; BBM3, LLC; BBM 3 II, LLC; James Vosotas; Daniel Vosotas; and Branden Muhl would only agree to an extension through November 2, 2020.

11. Federal Rule of Civil Procedure 6(b) permits a court to extend time "for good cause."

12. Plaintiffs aver that the foregoing, including avoiding violating the automatic stay in the bankruptcy filed by Defendant South Atlantic Regional Center, LLC, constitutes good cause under the Federal Rules of Civil Procedure.

13. Further, there is authority suggesting that an amendment that does not change the claims as to Defendant South Atlantic Regional Center, LLC, would not violate the automatic stay of the bankruptcy court. *See In re Gonczewski*, 444 B.R. 526 (E.D. Pa. Bankr. 2011).

14. But, there is also authority from the Middle District of Florida where a party was sanctioned for filing an amended complaint where "the state court law suit was pending at the time the Debtor filed Chapter 11 and that [the State Court judge] had ordered [him] to file an Amended Complaint within ten (10) days." *In re Randy Homes Corp.*, 84 B.R. 799, 801 (M.D. Fla. Bankr. 1988). Importantly, there, the court cautioned "all [he] had to do was file a Motion and obtain relief from the automatic stay from this Court." *Id.* at 801–02.

15. Undersigned counsel has conferred with counsel for PNC Bank, N.A. and Ruben Ramirez, who does not object to the relief sought herein. Undersigned counsel has conferred with counsel for Defendants Greystone Hotel Miami, LLC; United EB5, LLC; Santa Barbara 230, LLC; Greystone Terra Firma, LLC; VOS Holdings I, LLC; Vos CRE I, LLC; Greystone Hospitality, LLC; Greystone Holdco, LLC; Greystone Managing Member, LLC; Greystone Master Tenant, LLC; Greystone Tenant, LLC; Greystone Option Holder, LLC; Trans Inn Associates, Inc.; VOS Hospitality, LLC; BBM3, LLC; BBM 3 II, LLC; James Vosotas; Daniel Vosotas; and Branden Muhl, who does not object to the relief sought herein.

16. All remaining defendants have failed to appear via counsel and have not been contacted regarding this Motion.

17. This Motion is not being made for the purpose of undue delay, and no party will suffer any prejudice if this Motion is granted.

## CERTIFICATE OF CONFERRAL

The undersigned counsel hereby certifies that pursuant to S.D. Fla. L.R. 7.1(a)(3), they have contacted counsel for those Defendants that have appeared via counsel to determine whether Defendants object to an extension of time up to and including November 15, 2020, to file Plaintiffs' Second Amended Complaint. Defendants' counsel advised that they do not have

[2030761/1]                                4

any objections to an extension of time up to and including November 2, 2020, and, thus, that is the relief sought in this motion.

## CONCLUSION

WHEREFORE, Plaintiffs, YUANXIAO FENG, KIU CHUN SAXON HUI, LAI KING HUI, JING KUANG, CHUEN PING NG, MINYANG TIAN, HONGSEN ZHANG, and YAN ZHANG, respectfully request that this Honorable Court grant an extension of time, up to and including November 2, 2020, for Plaintiffs to file their second Amended Complaint.

Dated: October 15, 2020          Respectfully submitted,

ZEBERSKY PAYNE SHAW LEWENZ, LLP
110 S.E. 6th Street, Suite 2150
Ft. Lauderdale, Florida 33301
Telephone: (954) 595-6060
Facsimile: (954) 989-7781
Primary Email: jshaw@zpllp.com;
srusso@zpllp.com; zludens@zpllp.com
Secondary Email: mperez@zpllp.com;
medmondson@zpllp.com

By:  _/s/ Zachary D. Ludens_
JORDAN A. SHAW (FBN 111771)
STEFFANI M. RUSSO (FBN 1002598)
ZACHARY D. LUDENS (FBN 111620)
*Counsel for Plaintiffs*

and

SMS LAW GROUP, APC
*Co-Counsel for Plaintiffs*
Kevin Qi, Esq. (*Pro Hac Vice Granted*)
CA Bar No. 284314
*Pro Hac Vice Granted*
2221 Camino Del Rio S.
Ste. 100
San Diego, CA 92108
Telephone: (619) 342-7887
Facsimile: (619) 255-9559
Primary Email: kevinqi@smslawfirm.us

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of October, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF which will notify all parties.

*/s/ Zachary D. Ludens*
Zachary D. Ludens (FBN 111620)