UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:19-cv-24138-DPG

YUANXIAO FENG, an individual; KIU CHUN SAXON HUI, an individual; LAI KING HUI, an individual; JING KUANG, an individual; CHUEN PING NG, an individual; MINYANG TIAN, an individual; HONGSEN ZHANG, an individual; and YAN ZHANG, an individual,

    Plaintiffs.

v.

JOSEPH WALSH, et. al.,

    Defendants.

_____/

**PLAINTIFFS' NOTICE OF FILING EXHIBITS TO FIRST PARTIALLY AMENDED COMPLAINT AS TO GREYSTONE DEFENDANTS**

    Plaintiffs, YUANXIAO FENG, KIU CHUN SAXON HUI, LAI KING HUI, JING KUANG, CHUEN PING NG, MINYANG TIAN, HONGSEN ZHANG, and YAN ZHANG (collectively "Plaintiffs"), by and through undersigned counsel of record, hereby provides notice of filing the exhibits to the First Partially Amended Complaint as to Greystone Defendants. (D.E. 148.)  Although these are, with the exception of Exhibit 6, the same as on the other operative complaint on file (D.E. 44), due to technical difficulties, the CM/ECF system would not properly process numerous of the exhibits when the First Partially Amended Complaint (D.E. 148) was filed.

| | |
|---|---|
| Dated: March 30, 2021 | Respectfully submitted, |

          ZEBERSKY PAYNE SHAW LEWENZ, LLP
          110 S.E. 6th Street, Suite 2150
          Ft. Lauderdale, Florida 33301
          Telephone: (954) 595-6060
          Facsimile: (954) 989-7781
          Primary Email: jshaw@zpllp.com;
          srusso@zpllp.com; zludens@zpllp.com
          Secondary Email: mperez@zpllp.com;
          medmondson@zpllp.com

          By:   */s/ Zachary D. Ludens*
          JORDAN A. SHAW (FBN 111771)
          STEFFANI M. RUSSO (FBN 1002598)
          ZACHARY D. LUDENS (FBN 111620)
          *Counsel for Plaintiffs*

          and

          SMS LAW GROUP, APC
          *Co-Counsel for Plaintiffs*
          Kevin Qi, Esq. (*Pro Hac Vice Granted*)
          CA Bar No. 284314
          *Pro Hac Vice Granted*
          2221 Camino Del Rio S.
          Ste. 100
          San Diego, CA 92108
          Telephone: (619) 342-7887
          Facsimile: (619) 255-9559
          Primary Email: kevinqi@smslawfirm.us

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of March, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF which will notify all parties.

          */s/ Zachary D. Ludens*
          Zachary D. Ludens (FBN 111620)