**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:19-cv-24138-GAYLES/OTAZO-REYES**

**YUANXIAO FENG, et al.,**

      Plaintiffs,

v.

**JOSEPH WALSH, et al.,**

      Defendants.

_____/

## FINAL DEFAULT JUDGMENT

    **THIS CAUSE** comes before the Court upon Plaintiffs'[1] Motion for Entry of Default Final Judgment against Defaulted Defendants, [ECF No. 211], Motion for Determination of Prejudgment Interest, [ECF No. 229], and Motion for Attorneys' Fees as to Defaulted Defendants, [ECF No. 230], (collectively, the "Motions"). The Court granted the Motions in a separate order. [ECF No. 232]. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate and final default judgment.

    Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1.    A final default judgment is entered in favor of Plaintiffs and against Defendants Joseph Walsh, Joseph Walsh, Jr., Greystone EB-5, LLLP, USREDA, LLC, USREDA Holdings LLC, USREDA Management, LLC, and WWB Trust LLC, (collectively, the "Defaulted Defendants").

---

[1] Plaintiffs in this case are Yuanxiao Feng, Kiu Chun Saxon Hui, Lai King Hui, Jing Kuang, Chuen Ping Ng, Minyang Tian, Hongsen Zhang, and Yan Zhang.

2.    Plaintiffs shall recover from Defaulted Defendants in the amount of $4,360,187.00, plus prejudgment interest in the amount of $1,995,687.70, plus attorney's fees in the amount of $32,511.00, the sum of which—$6,388,385.70—shall bear interest at the statutory rate, for which let execution issue forthwith.

3.    The conduct of Defaulted Defendants was willful and malicious as those terms are defined in 11 U.S.C. § 523(a)(6).

4.    Defaulted Defendants shall complete and return a sworn copy of the Fact Information Sheet set forth in Fla. R. Civ. P. 1.977, including all required attachments within forty-five (45) days of being served with the Judgment.

5.    Defendant Greystone EB-5, LLLP is **DISSOLVED** pursuant to Florida Statutes §§ 620.1802 and 620.1803.

6.    Defendants Greystone EB-5, LLLP and Joseph Walsh must submit to all post-judgment discovery sought by Plaintiffs to effectuate their equitable accounting.

7.    The Court retains jurisdiction over this matter in order to enforce any violation of this Judgment.

8.    Plaintiffs are directed to serve a copy of this Judgment on Defaulted Defendants along with the Fact Information Sheet provided for in Fla. R. Civ. P. 1.977.

9.    There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Judgment forthwith and without further notice.

10.    This case is **CLOSED** for administrative purposes.[2]

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of April, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

---

[2] Two Defendants remain in this action, South Atlantic Regional Center, LLC and VOS CRE I, LLC. *See* [ECF Nos. 132 & 225]. However, both filed for bankruptcy, thereby triggering an automatic stay of the case against those entities. *See* [ECF Nos. 95 & 207]. Plaintiffs shall address those Defendants at such time as the bankruptcy is dismissed or resolved.